NELSON P. COHEN
United States Attorney

STEPHEN COOPER
Assistant United States Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska  99701
Phone: (907) 456-0245
Fax: (907) 456-0577
Email: Stephen.Cooper@usdoj.gov


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. |
| | ) | |
| Plaintiff, | ) | COUNT 1: |
| | ) | UNLAWFUL TAKING OF WILDLIFE |
| vs. | ) | IN PARK AREA |
| | ) |   Vio. of 16 U.S.C. § 3 & 36 C.F.R. |
| JEFFREY PATRICK KING, | ) | §2.2(a)(1) |
| | ) | |
| Defendants. | ) | COUNT 2: |
| | ) | OPERATING MOTOR VEHICLE IN |
| | ) | UNDESIGNATED PARK AREA |
| | ) |   Vio. of 16 U.S.C. § 3 & 36 C.F.R. |
| | ) | §4.10(a) |
| | ) | |


I N F O R M A T I O N


The United States Attorney charges that:

<u>COUNT ONE</u>

On or about the 6th day of September, 2007, within Denali National Park and Preserve, in the District of Alaska, JEFFREY PATRICK KING did unlawfully hunt and take wildlife, that is, a moose, all in violation of Title 16, United States Code, § 3, and Title 36, Code of Federal Regulations, § 2.2(a)(1).

<u>COUNT TWO</u>

On or about the 6th day of September, 2007, within Denali National Park and Preserve, in the District of Alaska, JEFFREY PATRICK KING did unlawfully operate a motor vehicle off park roads and parking areas in an area not designated for off-road motor vehicle use, all in violation of Title 16, United States Code, § 3, and Title 36, Code of Federal Regulations, § 4.10(a).

DATED this   7th   day of April, 2008, at Fairbanks, Alaska.

NELSON P. COHEN
United States Attorney

  s/Stephen Cooper
STEPHEN COOPER
Assistant United States Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska  99701
Phone: (907) 456-0245
Fax: (907) 456-0577
Email: Stephen.Cooper@usdoj.gov