| | |
|---|---|
| *Clerk:* | All rise. His Honor the Court for the United States District Court for the District of Alaska is now in session. The Honorable John D. Roberts presiding. Please be seated. |
| *Judge:* | The next matter before the Court is a trial by Court in U.S. versus Jeffrey Patrick King, FO8CR08. I'll ask counsel to note their appearances for the record and to indicate who's with you at the counsel table. |
| *Cooper:* | Stephen Cooper for the United States and I have Ranger John Leonard with me here. I would request that another Ranger take his place at the computer to take care of scrolling through the exhibits when Mr. Leonard's turn to testify comes. |
| *Judge:* | Is he considered the case agent? |
| *Cooper:* | He is case agent Your Honor, Mr. John Leonard. |
| *Judge:* | Thank you. For the Defense? |
| *Angstman:* | I'm Myron Angstman and my client is Mr. King, Jeff King and Ms. Skinner is our trial assistant. |
| *Judge:* | Thank you. Is either side going to invoke a witness rule in this case? |
| *Angstman:* | Yes Your Honor. |
| *Judge:* | All right. The parties should notify the witnesses accordingly. The exception of course is the case agent or any exceptions the Court allows. This case had a pre-trial conference. I believe we addressed all of the matters at that time so we could proceed directly to the trial. The Government's opening statement please. |
| *Cooper:* | Yes Your Honor. It -- the opening statement for the Plaintiff is going to be virtually identical to what we presented in the trial brief. |
| *Judge:* | I have read that. |
| *Cooper:* | You have read that so I needn't reiterate that. That's exactly the way it lines up as far as we're prepared to go. So rather than go into any further of that subject matter, I'd like to call our first witness. |
| *Judge:* | Well let me see if the Defense wants to make an opening statement at this time or reserve the right. |

*Angstman:* We'll reserve Your Honor.

*Judge:* Very well. Government's first witness.

*Cooper:* I just sent _____. We will need to get him. It's going to be State Trooper Thomas Lowy. It will be just a moment.

*Angstman:* Could I get the pronunciation of that name once again?

*Cooper:* You have Lowy, L-o-w-y.

*Angstman:* Thank you.

*Cooper:* And I'll provide exhibits here while he's testifying.

*Judge:* May I ask you be sworn by the Clerk, please?

*Clerk:* Sir, do you solemnly swear that the testimony you are about to give will be the truth, the whole truth and nothing but the truth so help you God?

*AST Lowy:* I do.

*Clerk:* Thank you. Will you have a seat up there? Sir for the record could you please state your full name, spelling your last and also give your city and state of residence.

*AST Lowy:* Thomas Lowy. That's L-O-W-Y. I live in Cantwell, Alaska.

*Clerk:* Thank you.

*Cooper:* Trooper Lowy, for the record your occupation please?

*AST Lowy:* I'm an Alaska Wildlife Trooper.

*Cooper:* And where are you stationed?

*AST Lowy:* Out of Cantwell, Alaska.

*Cooper:* And were you stationed at Cantwell, Alaska in that capacity at -- on -- in the month of September, 2007?

*AST Lowy:* Yes I was.

*Cooper:* And at that time in early September, I'd like to call your attention to the 6th of September and as you that if on that date you had occasion to participate in a wildlife patrol of some sort on the Rock Creek Trail with a park ranger, John Leonard?

*AST Lowy:*  Yes I did.

*Cooper:*  And what was the nature of that -- nature and purpose of that patrol?

*AST Lowy:*  It was a joint patrol.  Officer Leonard wanted me to go along.  A lot of camp sites are outside of the park boundary obviously and his interest was to see for incursions into the park and my interest was to look at camps along the park boundary.

*Cooper:*  Is there anything about the Rock Creek Trail that made it relevant to having a park ranger along on that patrol of yours?

*AST Lowy:*  Well other than the trail does go near the park boundary, but also I should mention that it was my first time on that trail.  And Mr. Leonard, or Officer Leonard, had been on that trail in the past.

*Cooper:*  All right.  And do you know approximately where the park lies in relation to that trail?

*AST Lowy:*  Yes.

*Cooper:*  And where?

*AST Lowy:*  Well I should say, I don't know east, west, north, south.

*Cooper:*  Okay.

*AST Lowy:*  But I know if I'm going on the trail it's to my left.

*Cooper:*  All right.  And that trail takes off of the Park's Highway at some point?

*AST Lowy:*  Yes it does.

*Cooper:*  So which direction off the Park's Highway does it go?

*AST Lowy:*  Well assuming the Park's Highway in that -- at that particular spot is running north-south, it would be off to the east

*Cooper:*  To the east?

*AST Lowy:*  Oh I'm sorry.  To the west.  Yeah.

*Cooper:*  To the west.  Okay.  So as you're heading north…

*AST Lowy:*  A little nervous.

*Cooper*:  …as you're heading north you took a left turn in other words.

*AST Lowy:*     That's correct.

*Cooper:*     Okay.  To get onto the trail.

*AST Lowy:*     That's correct.

*Cooper:*     All right.  So anybody else along on that patrol?  Just you and Ranger Leonard?

*AST Lowy:*     That's correct.

*Cooper:*     All right.  And did you contact some hunters out along the trail?

*AST Lowy:*     That's correct.

*Cooper:*     Did you come to a spot out there where you met the Defendant, Jeffrey King?

*AST Lowy:*     Yes.

*Cooper:*     Do you see him in the courtroom today?

*AST Lowy:*     Yes.

*Cooper:*     Would you indicate where he is seated please?

*Angstman:*     We'll stipulate to identification Your Honor.  We acknowledge throughout that Mr. King is referred to as the Defendant and he was a person at the camp site.

*Cooper:*     We'll accept the stipulation Your Honor.

*Judge:*     So stipulated.

*Cooper:*     All right, so were you with Ranger Leonard when you encountered Mr. King?

*AST Lowy:*     Yes.

*Cooper:*     And was that at what?  At a camp site or in the field or where was that?

*AST Lowy:*     Camp site which was in the field.

*Cooper:*     Oh okay.  About how far out, if you have any recollection, roughly how far out the trail you were when you came across his camp?

*AST Lowy:*     I honestly don't know.  I mean I could…

Case 4:08-cr-00008-JDR     Document 43-2     Filed 09/13/08     Page 4 of 171

*Cooper:*        More than a mile?

*AST Lowy:*        …guess but I really don't know.

*Cooper:*        More than a mile?

*AST Lowy:*        Yes sir.  More than…

*Cooper:*        Several miles?

*AST Lowy:*        Yes.

*Cooper:*        All right.  And so what was the nature of the contact?  What happened there?

*AST Lowy:*        Mr. King and, he had a daughter there, which I never knew her name so I don't -- but Mr. King and his daughter were at their camp.  They had a moose that was down and laid out.  And then I asked Mr. King for his hunting license and his harvest ticket.

*Cooper:*        Is this a part of your normal routine when you're on a patrol like this?

*AST Lowy:*        Yes sir.

*Cooper:*        So what happened when you asked him for his hunting license and harvest ticket, was it?

*AST Lowy:*        That's correct.

*Cooper:*        Okay.  What happened then?

*AST Lowy:*        He presented me with his hunting license and his harvest ticket and his harvest ticket was not notched.

*Cooper:*        What's the significance of that?

*AST Lowy:*        Well the purpose of notching a harvest ticket is to prevent people from reusing that harvest ticket in the future.

*Cooper:*        That harvest ticket does what?

*AST Lowy:*        Well once you, once you take an animal, in this case a moose, you notch your harvest ticket which invalidates that harvest ticket so it cannot be used again.

*Cooper:*        Okay.  And so his had not been validated?

*AST Lowy:*        No sir.

Case 4:08-cr-00008-JDR     Document 43-2     Filed 09/13/08     Page 5 of 171

*Cooper:*  In other words the notch -- where do you notch it?

*AST Lowy:*  There's along the border of the harvest ticket there's months and days.  And so you notch the month and the date that the animal was taken.

*Cooper:*  When you say notch it, what do you mean?  What do you do?

*AST Lowy:*  They look like little triangles and most people use a knife and you just cut out the triangle through the month and the day.

*Cooper:*  On the edge of the ticket?

*AST Lowy:*  That's correct sir.

*Cooper:*  Okay so that wasn't done, right?

*AST Lowy:*  That's correct.

*Cooper:*  So what -- is there anything wrong with that?

*AST Lowy:*  Yes.  Normally you're -- by law you're harvest ticket has to be notched immediately before you leave the kill site.  In the past, I've used discretion and as long as the individual is still in the field I just warn the individual that they need to notch their harvest ticket and I -- if they don't have a knife I give them my knife and they can notch the harvest ticket in front of me to show that it's no longer valid.

*Cooper:*  I see.  And by law, when are you supposed to do that?

*AST Lowy:*  You're supposed to do it immediately prior to leaving the kill site.

*Cooper:*  Before leaving the kill site?

*AST Lowy:*  That's correct.

*Cooper:*  Now you said a few minutes ago, that there was a moose there in the camp or that it was down or something like that?  Did -- where -- was that the kill site?

*AST Lowy:*  No sir.

*Cooper:*  So what did you mean?

*AST Lowy:*  Like I stated earlier, by law, you're supposed to notch it before you leave the kill site.  But in the past, my personal policy is as long as they're still in the field, I give them a warning and I enable that

individual to notch the harvest ticket which cancels the harvest ticket.

*Cooper:* So he wasn't at the kill site when you saw him?

*AST Lowy:* No sir.

*Cooper:* He was in his camp.

*AST Lowy:* That's correct.

*Cooper:* All right.  And so he should have had it notched you're saying, before he left his kill site?

*AST Lowy:* That's correct.

*Cooper:* Do you know where the kill site was?

*AST Lowy:* At that point, no.

*Cooper:* You didn't see it?

*AST Lowy:* No sir.

*Cooper:* Okay.  And so what did you actually do in his case then?

*AST Lowy:* I made him notch his harvest ticket…

*Cooper:* You made him…

*AST Lowy:* …and just warned him that in the future he needs to make sure he notches his harvest ticket.

*Cooper:* And you observed him notch it?

*AST Lowy:* That's correct.

*Cooper:* And for what date did he notch the ticket in your presence?

*AST Lowy:* It would have been September 6.

*Cooper:* The day you were there?

*AST Lowy:* That's correct.

*Cooper:* Okay.  While you were there, did he indicate where he had killed that moose?

*AST Lowy:* He did.

Case 4:08-cr-00008-JDR   Document 43-2   Filed 09/13/08   Page 7 of 171

Cooper:          And how did he indicate that?

AST Lowy:        Just by -- by pointing.

Cooper:          Where did he point?

AST Lowy:        Well, at that point, it would be, again I don't know the direction…

Cooper:          Okay you were going out the trail?

AST Lowy:        Right so it would be further down the trail.

Cooper:          Further out the trail in the direction that you had been traveling?

AST Lowy:        In the direction we were going to travel.

Cooper:          Going to travel.  That's right, okay.  Okay.  No further description other than just pointing in that direction?

AST Lowy:        There were conversations between Mr. King and Officer Leonard. It was my first time on the trail and I didn't have a clue what, you know, the whole area.  So there was discussion between those individuals but I can't tell you all the details about that.

Cooper:          Okay.  But nothing further about where the moose was other than he pointed down at the -- further down the trail beyond where you had been but in the same direction you were going.

AST Lowy:        Yes and I believe him and Officer Leonard may have spoke more about -- there was a lot of conversation about park boundaries and that sort of thing.

Cooper:          Uh huh.

AST Lowy:        But I just -- like I say it was my first time on the trail…

Cooper:          Understand.

AST Lowy:        …and I just didn't really understand everything that…

Cooper:          And what…

AST Lowy:        I just don't know the layout of the land.

Cooper:          Sure.  What I'm asking is, is there anything more specific about where the moose kill site was?  Other than his pointing down the trail that way?

AST Lowy:        Nothing that involved me specifically, no.

Case 4:08-cr-00008-JDR     Document 43-2     Filed 09/13/08     Page 8 of 171

| | |
|---|---|
| *Cooper:* | Okay. I think that's all the questions I have for this witness, Your Honor. |
| *Judge:* | Cross examination? |
| *Angstman:* | Thank you Your Honor. Officer Lowy, my name is Myron Angstman but I don't think we've ever met. Have you ever been stationed in Bethel? |
| *AST Lowy:* | No sir. |
| *Angstman:* | Then we probably haven't then. Did you prepare a report on your visit that day? |
| *AST Lowy:* | No I didn't. |
| *Angstman:* | All right do you have any notes of your visit that day? |
| *AST Lowy:* | No I don't. |
| *Angstman:* | Don't you normally take notes when you encounter people in the field? |
| *AST Lowy:* | Well if you mean making a notation in my notebook book, that's correct. Yes. |
| *Angstman:* | And you didn't do that that day? |
| *AST Lowy:* | No I did. |
| *Angstman:* | Okay, do you have that with you by chance? |
| *AST Lowy:* | No I don't. |
| *Angstman:* | Did you provide that to Mr. Cooper at all in this case? |
| *AST Lowy:* | No I did not. |
| *Angstman:* | Okay now, if I understand you correctly, you observed what technically in Alaska law is a violation of law at the King campsite when you were there. Is that right? |
| *AST Lowy:* | That's correct. |
| *Angstman:* | And in basketball parlance would you or football parlance, would you say that you just waived it off? You decided it was a minor violation and that one was -- a violation that your custom is to not charge. Is that right? |

*AST Lowy:*     Yes and that's for me personally.

*Angstman:*     Right.

*AST Lowy:*     That -- other Troopers may cite for that.  It is bail-able citation.

*Angstman:*     Right.  You mentioned that there was discussion about the boundary markers with -- between Mr. King and the ranger.  How long have you been stationed at Cantwell?

*AST Lowy:*     Currently?

*Angstman:*     Yeah.

*AST Lowy:*     About one year and ten months.

*Angstman:*     And previously there was another time?

*AST Lowy:*     No, what I meant is up to this date.

*Angstman:*     Oh I -- I understand what you're saying.

*AST Lowy:*     It's been one year ten months so subtracting back to September 6 of 2007 it would actually be less time than.

*Angstman:*     Living in Cantwell as you do, you live in Cantwell as well?

*AST Lowy:*     That's correct.

*Angstman:*     Are you aware that park boundary issues are a -- a fairly common topic in this area or in that area of the state, aren't they?

*AST Lowy:*     That area meaning Cantwell?

*Angstman:*     Cantwell, the Denali Park area.

*AST Lowy:*     Sure.

*Angstman:*     And you know that park boundary issues, as related to hunting specifically, are a concern in Cantwell and the Denali Park area. Isn't that right?

*AST Lowy:*     Well I can't speak for other communities but in Cantwell I know there's a lot of people that talk about park boundaries.

*Angstman:*     Okay, when you went to patrol the Rock Creek area that day with Officer -- with Ranger Leonard, did you discuss the park boundary issue with him at all during that day that you were patrolling?

*AST Lowy:*          Yes.  He pointed out some features but again, like I say, I'm -- I was new on the trail and it didn't mean a whole lot to me.

*Angstman:*          While you were patrolling the area, did you see any boundary markers that would have told you or anybody else on the trail where the park boundary was?

*AST Lowy:*          No.

*Angstman:*          And did you have an impression from speaking with Ranger that you were within site of the park boundary at any time during your trip?

*AST Lowy:*          Yes.

*Angstman:*          And how so?  Did he point out where the boundary was?

*AST Lowy:*          He just pointed out some features you know like a little gully or something of that sort and said, you know, "This is the park when you're looking out over here."

*Angstman:*          And did -- did that sort of discussion occur anywhere in the vicinity of Mr. King's camp?

*AST Lowy:*          That discussion was prior to the camp.  The trail was up on a ridge and from that ridge you can, you know, look off to your left and out to the left is where the park is.

*Angstman:*          Okay.  Do you remember just before coming to Mr. King's camp looking out to the left and seeing a ridge that kind of ran away from, in this case, left of you, sort of heading into the park?  Do you remember such a ridge?

*AST Lowy:*          No sir I don't remember all the details.

*Angstman:*          Okay.  And how about in Mr. King's camp.  Do you remember Ranger Leonard pointing at any time to areas where he believed or understood the park boundary to be?

*AST Lowy:*          Yes, and again, you know it was off -- well as we're -- if we were in Mr. King's camp it would be straight ahead of us.

*Angstman:*          Okay straight ahead of you -- well, we've got to clarify that a little bit.  Were you looking towards the park at the time?  In other words left of the Rock Creek Trail or were you looking…

*AST Lowy:*  Well when you come off the trail we hanged a left to get into Mr. King's camp?  So now if you're like looking at Mr. King's tent, you'd be looking straight ahead.

*Angstman:*  Okay, a left off the Rock Creek Trail and there was pointing going on past Mr. King's camp, down the gully and towards the ridge on the far side?  Is that accurate?

*AST Lowy:*  Yes except for the ridge on the far side.  I don't know exactly what you mean towards the ridge on the far side.

*Angstman:*  Well…

*AST Lowy:*  There was just a lot of discussion about park boundaries and like I stated earlier, I don't want to talk about park boundaries because I really don't have a clue.

*Angstman:*  Well I'm not asking you to come up with a boundary but if you were there present when the conversation occurred between Mr. Leonard and Mr. King about the park boundary.  What I'm concerned about is what that conversation was to the best of your ability to remember.  I'm not asking you where the boundary was.

*AST Lowy:*  Okay and because they were talking about an area that I was not familiar with, I wasn't really following the conversation completely.

*Angstman:*  Okay.  Let's remember some pointings then.  You say you remember Mr. King pointing up the trail towards where you were headed.  Is that right?

*AST Lowy:*  That's correct.

*Angstman:*  Do you ever remember Mr. King or Mr. Leonard pointing back to the trail towards where you had just come from?

*AST Lowy:*  I do not remember.  No.

*Angstman:*  Okay.  But you do remember them pointing in the direction, instead of up the trail, off the trail to the left.  They were pointing that direction?  Is that right?

*AST Lowy:*  Well at this point, when we're standing in his camp if you're looking at his tent, it would be like -- if Mr. King was looking at us, he'd have to turn around and then Mr. -- Officer Leonard would be facing towards his tent.

*Angstman:*  Okay.  Was Mr. King cooperative throughout the interview?

*AST Lowy:*  Yes sir.

*Angstman:*  If you wanted to go see the campsite, is there any doubt in your mind that he would've taken you there?  Excuse me, the kill site?

*Cooper:*  Your Honor, that calls for speculation.

*Angstman:*  Based on his level of cooperation, do you suppose it would have been possible for you to go to the kill site if you had asked to?

*AST Lowy:*  I suppose yes.

*Cooper:*  Same objection Your Honor.

*Judge:*  All right, just a moment.  It does call for speculation.  You can elicit the facts and then argue the point.

*Angstman:*  All right.  As part of your duties as a state Trooper, are you aware of the laws in this state, the state laws in this state, regarding how you must post if you want to keep hunters off your property?

*AST Lowy:*  Are you talking about trespass issues?

*Angstman:*  Yes.  Trespassing.  Hunters going onto other people's property to hunt.  Are you familiar with how land must be posted to prevent that?

*AST Lowy:*  Vaguely.

*Angstman:*  Okay.  You are aware that occasionally Troopers get calls from private citizens or corporations saying that they have observed hunters trespassing in their property and they want them to be prosecuted.  You get those kinds of calls, don't you?

*AST Lowy:*  Well the majority of those calls would go to the Alaska State Trooper, not to the Alaska Wildlife Trooper.

*Angstman:*  Well if it involves hunting, wouldn't it be something that the Trooper in the field might hear about?  The Trooper flies into a zone.  He gets there and somebody comes out and says, "Hey, those people are trespassing.  They're hunting over on my property right over there.  Would you go bust them?"  I mean that would happen once in a while wouldn't it?

*AST Lowy:*  Yes and no.  We do sometimes get complaints from individuals about people trespassing but we wouldn't go out and just bust them.

Case 4:08-cr-00008-JDR   Document 43-2   Filed 09/13/08   Page 13 of 171

*Angstman:*  All right Your Honor, if I might approach the witness with Defendant's Exhibit A.

*Judge:*  You may.

*Angstman:*  I provided a copy to the prosecution.

*Judge:*  Is there a courtesy copy for the Court?

*Angstman:*  Yes I do have a copy for the Court.  I don't have a marked copy for the Court.  Would you read for me the last paragraph of that -- first of all, will you identify what you are looking at?

*AST Lowy:*  The top says Alaska Statute 11.46.350.

*Angstman:*  And what is it appear to refer to?  Is it a trespass law?

*AST Lowy:*  It's -- says Chapter 26 Offenses Against Property.  Article II - Burglary and Criminal Trespass.

*Angstman:*  Okay would you look at the bottom and read me the account of what a landowner must do under state law to be able to prevent people from utilizing the owner's property?

*Cooper:*  Objection.  Irrelevant Your Honor.

*Angstman:*  Your Honor the scheme of marking this boundary is going to be a subject of considerable discussion today.  And the argument of the federal government has been, in previous cases and I'm sure will be today, that our system of not marking the federal boundaries at the park is entirely reasonable.  To show this Court whether or not that's reasonable, that's fair and totally relevant to look at what other governments have decided is reasonable in terms of marking wilderness property that needs to be protected from trespass.  And we're not claiming the law applies to the federal government, but we are claiming that it a relevant issues for this Court in determining whether reasonable efforts were made by the federal government to mark the boundary at the Rock Creek Area.

*Judge*:  Court can take judicial notice of this statute and what it says.  Basically it's a legal argument as to its application.  So I think you need to move on and we'll establish facts.

*Angstman:*  Well if the Court will take notice of that I -- I am perfectly happy to argue it later and that's what we intended to do.

*Judge:*  And whether it applies to this case, of course, is a legal argument.  So we don't need to elicit that through the facts.

*Angstman:*  Correct but we do now have it in front of the Court.

*Cooper:*  Your Honor, my objection is that I think the issue has just been misstated.  The issue is not whether there's reasonable notice of where the boundary was and whether what marking there was on the boundary was reasonable in accordance with state standards or any other standards.  Whether there was notice of where the boundary is, is not an element of the offense.  Although it would be seen in the evidence that was already indicated to Court that the Defendant knew where the boundary marker was, had seen it that day or the day before.

*Judge*:  I read the trial brief so I can anticipate what might be coming.  Reasonable notice I think is an issue.  Whether this applies or notice under this, of course, is a legal argument so I'm not taking judicial notice of the application but simply the existence of the statute.  So we don't have to have the witness read this statute.

*Angstman:*  I agree with the Court that if reasonable notice is an issue in the case we will be arguing due process throughout as a chapter of reasonable notice.  I have nothing further for this witness with that Your Honor.  Thank you.

*Judge:*  Any redirect?

*Cooper:*  No Your Honor.

*Judge:*  You may step down sir.

*AST Lowy:*  Thank you.

*Cooper:*  Your Honor, I intend to call Ranger Leonard next.  What we were trying to do is -- he has a number of photographic exhibits and other kinds of physical exhibits, a lot of which is on a computer disc and we just can't seem to get that to come up on the screen.  We have one technical person who's been excluded that may be able to help on this to get that…

*Angstman:*  We have no problem with that -- allowing that person in to help with that Your Honor.

*Cooper:*  Very well I would appreciate that and it may take us a few minutes to do that but I can start Ranger Leonard's testimony in the meantime.  We do have the physical exhibits.  We actually have copies of these exhibits also.  So while the witness is presenting them, I'll have a copy for the Defense and a copy for the Court also.

*Judge:*            When you get to the point where you need the help from your person outside the court room, if you need a short recess for that, let me know.

*Cooper:*           Well perhaps we can start that right now because these exhibits that we're going to be handling will be -- would potentially be useful to have them up on the screen as well when they're being discussed by the witness.  So if I could have the technical person come and help while I'm getting that started right now, I'd like to do that Your Honor.

*Judge:*            Has this person tried to use the machine this morning?

*Cooper:*           We tried -- we did use the machine last week in this courtroom, the same machine on this same equipment and had it working.  And for some reason I'm not able to duplicate that right now.  So if we can just have a few minutes I'd like to see if we can.

*Judge:*            We'll take a short recess.  To the call of the gavel so five minutes or until we're ready to go.

*Cooper:*           Thank you Your Honor.

*Clerk:*            All rise.  This matter stands in brief recess.

*Clerk:*            All rise.  His Honor the Court for the United States District Court is again in session.  Please be seated.

*Judge:*            Mr. Cooper if you're ready, if you'll call your next witness.

*Cooper:*           Yes Your Honor, I'd like to call Ranger John Leonard.

*Judge:*            Witness needs to be sworn.

*Clerk:*            Sir, do you solemnly swear that the testimony you are about to give will be the truth, the whole truth and nothing but the truth so help you God?

*John Leonard:*     I do.

*Clerk:*            Thank you.  You may be seated.  For the record could you please state your full name, spelling your last and give your city and state of residence?

*John Leonard:*     John David Leonard. L-E-O-N-A-R-D.  Talkeetna, Alaska.

*Clerk:*            Thank you.

*Cooper:*           Mr. Leonard, please state your occupation for the record?

*John Leonard:*       I'm a United States' Park Ranger, stationed at Denali National Park and Preserve.

*Cooper:*       And were you stationed there in that capacity in September, 2007?

*John Leonard:*       Yes I was.

*Cooper:*       I'd like to call your attention to the events of the 6th of September, 2007.  Were you per chance on a patrol with a state Trooper that day?

*John Leonard:*       Yes I was.

*Cooper:*       And where was that patrol?

*John Leonard:*       In the Rock Creek Trail area, just north of the northern boundary to Denali National Park.

*Cooper:*       Now to start out with, do we have a -- a map that would be useful to the Court and the parties to lay the location out for us as to where you're speaking of when you say the Rock Creek Trail area?

*John Leonard:*       We do.

*Cooper:*       Your Honor I'd like the witness to identify Exhibit 1 and then we can determine the admissibility of that, testify from it.

*Judge:*       Yes.  Are you going to put it up on an easel?

*Cooper:*       Yes.  Could I have the witness retrieve that?  It's right there just leaning against the jury box.

*Judge:*       The witness may step down to do that yes.  All right if you'll pull - let's fix it so that the Defense can see it as well.  Angle it that way.

*Cooper:*       Sure.  Move it closer perhaps.  I don't know…

*Judge:*       That works for me.

*Cooper:*       That'll work?  All right.

*Angstman:*       That's fine with the Defense.

*Cooper:*       All right and I should note for the record that we have provided to the Defense and also to the Court a loose leaf binder that has copies of all of these exhibits in it so that should be Exhibit 1 in that book.  There is a "1A" in front of it but then I think there's a 1 that's the one we're talking about now.

*Clerk:*  Mr. Cooper if your witness is going to be testifying from the easel, I need the…

*Judge:*  Hand-held mic.

*Clerk:*  the lapel mic put on his jacket.

*Cooper:*  Yes.  Either that or hold the other microphone.

*Clerk:*  It won't come up.

*Cooper:*  Oh it won't come up?  Okay.

*Judge:*  I'll ask the witness to keep in mind that the exhibit book says poster, there's not a copy of that so I'll need to see where you point.

*Cooper:*  Now you have Exhibit 1 before you now Mr. Leonard?

*John Leonard:*  Yes I do.

*Cooper:*  And you were telling us where you went on this patrol with Trooper Lowy that day.  Is that correct?

*John Leonard:*  Yes.

*Cooper:*  First of all, point out what -- what is Exhibit 1.

*John Leonard:*  Exhibit 1, it's a Trails Illustrated of the map that's widely available at most retail outlets that sells sporting goods or bookstores.  I purchased this one at University of Alaska at Fairbanks Map Office.  I have seen them for sale though as well at Sportsman's Warehouse, Beaver Sports and different bookstores as well as the bookstore in the park at Denali National Park headquarters.

*Cooper:*  All right.  And does that -- does it show who the publisher is?

*John Leonard:*  Yes I believe it's titled Trails Illustrated.  It also has National Geographic either commonly it's referred to as Trails Illustrated Maps.

*Cooper:*  All right.  Very well and does that accurately depict the eastern part of the boundary lines of the Denali National Park and Preserve?

*John Leonard:*  Yes it does.

*Cooper:*  And does it also have the Parks Highway that runs between Fairbanks and Anchorage?

Case 4:08-cr-00008-JDR  Document 43-2  Filed 09/13/08  Page 18 of 171

*John Leonard:*    Yes it does.

*Cooper:*    Has it in that area?

*John Leonard:*    Yes it's the -- shown by the red line that is adjacent to the park boundary.

*Cooper:*    Does it show where the Rock Creek Trail would be.  In other words, whether or not it shows the trail, does it show the area where that trail would be?

*John Leonard:*    Yes it does.  And it actually shows Rock Creek and where it intersects with the highway, and then as it goes up along the -- and near the park boundary.

*Cooper:*    All right and the Rock Creek -- and the Rock Creek Trail come near the Parks Highway and what -- what's the nearest geographic location?

*John Leonard:*    It looks -- it looks like across from or near the Ferry Trail.

*Cooper:*    Is Ferry marked on the map?  Is there anything there named Ferry near the road there?

*John Leonard:*    You know I don't see…

*Cooper:*    Okay.

*John Leonard:*    …I don't see the community of Ferry here.

*Cooper:*    All right.  Point to the place on the map where the Rock Creek -- or the Rock Creek Trail or both intersect or meet the highway.

*John Leonard:*    It's just right here.

*Cooper:*    And you're pointing to the northeast of the northeast corner of the park, correct?

*John Leonard:*    That's correct.

*Judge:*    Mr. Cooper, I think we'd have a better record if it's hard with a yellow marker.

*Cooper:*    All right.  I don't have one of those handy here.  Maybe the Court does?

*Angstman:*    Your Honor, I would ask permission if necessary to reposition myself if their testimony gets more precise I will have to get a little closer.  Is that all right?

| | |
|---|---|
| *Judge*: | Yes.  When you do so, just note for the record that you're doing it. |
| *Angstman:* | Okay. |
| *Cooper:* | So, perhaps at this point Your Honor we should move that into evidence so now he's going to be marking marks on it that relate to the other facts of the case. |
| *Judge:* | Any objection? |
| *Angstman:* | No objection. |
| *Judge:* | Exhibit 1's admitted. |
| *Cooper:* | If you could just draw, I suppose start a line where the trail, Rock Creek Trail is in relation to Rock Creek the highway.  It connects with the highway, doesn't it?  The Trail? |
| *John Leonard:* | Yes it comes out near where the power lines cross the highway. |
| *Cooper:* | All right.  So if you can approximate that.  I mean, the best you can, and then you don't have to draw the whole trail in but just show the general direction that it's going. |
| *Angstman:* | Your Honor I will approach the map with your approval. |
| *Judge:* | Yes. |
| *John Leonard:* | Just an X in the approximate area where it starts? |
| *Cooper:* | If you could just draw a line that represents the trail to the best of your… |
| *Judge:* | Are we picking up Mr. Cooper? |
| *Clerk:* | I was just going to say I'm going to need everybody close. |
| *Judge:* | You'll have to share the mic.  Pass it back and forth. |
| *Cooper:* | Right.  I'd like to have you draw a line that approximates where the trail is in the Rock Creek area and we can get an idea of the direction it goes from that line that you draw. |
| *John Leonard:* | Would you like me to draw it all the way to the Teklanika River? |
| *Cooper:* | If you think you can follow the location of the trail well enough to do that, then yes. |

Case 4:08-cr-00008-JDR     Document 43-2     Filed 09/13/08     Page 20 of 171

*John Leonard:*   I can do an approximation.  It leaves off the highway.  It crosses Bear Creek and it turns up and heads south towards the park boundary.  And this it gets up on this ridge that overlooks the boundary out towards -- and intersects with the Teklanika River.

*Cooper:*   All right.  You've drawn a faint orange line on there, is that correct?

*John Leonard:*   Yes I have.

*Cooper:*   All right.

*Angstman:*   I think there will be more drawings than that _____.

*Cooper:*   Very well.  Now you've --

*Judge:*   If you're not going to ask him about the map in your next few questions, let's have him return to the witness chair.

*Cooper:*   Right.  As a matter of fact there are going to be more maps and so we're going to be doing the same thing again here in just a minute Your Honor.  So you've shown us where that is, correct?  That trail?

*John Leonard:*   Correct.

*Cooper:*   And is that generally in a westerly direction?  Am I right, off of the highway?

*John Leonard:*   Right the trail works its way west from bound -- along that northern boundary.

*Cooper:*   And point out on the map, does it show where the north boundary of the park is that you're speaking of?

*John Leonard:*   Yeah the north boundary is just a boundary that runs east west in a -- it's shown on the map a pretty straight line.  Basically straight line.

*Cooper:*   All right.  And so the trail's north of that?

*John Leonard:*   Yes.

*Cooper:*   And moves around a lot but generally works westerly along the north side of that trail?

*John Leonard:*   Correct.

Case 4:08-cr-00008-JDR     Document 43-2     Filed 09/13/08     Page 21 of 171

*Cooper:* Of that boundary line is what I'm talking about.  And is there any reason that you were along the patrol with Ranger Leonard on that trail that day?

*John Leonard:* Yeah, yes I was with Trooper Lowy because we had a lot of hunting camps and we've had issues in the past with people that camp and hunt right up along the boundary.  The trail at times comes very near the boundary.  So even though all the hunting camps are on state land and it's legal to hunt on state land, there are people that hunt that boundary really close and we've had problems where people have crossed into the park and actually hunted illegally inside of the park.

*Cooper:* Do you have a map showing some of those hunting camps along that area?

*John Leonard:* Yes I do.

*Cooper:* Could you put that up then for us.  That will be identification 2 Your Honor.  Now tell us first of all, what kind of map is identification 2?

*John Leonard:* Could you please repeat the question?

*Cooper:* What kind of map is that?

*John Leonard:* This is map is a -- it comes off a -- it's a USGS map.  But without changing the dimensions of it, we're able to blow it up and use it for displays.  But all the information from this map besides the camps and the kill site is something that comes from the USGS.

*Cooper:* All right, and does it show the north boundary of the park that you were just describing on Exhibit 1?

*John Leonard:* Yes it does and kind of put in perspective the red line here again is the Parks Highway.

*Cooper:* You're pointing to a small inset on the lower right corner of Exhibit Identification 2?

*John Leonard:* Yes.  This red line is the Parks Highway.  The gray area is the park itself. And then this area that has the pink box around it, that's the northern boundary area or the thumb of the park as a lot of people refer to it.

*Cooper:* And again the Rock Creek Trail on Number 2 is where?

Case 4:08-cr-00008-JDR　　　Document 43-2　　　Filed 09/13/08　　　Page 22 of 171

*John Leonard:*      The Rock Creek Trail starts from the Parks Highway, heads westerly, crosses Bear Creek and then it gets up on this ridge after crossing Bear Creek and heads toward the Teklanika River, adjacent to the park boundary…

*Cooper:*      All right.

*John Leonard:*      …or just north of it.

*Cooper:*      I'd offer Number 2 in evidence then Your Honor.

*Angstman:*      No objection.

*Judge:*      Two is admitted.

*Cooper:*      And there are a bunch of little red -- or excuse me, black triangles showing just outside the park boundary above the northern boundary and then in south of that arm that the northern boundary is part of.  Explain those please.

*John Leonard:*      Yeah all of the little triangles represent hunting camps that are known to us, the National Park Service and camps that we've encountered and talked with people in the past, and one's that we've taken waypoints of and marked their location.  We do routine aerial patrols.

*Judge:*      Mr. Cooper would you establish the date of the map?

*Cooper:*      The date?

*Judge:*      Yes.

*Cooper:*      Do you know the date or what vintage the information on there is?

*John Leonard:*      This map was up-to-date prior to the 2007 season.

*Cooper:*      And as up-to-date as far as the location of those hunting camps is concerned?

*John Leonard:*      Yes there are other areas that people set up camps, but these are ones that are traditional hunting camps that people return to year-after-year.  A lot of the camps have even some sort of infrastructure at them whether it's a tent platform or something like that.  More than just a one-time use camp.

*Cooper:*      And the geographical information, the latitude, longitude and the contour lines and the creeks and highways and all that information is from what date or do you have any idea?

*John Leonard:*   It's from the USGS and I believe the maps in this area were made in the 70's.

*Cooper:*   It's whatever may be marked on the standard US Geological Survey maps?

*John Leonard:*   Yes.

*Angstman:*   I'll have to object Your Honor.  That's asking for him to speculate about the creation of this map which obviously is an extremely scientific issue and to him to simply tell us that it's legitimate because it came from the USGS, I think I'll have to object to that.

*Judge:*   You can bring out facts as to his knowledge but unless he has some knowledge about the derivation of this, the dates and all, he's not going to be allowed to speculate.  But he may indicate when he's seen it, particularly prior to September '07.

*Cooper:*   Do you know what it's based on?  What this map is based on, the information on there?

*John Leonard:*   Yes.  I do.  We actually have exhibits of the actual information this map was created from.  The actual USGS itself.  These were just -- the camps were added, the shading of the park was added that's not on the USGS map, but all the other information we can compare and I can show you that it's the same information.

*Cooper:*   All right.  Okay.  I think you can resume the stand and I'll ask you a few questions now.  And I'd like to -- if I haven't got a ruling on admissibility of 2, I want to be sure we have that.

*Judge:*   Two has been admitted.

*Cooper:*   It is?  Okay.  All right, so do those hunting camp locations on Exhibit 2 have something to do with why you were out on patrol with Trooper Lowy that day?

*John Leonard:*   Yes they do.  Being that those hunting camps surround national park areas, the perception and the reason why people are in that area because they're close to pretty fertile ground as far as moose populations.

*Cooper:*   You mean are close to the park?

*John Leonard:*   Correct.

*Cooper:*   All right.  Now what happened that day?  Did you encounter the Defendant, Mr. King anywhere?

*John Leonard:* Yes. Trooper Lowy and I started the patrol from the Rock Creek Trail area which the majority of the trip -- actually all of our trip that day was spent on state land.  We contacted, I believe, about a dozen different parties that day hunting in the area.  One of those parties that we contacted in mid-afternoon was Mr. King and his daughter.

*Cooper:* And where were they when you came upon them?

*John Leonard:* They were in their hunting camp at a location just north of the park boundary, an area that, from their camp it looks down into the park.

*Cooper:* And when you were traveling, were you using the trail?

*John Leonard:* Yes we stayed on the trail for the entirety of the day.

*Cooper:* And how were you traveling?

*John Leonard:* We were each traveling on a ATV, a four-wheeler.

*Cooper:* Four wheeler.  And so what -- when you came to his camp, I wonder if you could help the Court gain a visual picture of the situation of this camp.  Where was the camp in relation to the trail and describe the country in which it was situated.

*John Leonard:* Mr. King's camp was located just to the south of the Rock Creek Trail as it runs along the ridge top.  It's an area -- from his camp you can look and have good views to the south but there's not a lot of area that you can see to the north.  His camp was set up with a yellow dome tent.   It wasn't a camp -- it wasn't like a lot of the hunting camps in this area.  It was more portable I guess you would say, and temporary.  It was located on a little outcropping of rock.  Inside the camp was his yellow tent.  He had a blue Argo and next to that Argo were parts and pieces of a freshly killed moose.

*Cooper:* All right.  And you indicated, I think, when you were pointing out where the trail was that the trail was running at kind of a westerly or west-northwesterly direction at that point.  On a ridge.  Is that what you said?

*John Leonard:* Yes the trail follows the topography and stays on top of that ridge in that area.

*Cooper:* Okay so where in relation to the ridge top was this camp you're speaking of?

Case 4:08-cr-00008-JDR    Document 43-2    Filed 09/13/08    Page 25 of 171

*John Leonard:* It was on the ridge top closest to the edge, closest to the southern edge of that ridge that overlooks a gully that leads into park lands.

*Cooper:* Was there -- you say edge of the ridge. Was there a difference in elevation of the terrain on this ridge and where -- where the camp was overlooking?

*John Leonard:* The camp was basically right on the edge of the ridge where it -- right before where it drops off. To the south of the camp, it drops off. To the north, there's actually a little rise and that's on the -- on the other side of the trail it rises up a little bit.

*Cooper:* Okay. Are there any trees on that ridge?

*John Leonard:* In that area there's no trees. Further down the trail, but in that area it's clear of trees.

*Cooper:* So it's all just open ground? What is there on -- what's the vegetation?

*John Leonard:* It's very -- it's a lot of like dwarf birch. There may be -- there may be a couple of small spruce trees in that area. Maybe like dwarf spruce, black spruce trees. Not very tall. And they're sporadic. There's…

*Cooper:* Are you speaking of the ridge top or the ground below as it goes down in the valley towards the park?

*John Leonard:* I'm speaking about the area approximate to Mr. King's camp.

*Cooper:* Oh okay. So where it drops off down into the park, is that -- is that forested or is that open ground?

*John Leonard:* I wouldn't call it forested. There's -- it has -- it has a lot of this brush and then sporadically through the area there's these black spruce trees.

*Cooper:* All right. From that park, can -- how far can you see in that direction? Or excuse me, from that camp. How far can you see in that direction but down the hill?

*John Leonard:* You're not limited by -- there's no obstructions. You're limited by some ridges, I mean mountain tops in the far distance but I would estimate visibility in excess of five miles to the south, 50 miles to the west, and five miles to the east, and probably less than a quarter of a mile to the north.

Case 4:08-cr-00008-JDR     Document 43-2     Filed 09/13/08     Page 26 of 171

*Cooper:*     All right.  Now, when you first contacted the Defendant, you mentioned that he had the parts of a moose there.  Could you tell anything about whether that was freshly killed or what kind of moose it was?

*John Leonard:*     It looked freshly killed because there was -- some of the moose was still in the Argo and some was on the ground right next to the Argo.  It was apparent that the moose was in the process of being transported back to the camp.  There was a small moose rack laying next to the Argo as well.

*Cooper:*     All right and who -- you said Mr. King was there?  Who else was there?

*John Leonard:*     Right.  Originally at the time when I, or Trooper Lowy and I came into camp, I didn't know who it was.  I'd never met Mr. King in the past.  I quickly became aware who it was.  He was wearing a jacket that had his name on it.  And he introduced himself and his daughter.

*Cooper:*     All right.  And you mentioned this moose rack, the horns of the moose, did you say something about their size?

*John Leonard:*     Yeah they were a small palmated rack that had a small skull plate that was still attached to them.

*Cooper:*     What does that indicate to you?

*John Leonard:*     It indicates the means by which they were removed from the moose.

*Cooper:*     What do you mean by that?  Tell us what you mean.

*John Leonard:*     It appeared that the -- the -- the rack was removed by cutting out a portion of the moose's skull to retrieve and separate the rack from the head of the moose.

*Cooper:*     So in that condition were both antlers, both sides of this rack, attached to the same base?

*John Leonard:*     Yes they were both connected to the -- you know an oblong sized piece of skull.

*Cooper:*     All right.  And then when you mentioned an Argo, just tell us briefly what an Argo is.

*John Leonard:*     An Argo in this case was a six-wheeled amphibious vehicle that can hold multiple passengers as well as gear.

*Cooper:*  About how big is it?  Height and width.

*John Leonard:*  I would say it's probably about as big as one of the -- the witness or the Defense table or the Prosecution's table, somewhere in that, that size.

*Cooper:*  With six wheels under it?

*John Leonard:*  Six wheels.  It may be a little bit wider.

*Cooper:*  All right.  All right, and so there was some of the meat on that and some of it on the ground.  Is that right?

*John Leonard:*  Yes there were -- there were some meat exposed.  There were also some game bags that because they had some blood seeping through I was able to recognize as meat being in those game bags.

*Cooper:*  All right.  Now were you present when Trooper Lowy observed the harvest ticket of the Defendant that had not been notched or validated as it's supposed to be?

*John Leonard:*  Yes I was.

*Cooper:*  And you observed that conversation that he described took place at that time?

*John Leonard:*  Yes I did.

*Cooper:*  And what was the Defendant's statement in regard to when he was confronted with that?

*John Leonard:*  He made mention to the fact that the reason why he hadn't validated his harvest tag was because he was out of practice and he usually didn't have success on his hunts.

*Cooper:*  Did he say anything about how recently he had taken that moose?

*John Leonard:*  We had conversation and I believe at one point in the exchange early on he mentioned that he was pretty tired from just retrieving his moose.

*Cooper:*  All right.  Did you at that point, or Trooper Lowy, have any knowledge that there was a violation aside from this harvest ticket not having been punched as it should have been?  Did you have any knowledge there was a violation that had occurred?

*John Leonard:*  Not at all.  At that time, though Mr. King expressed some frust -- frustrations, excuse me, with the park he was relatively cordial.

We had a conversation, some about dog mushing.  I remember asking him about an article I read where he trains his dogs swimming in a lake near his house and we talked a little bit about that.  And he said that during this conversation that he'd killed his moose in an area that he pointed to near a boundary marker that he'd seen.  A national park boundary marker.

*Cooper:*  He said he saw a national park boundary marker?

*John Leonard:*  Yes he did.

*Cooper:*  And when did he say, excuse me, when was it that he saw it according to what he told you?

*John Leonard:*  It was in a time frame close to his hunt or during his hunt.

*Cooper:*  All right.  And did he describe this boundary marker that he saw?

*John Leonard:*  He said the boundary marker was a silver boundary marker.

*Cooper:*  Okay.  And when he -- when he pointed in the direction of where this was, I think you said he pointed in the direction.  What direction was that?

*John Leonard:*  He pointed to the southwest of his camp.

*Cooper:*  All right.  And could you just -- you don't need to hook up the mic, but could you just step over and indicate on the map what a southwesterly direction from his camp would be?

*John Leonard:*  Yes I can.

*Cooper:*  Would you just do that please?

*John Leonard:*  All right.  So the trail runs along this ridge top.

*Clerk:*  Mr. Cooper…

*Judge:*  You need to hold the mic.

*Clerk:*  Yeah.

*John Leonard:*  The trail runs along this ridge line just north of the park boundary that Trooper Lowy and I were traveling west on.  And it runs in this direction here.

*Cooper:*  All right.  Now you have several triangles, black triangles there.  Is one of those the camp site that Mr. King was using?

*John Leonard:*     No it is not.  This nearest triangle is a camp that Mr. King referred to as his old camp but when he had gotten there it was occupied by another hunter.  But it's just to the east of that.

*Cooper:*     Just to the east of the one that's nearest to an asterisk that's below the park boundary line.  Is that correct?

*John Leonard:*     That's correct.

*Cooper:*     That asterisk, by the way, represents what?

*John Leonard:*     That's where the -- the kill site of the moose was located.

*Cooper:*     All right.  And you didn't know that at the time?

*John Leonard:*     No at this time, we had absolutely no suspicion or no reason to think that there may have been a poached moose.

*Cooper:*     All right.  And so you were going to tell us from his camp, if you can put your finger on his camp there, and then show the direction from that camp that he was pointing when he told you and Lowy where his moose kill was.

*John Leonard:*     Okay.  So the trail runs to the west here and at his camp he was pointing in -- into this area over here.  It's…

*Cooper:*     Make a motion on the map as to which direction that was from his camp.  That's what I want you to do.

*John Leonard:*     He was pointing this -- to the west of his camp.

*Cooper:*     Okay.  All right.  And you just indicated the place on the map that would be west of where he -- where his camp was?

*John Leonard:*     Correct.  And the scale on this map is hard because it's a -- it's very large and you can't see all the detail, but it was the -- to the west of his camp towards the Teklanika River.

*Cooper:*     All right.  That's -- you can resume the stand there.  Thank you.  Did Mr. King say anything to you about two other hunters that had shot a moose in the park last year in this area?

*John Leonard:*     Yes after Trooper Lowy and Mr. King worked out the non-validated harvest ticket, Mr. King had a few, I guess, gripes about the Park Service.  He mentioned that you know the case of the two hunters that had been convicted of poaching inside the park the previous year.  He mentioned that -- and this actually revolved around some anger that he had that somebody else was occupying

and burning his firewood in his old camp that's shown on the map there.  It was kind of a sense that you know there's a lot of neophyte new hunters that aren't here from around the area and don't know where the boundary is and are causing problems.  And he expressed that he had been in the area, he knew the area well, he'd hunted there, I believe he said nine years, the past nine years.  He said he knew where the boundary was and that he hunted using a GPS so it wasn't a problem for him.  He also said he'd seen that park boundary marker.  It was more of a, "You need to mark these boundaries better for these guys that don't know what the heck they're doing.  I have a GPS.  I've seen a boundary marker.  I've hunted here for a long time.  I know where the boundary is but if you guys -- you guys need to do a better job for these -- these rookie-type hunters."

*Cooper:*  All right.  Now after this contact, what next happened?

*John Leonard:*  After the contact, Trooper Lowy and I said goodbye and we continued patrolling back along the Rock Creek Trail all the way out to the Teklanika River.

*Cooper:*  All right.  And you came back again I guess?  Back through his camp.  You'd had to come back through there to come out.

*John Leonard:*  Correct.

*Cooper:*  Did you see him again?

*John Leonard:*  Yes well we passed back buy a couple of hours later.  Mr. King and his daughter were sitting in some camp chairs.  Looked like they were eating or drinking, kind of looking down into the park, looking south from their camp.  It's a real nice view of the park from that area and they were looking down in that area.  Their backs were to us and as we passed by I remember him kind of turned around and waving to us as we went by.

*Cooper:*  How far off the trail is that camp site?

*John Leonard:*  Less than a hundred yards.

*Cooper:*  Okay.  At any time did he tell you that he had a moose down in the park?

*John Leonard:*  No he did not.

*Cooper:*  Okay.  And other than his pointing westerly, generally westerly from his camp site, he give you any information where that kill was that he had the meat of?

*John Leonard:*　　　No he did not.

*Cooper:*　　　And you didn't pursue that subject with him any further, is that right?

*John Leonard:*　　　No there was -- there was no reason to.  I had no reason to believe at all that their moose would have been poached inside the park.  I think it's a -- I enjoy contacting and meeting families that are out hunting and I would always -- I always assume that when a family's out hunting that they're doing everything right.

*Cooper:*　　　All right, so now.  Did you go back there again later?

*John Leonard:*　　　This is the area that we patrol quite frequently because of the pressure and -- and the hunters that we have all along that boundary.  So I returned to that area the following Saturday, which was two days later.

*Cooper:*　　　All right.  And what did you do then?

*John Leonard:*　　　We retraced up to Mr. King's camp the area…

*Cooper:*　　　Was he still there?

*John Leonard:*　　　No he was not.

*Cooper:*　　　He was gone by that time.

*John Leonard:*　　　Yeah.

*Cooper:*　　　Okay.

*John Leonard:*　　　We went back to Mr. King's camp and I -- I didn't want to, actually I wasn't really too interested at the time or too concerned of where his kill site might be.  When Trooper Lowy and I left Mr. King's camp on the day of contact, I had seen, just to the west of his what looked like a trail that was dropping off over the ridge.  And I remember pointing that out to Trooper Lowy as we were going by just as a sign that, "Oh that's probably where he went and got his animal."  And that made sense with where he'd pointed to the boundary marker and where he pointed to where his kill site was at.

*Cooper:*　　　So it went down off the ridge westward you say?

*John Leonard:*　　　Yeah it looked like it -- it punched over the ridge.

*Cooper:*   Was the ridge pretty steep or too steep for going down over it in any area along there near his camp or between that trail that you just described and the park parts east of there?

*John Leonard:*   Yes it would be, and it would be something that was too steep for ATV's like the ones we were riding to drive off of and where I saw the trail that I thought was associated with Mr. King's kill site, we got off on foot and we quickly lost it because I couldn't find a place where it went off the ridge.  I was able to walk it later and see that it was just a trail that went along the ridge top and kind of circled back on the trail but it just went from his camp down the ridge real close to the ridgeline and looped back to the trail.

*Cooper:*   So it didn't drop down off the edge into the land south of there?

*John Leonard:*   No it did not.

*Cooper:*   Okay.  All right.  So you're looking around.  What were you looking around for over there?

*John Leonard:*   You know it was actually a pretty, pretty wet day as I remember and it's an area that we just patrol frequently.  And I -- I didn't have any, like I said I didn't have any suspicion that Mr. King might have killed an animal or not, I was just going back to see where it happened to be.  I thought it was to the west and when I couldn't find the trail I kind of said, "All right, I'm not going to be able to find it."  Went back to his camp and his camp was impeccably clean.  It was -- it looked like nobody had been there except for just a few light tracks from his Argo.

*Cooper:*   Okay.

*John Leonard:*   And after you cross Bear Creek,  the Rock Creek Trail it heads south toward the park boundary and it intersects the ridge that Mr. Camp or Mr. King's camp was on.  And as it comes in, his camp was to the west, which would be taking a right, and there's another part of the trail that continues more to the east, which you'd take a left.  That part of the trail is very light and it's not used as much as the -- as the trail that goes to the right.  The trail to the right that goes all the way out to the Tek is -- Teklanika River is one that's -- it's, it's used very heavily and you can see it.  It's on hard ground.

*Cooper:*   That's the one where Mr. King's camp was on, is that right?

*John Leonard:*   Correct.

*Cooper:*   Okay I wanted to just -- wanted to be sure I'm following you there.  All right  so you headed back eastward along the trail that goes by

his camp site.  Again this time, two days afterwards and he was gone by that time.  I want to bring you back to that point and tell you -- have you tell us what happened at that point.

*John Leonard:*     At this point, Ranger Pariseau and I, who was a ranger that I was with that day, from Mr. King's camp we headed west along the park boundary on this -- it's more of a sparse trail past the intersection.

*Cooper:*     West?

*John Leonard:*     East.

*Cooper:*     East okay.  East okay.  So you're going east now back towards the Parks Highway?

*John Leonard:*     Yes.

*Cooper:*     And you went out a little farther on this, this eastward-bound trail that forks off of the main trail.

*John Leonard:*     Correct.  And I was using a -- using a GPS to navigate up on this ridge and just, you know watching how close I was getting to the park.  And we were just ATVing along this northern boundary of the park you know in an easterly direction and I look down and there's a spot…

*Cooper:*     Down where?

*John Leonard:*     I looked down off the ridge.

*Cooper:*     To your right?

*John Leonard:*     To the right.

*Cooper:*     Okay.

*John Leonard:*     Looking -- looking south and I was looking southeast at the time.  It's at a spot where the ridge kind of peters off or tapers off and where you could actually drive an ATV where it's not steep.

*Cooper:*     Yeah.

*John Leonard:*     And kind of right at that area there was a pile of bones that looked like they were from a freshly killed moose from a distance.

*Cooper:*     Could you see that from up on the ridge where you were?

*John Leonard:*     Yes I could.

Case 4:08-cr-00008-JDR     Document 43-2     Filed 09/13/08     Page 34 of 171

*Cooper:*          Okay.  Was it -- was that again this same brushy type of ground that probably treeless?

*John Leonard:*    Yes.  Treeless, brush probably no more than knee high in this area and in a lot of -- it's just muskeg-y tundra, dry tundra type stuff where there's humps and little bumps in the ground but there's, besides moss and a few like huckleberry bushes or blueberry bushes there's not much ground cover.

*Cooper:*          All right so you saw some bones you say?  What -- describe what they were.

*John Leonard:*    From that distance, I just saw this pile of bones.  They looked like the parts of an animal.  From -- from a distance I couldn't exactly tell what they were.  I parked the ATV and walked off the ridge down to them and I saw that they were the spinal column and what looked like to be the areas where the -- the hips, the hips from  the hindquarters are connected to a moose.  They were very fresh.  They were odorless.  They still had a really good fresh color to them.  They hadn't been picked over by animals at this point at all.  And they -- they drew my attention, first of all knowing that I was very close to the park boundary.  And at the time when I was on the ridge, I couldn't even tell, I didn't know if they were in the park or out of the park or where they were proximate to the park.  I walked down with my GPS and I saw that they were outside the park.  I looked at the bones but I realized there wasn't a gut pile associated with the bones which caught me as strange that an animal would be butchered in this location but there wouldn't be a gut pile.  So…

*Cooper:*          So there were bones without -- with most of the meat off or all the meat taken off of the bones or, describe that.

*John Leonard:*    Most of the meat was taken off the bones.  The back strap was removed.  Most all of the edible meat seemed to be butchered from the animal.

*Cooper:*          Okay.  And then what did you do at that point?

*John Leonard:*    At that point, Ranger Pariseau and I were able to see some -- a trail.  And that headed -- at, at that point it headed a little bit west and then we were able to follow it back into a southerly direction.  It was like I said, kind of a wet day and we tried to follow that trail on foot and we probably, not probably, we did walk and look to follow that trail for a couple of hours.  But on the ground, as you leave the kill site, or excuse me, the bone pile, the trail went to the west and then it curved down and it went over an -- another

Case 4:08-cr-00008-JDR     Document 43-2     Filed 09/13/08     Page 35 of 171

secondary ridge, through the brush, down into a, you know, another hill -- a hillside. And we were able to follow it and find where it dropped off and looked like it was going south into the park.

But on the ground, we weren't able to -- to follow it because the brush there, it's very light and it's kind of grassy and like I said, blueberry bushes and what not. In that area, we weren't able to link up any trail that took us from this bone pile to a kill site. We were able to follow and we'd lose a trail, find the trail, lose a trail, find the trail. But at that point the trail wasn't -- it wasn't clear enough on the ground to follow from the bone pile to a kill site.

*Cooper:*      And did the trail consist of what, foot prints, or tire tracks, or neither or both?

*John Leonard:*      Right above the bone pile, as you gain back upon the ridge, there was a bare gravely kind of area. And I could make out what looked like tire tracks. Then as it got down the brush in that gen -- general area around the bone pile, you could see what looked like tire tracks but you couldn't see what type of tire track it was. You could pick out the width of it but there was no -- the soil wasn't really distributed and there wasn't bare soil there that you could leave a print in.

*Cooper:*      Okay. But where -- but where upon the ridge where you did see an imprint, what kind of a tread mark did you pick up if any by looking at that?

*John Leonard:*      It was this chevron type pattern. Probably the most significant thing that I made note of was that this track was wider than -- I was following this track of this brush that had been laid over. And that track was wider than the ATV that I was on.

*Cooper:*      The four wheeler that you were -- you had a four wheeler?

*John Leonard:*      Yes.

*Cooper:*      And so this had -- was slightly wider, had a -- you saw chevron patterned tire tracks?

*John Leonard:*      Their very light and in that area you go through some brush and there's some rocky areas.

*Cooper:*      Uh huh.

Case 4:08-cr-00008-JDR      Document 43-2      Filed 09/13/08      Page 36 of 171

*John Leonard:*　　It wasn't muddy, it was dry so the tracks were -- were very faint but at times you could see the chevron type pattern really light into the dirt.

*Cooper:*　　Now you say it was dry, I thought you said it was wet that day.

*John Leonard:*　　The ground's dry, it's not muddy because it's rocky.

*Cooper:*　　Okay.

*John Leonard:*　　It's -- it's -- it was a wet day but the ground is, it's dry ground.

*Cooper:*　　Okay. What did you notice, if anything, about the -- you said I thought that you said that there was some tire tracks at the camp site that Mr. King had vacated.

*John Leonard:*　　Correct.

*Cooper:*　　Did you notice any characteristics of those tracks?

*John Leonard:*　　They -- I knew them to be from the Argo that he was driving because they were right next to where it was parked. At this time, I wasn't comparing or contrasting these tracks at all.

*Cooper:*　　Do you recall if they had a tread pattern? The ones in the camp site?

*John Leonard:*　　Yes they did.

*Cooper:*　　And what was that tread pattern?

*John Leonard:*　　It was a chevron pattern.

*Cooper:*　　Okay. Now okay -- so you made these observations at the bone pile. Then what happened?

*John Leonard:*　　After Ranger Pariseau and I tried to find the kill site, or tried to find something that indicated where this animal may have been killed which we were unable to do, we returned back onto the Rock Creek Trail and headed out for the day.

*Cooper:*　　All right. Now I guess some other investigation in the area took place in your absence after that?

*John Leonard:*　　That's correct.

*Cooper:*　　And do you know who went out there to do that?

*John Leonard:*   Yes, after getting back to the park that evening, I  -- I felt pretty strongly that that bone pile would lead to a kill site in the park. However, you know we tried to look for it on the ground.  We had no luck.  I had no indication or no suspicion of who it might have been  I knew from the -- the -- the condition of the bone pile that it was pretty recent.  I expressed to the Chief Ranger in the park Pete Armington that I felt that somebody snuck one out below our noses.  And poached a moose inside the park and you know, I felt…

*Cooper:*   I don't need to know what you felt but just tell us if you know who was going to go out there to take another look.  Evidentially you felt there was something that needed to be looked at.  So somebody went out, do you know who it was?

*John Leonard:*   Yeah Chief Ranger Armington decided that it -- it -- it warranted more investigation so that Monday he contracted or there was a -- we have a Helicopter in the park.  I'm not exactly sure what type of Helicopter it was, but there was a Helicopter in the area.  Ranger Pariseau and Ranger Scudder were on board that Helicopter.  They went back to our GPS location of that bone pile.

*Cooper:*   All right now, at this point you'd be giving us hearsay, right?  You don't know what they did when they were out there.  You know that they went out to do this?

*John Leonard:*   Yes I do.

*Cooper:*   All right.  And then as a result of what they did out there, did you make another trip out?

*John Leonard:*   Yes I did.

*Cooper:*   And when was that?

*John Leonard:*   I believe Ranger Pariseau, Scudder found that kill site in the park on a Monday.  It was a few days later that Ranger Pariseau and I went out.  I believe it was the following Saturday that we went out to look at that kill site.  It was…

*Cooper:*   At what kill site are you speaking of?

*John Leonard:*   This kill site that he and Ranger Scudder found about 600 feet inside the northern boundary.

*Cooper:*   Okay so you went out with him then?  Was it with Pariseau?

*John Leonard:*   Yes it was.

Case 4:08-cr-00008-JDR     Document 43-2     Filed 09/13/08     Page 38 of 171

*Cooper:*    By what means of transportation did you go this time?

*John Leonard:*    Like the other patrols that we've spoken about, we left the Rock Creek Trail head via the ATV…

*Cooper:*    Okay so this is the third time for you now in that particular season going out the Rock Creek Trail, correct?

*John Leonard:*    I'd been out there previously to Trooper Lowy's and I's trip.  So this is something that I'm doing a few times a week.

*Cooper:*    But this is the third on you've mentioned to us so far, correct? You met Mr. King on the first one.  You went out and he was gone on the second one.  And now you're telling us about the third one, is that right?

*John Leonard:*    Yes.

*Cooper:*    For reference.  Okay.  And on this third trip of yours, of the ones that you've told us about today, what did you and Ranger Pariseau see and do on that trip?

*John Leonard:*    Well since we kind of started this together and you know I found the kill site with Ranger Pariseau and he was -- excuse me I had found the bone pile and then he was able to find the associated kill site with that bone pile.  I wanted to take a look at it and see if there was any clues or anything that we could find that might lead us to who poached this moose.

*Cooper:*    All right.  And you say poached because you knew what about it?

*John Leonard:*    That it was killed inside the national park and that if it was killed inside the national park it would be killed illegally.

*Cooper:*    And so what did you do?

*John Leonard:*    We rode the ATV's to a -- the area near the bone pile.  Parked our ATV's up on the ridge, went to the bone pile.  And then with his GPS navigator, his GPS reading we followed our GPS to the kill site.

*Cooper:*    Now you say his GPS, did he -- was that from his previous trip in there?  He had some coordinates in the GPS?

*John Leonard:*    Yes.

*Cooper:*    How does that -- how does that work?  Tell us.

*John Leonard:*  When he went and found the kill site, what we do in all of trips is we carry a GPS with us which lets us know where we're at as well as if we find any, anything as a matter of fact if we find a camp ring or if we find a piece of garbage.  It's common that we just mark things so we kind of keep an inventory of what's happening in the park and areas outside of the park.  You just -- it's just a really accurate way to just keep track of things.  And you could punch a little button that takes you to the exact location of where you're at and then at that time you're able to put, you know, a one-word description of what you found.

*Cooper:*  Okay so the GPS unit, does that keep a record when you push the button?  It keeps a record of where you were?  When you push that button?

*John Leonard:*  Yes it does.

*Cooper:*  It that -- tell us what a waypoint is.

*John Leonard:*  A waypoint is the location based on latitude and longitude, lat long, of an area that you push.  And how it works in the field is you push a little button that says waypoint and what that does is the GPS captures the time and date and location of where you are at when you punch that button.

*Cooper:*  The latitude and longitude.

*John Leonard:*  Yes.

*Cooper:*  So okay is there a way of using that to go back to the same site by following the data in the GPS?

*John Leonard:*  Yes what the -- what we did in this case is he collected this information of the location, the lat and long of the kill site and he had it where he took this waypoint on his GPS.  The bone pile was the area that we both knew was common to both of us and the area that we looked around so we drove to the area close to that, that bone pile and walked to it.  And then at the bone pile, what he was able to do was there's a button you can -- that says find or go to and you push go to and then you pick what -- where you want to go.  And if you have your waypoints labeled, you can go to that waypoint.  So I believe he had it labeled kill site…

*Cooper:*  All right.

*John Leonard:*  …and so he was able to select kill site, push go to and a little arrow points you in the direction that you need to go.  And you can follow that as you go.

*Cooper:* That tells you when you've gotten there?

*John Leonard:* It will tell you when you're there.  In this case it was obvious when we were there, not only because the GPS told us, but there was a gut pile, a hide, a moose head and things like that.

*Cooper:* All right.  Okay. So now do you have -- also when you were there, did you happen to see any further indication of a vehicle or tracks like you had described up on the ridge?

*John Leonard:* Yes after we kind of broke through that -- that second ridge that was…

*Cooper:* Below the bone…

*John Leonard:* …below the bone pile.

*Cooper:* Go ahead.

*John Leonard:* We were able to find the track.  We didn't follow the track but we came across it in our travels.  We were more on a bearing, a straight line to the kill site.

*Cooper:* Following the GPS?

*John Leonard:* Correct.

*Cooper:* Okay.

*John Leonard:* And there were times we crossed like a little -- some rainwater or drainage that had some moss in it and whatnot.  And there -- there were places like that where we'd be able to actually see the indentations of the -- the tire tracks.

*Cooper:* And did you see any near the kill site?

*John Leonard:* There were tracks at about the same elevation.  The most prominent ones were about the same elevation to the east of the kill site that went through -- there was this mossy area.  And they were -- it was like being stamped in the moss.  The tracks.

*Cooper:* And what tread design or pattern was -- were those tracks?

*John Leonard:* They were a overlapping chevron pattern that's consistent with a track that would be made by an Argo because he had those six wheels.  And as they go around, they kind of stamp in after each other and make a track.

*Cooper:*   Were they similar or dissimilar in relation to the chevron patterned tracks that you saw above the bone pile and in the -- in Mr. King's camp site?

*John Leonard:*   I believe it would be similar.

*Cooper:*   Did appear to you similar?

*John Leonard:*   Yes they did.

*Cooper:*   Do you have any additional maps or photographs that would tell us where the kill site was?  Where the bone pile was?  Where the tracks were, and specifically what you saw at those places?

*John Leonard:*   Yes.  We have…

*Cooper:*   Why don't you, first of all, start with Number 3.  I think you should have Exhibit 3 there.  And you'll want to put on that microphone now.  All right now, what is three?

*John Leonard:*   Exhibit 3 is -- is much like the last map that we just discussed.

*Cooper:*   It's got a rectangular area showing.  Is that a blow up of that northern branch -- northeastern branch of the park?

*John Leonard:*   Yes this area that's outlined in the green and then the red, that's -- this is the park inside of that.

*Cooper:*   Inside of that?  And is this the same source for geographical information as the Map Two that you described for us?

*John Leonard:*   Yes it is.

*Cooper:*   And did you also mark where the kill site was located on this map?

*John Leonard:*   Yes it's located right here at the intersection of these four sections.

*Cooper:*   And it's marked with an asterisk?

*John Leonard:*   Yes it is.

*Cooper:*   Your Honor I'll offer three in evidence.

*Angstman*:   I would ask that the Court withhold until we hear more about the -- We don't have any problem with the fact of it being what he says it is but until we have heard the basis for how the map got put together I would object to them being admitted.

*Judge:*   Do you want to cover that now?

| | |
|---|---|
| *Cooper:* | Yes I'd like to do that.  How are the maps put together, I'm not sure what that is asking but tell us how that map is created. |
| *John Leonard:* | This map is -- all the information on this map, except this area that we have highlighted, was all from USGS.  It's created by our park's GIS specialist whose specific duty is to create mapping products.  All we've done with this map is just blow it up so we can see and work off of it here in the courtroom as well as mark this boundary area so we know the area that we're talking about. |
| *Cooper:* | So the boundary has been added to an otherwise -- to a -- to a USGS source map that didn't have the boundary on it? |
| *John Leonard:* | That's correct. |
| *Cooper:* | And the -- and the asterisk for the kill site has been added?  Is that correct? |
| *John Leonard:* | That's correct. |
| *Cooper:* | And how did you obtain the data to know where to put the asterisk for the kill site? |
| *John Leonard:* | This data for the kill site was collected by use of the GPS at the kill site that collected the lat long of the location. |
| *Cooper:* | And then of course it would have to be to scale.  If you put that on there, you'd have to put it to the scale of this map at a distance below the northern boundary that corresponds exactly to the location given by that GPS.  Did you do that? |
| *John Leonard:* | Yes we did. |
| *Cooper:* | Okay.  I think that's the information requested. |
| *Angstman:* | This is going to be a problem from this point forward in this case Your Honor.  This is a property case and you've probably heard some before.  If I went into court and accused somebody of trespassing on my property, and to prove my case I bought a USGS map and drew a line on it and says, "This is my property and here's where he was therefore he's guilty"  I would be laughed out of court Your Honor.  Mr. Cooper conveniently skipped the part where they established where their boundary was.  They skipped plot a boundary on a map, and they put it on a wall, and they ask a court to accept that that's the legal boundary that Mr. King is accused of violating.  And that doesn't work.  This is a criminal case and you don't establish your own boundary.  Somebody else does that for you.  Somebody that's entitled by law to create a |

Case 4:08-cr-00008-JDR　　　Document 43-2　　　Filed 09/13/08　　　Page 43 of 171

boundary.  The National Park Service does not create its own boundaries.  That's what we've done.  This is a park produced map.  We don't have any problem with the USGS portion of it Your Honor, but for them to put something on the wall and say, "This is the law.  He broke it." It isn't going to work in this case Your Honor unless Your Honor decides to loosen the usual standards of evidence in a property case.

*Cooper:*  That refinement tells us what he meant by saying, "How is this put together."  I think I understand his question now.  So how did you derive the location of the park boundary?

*John Leonard:*  By using the GPS.

*Cooper:*  But there are other ways as well.  Aren't you required, as part of your duties, to know where the park boundary is?

*John Leonard:*  Yes, it's part of my duties and a person that's in this area, regularly during the hunting season that makes numerous contacts with people that ask me where the boundary is, it's very important that I'm familiar with lat long of the boundary, and where the boundary is and how to explain it on a map to people and those sorts of things.

*Cooper:*  And where do you derive the knowledge of where the latitude and longitude of the boundary are in that area?

*John Leonard:*  The latitude and long -- longitude of the boundary comes from a -- I -- I get it and I point people to our National Park Service website that has all the waypoints of the boundary for the entirety of our 600+ acre park that's readily available to the public on the website.

*Cooper:*  Six hundred, you said six hundred acres?  You don't mean six hundred acres.

*John Leonard:*  No, six hundred miles I'm sorry.

*Cooper:*  Oh the mile boundary line?

*John Leonard:*  Yeah we have over six hundred miles of boundary around the park.

*Cooper:*  All right.  Okay so how do you know where the boundary is in this area?  How do you know that?

*John Leonard:*  There's a couple of ways you can do it.  But the easily -- I could think -- the most exact way is using the GPS.  But before the creation of GPS a person would know the area by comparing the

contour lines on the map that represent topography with what they actually see on the ground.

*Cooper:*  Okay does it have anything to do with latitude and longitude?

*John Leonard:*  The topography?

*Cooper:*  No the location of the boundary.  Is the boundary on a certain given latitude and longitude?

*John Leonard:*  Yes.  The boundary runs east west in this area on a particular…

*Cooper:*  So if you have a map that gives on the -- along the edges of the map to Geological Survey, US Geological Survey maps gives latitude and longitude around the boundary of the map?

*John Leonard:*  Yes they do.

*Cooper:*  Is this map based on the USGS source?

*John Leonard:*  Yes it is.

*Cooper:*  Does it give latitude and longitude at the source that it was taken from?

*John Leonard:*  The source that it came from, yes it does.

*Cooper:*  Then how do you place the location of the boundary on a map that has latitude and longitude given?  Do you get the get the latitude and longitude of the park boundary from some source to put it on the map?  If so, what is that source?

*John Leonard:*  The source that I get it from is our park service website that's published by our GIS Department.

*Cooper:*  And do you know where that data that's on the website comes from?

*John Leonard:*  It comes from, I believe the Congressional Record that designated the boundaries and the legal description of the park.

*Angstman:*  I'll object.  That's speculation Your Honor.

*Cooper:*  Well we can get the -- the statute and read it into the record.

*Angstman:*  And we intend to Your Honor.  We intend to.  There is no latitude and longitude of the park service in the federal law whatsoever.  No place in the federal law does it have the latitude and longitude of Denali National Park.  They created a set of latitude and

|  |  |
|---|---|
| | longitude in house and they put it on their website.  I could put something else in my website and have no bearing in the law Your Honor. |
| *Cooper:* | Your Honor that's not correct.  I would like to state what the source is.  The source is a cadastral survey conducted by the Department of the Interior in 1981 and that's the source of the latitude and the longitude for this boundary.  And what I would like to establish through this witness is whether that source has any relationship to the numbers that are provided on the National Park Service website for the public telling them the exact latitude and longitude of this boundary line. |
| *Judge:* | I think the Government's entitled to bring out this witnesses knowledge and of course where it comes from to enforce the law, where the actual boundary is can be argued subject to other evidence.  I think he's entitled to testify as he's doing at this point. Continue. |
| *Cooper:* | Thank you.  Mr. Leonard, are you familiar with the fact that there was a cadastral survey conducted by the Department of the Interior in approximately 1981 that identified the boundary by latitude and longitude? |
| *John Leonard:* | Yes I do.  I know that because being on the ground I've found those markers, those boundary markers that say Department of Interior cadastral survey and they say 1981 on them. |
| *Cooper:* | And in accordance with that, is it possible to derive from that where the boundary is located in terms of latitude and longitude which is what your GPS uses? |
| *John Leonard:* | Yes. |
| *Cooper:* | And does it have -- does the survey, the bur -- the Department of Interior survey have reference to section lines and townships and ranges that are noted on the USGS maps? |
| *John Leonard:* | Yes it does. |
| *Cooper:* | And if you follow the section lines, township lines and range lines that are noted on the BLM survey and find them on this map, does it give latitudes and longitudes? |
| *John Leonard:* | Yes it does. |
| *Cooper:* | Are those the latitudes and longitudes that are given on the website for the public to use? |

Case 4:08-cr-00008-JDR    Document 43-2    Filed 09/13/08    Page 46 of 171

*John Leonard:*　　Yes they are.  Yes they are.

*Cooper:*　　Do you have -- when we get into a little later after we get past this exhibit, I want you to show the Court how that's locate on the website and with the exact latitude and longitude that it gives there. But is that the information, the latitude and longitude information that you put on this chart?

*John Leonard:*　　That is how it is plotted.  That's the information that's plotted.

*Cooper:*　　That's how it's plotted?  All right.  And so again Your Honor, I offer 3 into evidence at this time.

*Angstman:*　　Could I have direct voir dire on the last few points of the of where rasied Your Honor?

*Judge:*　　Any objection?

*Cooper:*　　No  Your Honor.

*Angstman:*　　I believe it's your testimony that the township line coincides with the park boundary at least in this location.  Is that what you just testified to?

*John Leonard:*　　The section lines?

*Angstman:*　　The township and section lines.  They're the same.

*John Leonard:*　　I believe them to be on -- on the park boundary there.  Yes.

*Angstman:*　　Okay and you said that you've gone to those markers and you've taken latitude and longitudes.  Is that correct?

*John Leonard:*　　Yes.

*Angstman:*　　So as you look at that map, you say to yourself, the park boundary is the same as the section lines in the location of the kill site.  Is that correct?

*John Leonard:*　　Yes.

*Angstman:*　　If I might Your Honor, put Exhibit 1 on the board?

*Judge*:　　I think you're getting into cross examination.

*Angstman:*　　Well I'm just pointing out the error of this map Your Honor from an exhibit that's already been -- been admitted.

*Judge:*    I'll keep in mind that the admissibility of this doesn't depend on upon whether it's accurate.  That's for the fact finder to decide.  We're here to decide the admissibility of the Government's case and what they rely on.  It may or may not be what the fact finder finds is sufficient to prove the fact.

*Angstman:*    If I could just point out a couple of things on this map perhaps it will clarify the situation Your Honor.  If you look at Exhibit 1right there, and tell me if you can identify the same northeast corner of the park boundary on this map.  Can you?

*John Leonard:*    Can I?

*Judge:*    You may answer.

*John Leonard:*    Yeah.  Yeah this is the area we're talking about here.

*Angstman:*    Can you see the township or section lines on this map as well?

*John Leonard:*    I do not believe -- I don't know that these are township or section lines on this map. I think they're UTM's.

*Angstman:*    What are those?

*John Leonard:*    I'm not sure what UTM's are but they're labeled as UTM's.

*Angstman:*    Now you -- you've noticed that these lines appear to be six miles squares.  Don't they?  Based on your knowledge of the size of this corner?

*John Leonard:*    No I'm not sure what these boxes represent on this map.

*Angstman:*    Here's the scale in miles.

*John Leonard:*    That looks like it's bigger than six miles -- this is bigger than six miles.

*Angstman:*    Okay so your -- is it your testimony that this map doesn't have section lines on it at all?  Or township lines on it at all?

*John Leonard:*    I do not know these to be township or section marker lines.

*Angstman:*    Okay, if -- if in fact these are the lines that represent the edge of townships.  This map, this particular map, Exhibit 1, would reveal that the park boundary is substantially south of the township markers as portrayed on this map.  Wouldn't they?

*Cooper:*    That's contrary with the witnesses testimony that they're UTM lines not section lines or township and range lines.

*Judge:*              As long as the witness is able to follow and there's no other objection I'll allow it.

*John Leonard:*       Yeah I -- I do not believe these have anything to do with or are section or township range.  These are UTM's.

*Angstman:*           And what are UTM's?

*John Leonard:*       Like I said I do not know UTM's but it just says UTM's and I'm assuming that's what these are labeled as.

*Angstman:*           I have nothing further.

*Judge:*              The issue before the Court is the admissibility of the exhibit.  Any further argument?

*Angstman:*           No Your Honor.  I would note that the Court has correctly noted that this can be admitted and then what it proves can be argued as we go along and we're comfortable with that.

*Judge:*              Exhibit 3 admitted.

*Cooper:*             Thank you Your Honor.  And then Mr. Leonard, do you have a photographic exhibit that would give us a general overview of what we're looking at on the ground in the area that we've been concerned with on these maps?

*John Leonard:*       Yes I do.

*Cooper:*             And would that be Number 4?  Do you have Number 4 there?

*John Leonard:*       Yes.

*Cooper:*             Now tell us what Number 4 is for identification.

*John Leonard:*       Number 4 is an aerial photo of the Rock Creek Trail area.  In particular, the areas of the Rock Creek Trail that winds along the ridge.  This would be, to orient it, west would be here.  The Teklanika River would be the top…

*Cooper:*             The top of the picture is west?

*John Leonard:*       Correct.

*Cooper:*             Okay.

*John Leonard:*       And the bottom would be east.

*Cooper:*             All right.  And the ridge just -- where is the ridge?

*John Leonard:*    The ridge is -- is right here.  You can actually see the trail as it skirts along the ridge.

*Cooper:*    All right.  And who took that picture?

*John Leonard:*    I did.

*Cooper:*    When did you take that picture?

*John Leonard:*    This picture was taken in June of this year.

*Cooper:*    And were -- were you on the ground or aloft?

*John Leonard:*    This is an aerial photo.

*Cooper:*    Does it accurately depict the areas as you recall it in general?  Not in every particular but in material points with the layout of the countryside as you saw it at the time as you were testifying to today?

*John Leonard:*    Yes.

*Cooper:*    I offer Number 4 Your Honor.

*Angstman:*    No objection.

*Judge:*    Four is admitted.

*Cooper:*    Do you have another -- by the way, before we go away from Number 4, can you see from the area this rock outcropping on the south side of the trail that was the locale of the Defendant's campsite?

*John Leonard:*    Yes you can.

*Cooper:*    Would you point to that?

*John Leonard:*    ____ right…

*Cooper:*    The light spot there that you pointed to?

*John Leonard:*    Yes.

*Cooper:*    Is there a reason that that's lighter in color?

*John Leonard:*    It's -- it's an area that doesn't have vegetation on it.  It's rocky.

*Cooper:*    Okay.  All right now put that on down and pick up Number 5 for us and tell us what that is.

*John Leonard:*   This is a picture of the same general area.  It's from a further distance back so it shows more of the area of both in the foreground and you know you can see out to the Teklanika River as well.

*Cooper:*   All right.  And you've got some markers on there.  Who put those marks on there?

*John Leonard:*   I did.

*Cooper:*   And they're representing the camp and the bone pile?

*John Leonard:*   Yes they were.

*Cooper:*   Does this apart from any differences of season and time, so forth, does this accurately represent the area that you've been testifying to?

*John Leonard:*   Yes it does.

*Cooper:*   Your Honor, I offer Number 5.

*Angstman:*   No objection.

*Judge:*   It's admitted.

*Cooper:*   And I notice this one says, "Bone pile."  The arrowhead, does that point exactly to what the area you're describing as being the bone pile?

*John Leonard:*   It's the approximate location, yes.

*Cooper:*   And is that -- that's not visible in 4?

*John Leonard:*   No it's not.

*Cooper:*   I should advise the Court incidentally and counsel that these pictures are not only in the loose leaf binder but they're also, I have Chief Ranger Armington changing them and putting them up on the screen on the monitor as we go through them.

*Judge:*   Thank you.

*Cooper:*   Very well.  Then to give us an idea of the visibility and what that country's like as far as vegetation is concerned, you have a picture taken on the ground in the area near the park boundary?

*John Leonard:*   Yes I do.

*Cooper:*          Would you show that one to us?

*Angstman:*        Number?

*Judge:*           That would be Number 6.

*Cooper:*          And what does 6 show?

*John Leonard:*    This is a picture from your visit to the area when you came out to investigate and have a look at the area.

*Cooper:*          Do you remember the time?

*John Leonard:*    This was taken in early June, June 3rd or 4th I believe.

*Cooper:*          Who took that picture?

*John Leonard:*    I took the photo.

*Cooper:*          And do you recall what area it's it that maybe relevant to our case today?

*John Leonard:*    This area is about 600 feet north of the kill site.  It also happens to be almost right on the boundary.  The Helicopter's parked right outside of the boundary and the boundary marker would be just off -- off over here in the brush yes.

*Cooper:*          Does this accurately represent the scene as it appeared at that time?

*John Leonard:*    Yes it does.

*Cooper:*          Does it look any different in any material respect from the way that general area looked to you on the day of your hunting patrol on the 6th of September, 2007?

*John Leonard:*    The foliage has a different color to it but that's it.

*Cooper:*          I offer Number 6 Your Honor.

*Angstman:*        And no objection.

*Judge:*           Six admitted.

*Cooper:*          Now you said there was a boundary marker right near where that Helicopter was, just the left side of the picture, Number 6?

*John Leonard:*    Yes I did.

Case 4:08-cr-00008-JDR     Document 43-2     Filed 09/13/08     Page 52 of 171

*Cooper:*            Do you have a photograph of the way that boundary marker was situated on the ground?

*John Leonard:*       Yes I do.

*Cooper:*            I'd like to offer -- have you identify that one for the Court.  That would be Number 7.  Now who took this picture?

*John Leonard:*       I did.

*Cooper:*            And also when was this taken?

*John Leonard:*       This was the same day as the previous photo, the trip that you came out and visited the location.

*Cooper:*            And where was this taken?

*John Leonard:*       This was taken in regards to the other picture, just a little left of the Helicopter.  And it was taken right on the park boundary.  This is -- marks the park boundary.

*Cooper:*            And does it accurately depict the scene as you saw it that day?

*John Leonard:*       Yes it does.

*Cooper:*            Aside from the color of the foliage, is there any material difference between the general area as it appears in this picture and the general area is appeared on September 6, 2007?

*John Leonard:*       No there's not.

*Cooper:*            Your Honor I'll offer Number 7.

*Angstman:*          No objection.

*Judge:*             Clerk will admit 7.

*Cooper:*            Tell us briefly then what is depicted in this photo.

*John Leonard:*       What's showing in this photo is a marker that marks the boundary.  The one of this post is what's referred to as a benchmark.  It actually shows you the exact location that that benchmark is at.  So if you're reading the benchmark and you saw this boundary marker you'd know exactly where you were.

*Cooper:*            All righty and then what is that other thing over in the -- in the brush just to the right of it?

*John Leonard:*　　This is a -- it's -- it's to aid seeing it from a distance  It's a bigger silver marker that lets you see it from a distance.

*Cooper:*　　And that's anchored in the ground also?

*John Leonard:*　　Yes it is.  It's on a couple foot high steel pole.

*Cooper:*　　Looks like this benchmark you called it or survey marker is also on a pole is it?  Some kind of a pole there?

*John Leonard:*　　Yes it is.

*Cooper:*　　And it looks cylindrical or like a disc shape on the top of that pole.  Is that correct?

*John Leonard:*　　Yes.

*Cooper:*　　All right is there any information that you can read that's on that disc shaped object on top of the pole?

*John Leonard:*　　Yes there's a lot of information.  With even the most basic map and compass skills you can find out exactly where you are.

*Cooper:*　　All right.  I'll offer Number 8 -- excuse me that was -- is that -- yeah that's 7 and yeah.  I would like to have you look at Number 8 and put that up for us.  Is that -- I'm asking you to show up a picture of what that little boundary marker that you described in 7 looks like up close.  Is that what 8 is?

*John Leonard:*　　Yes.  This is -- this is looking down and it's enlarged so you can see it but it's looking down onto that boundary marker.

*Cooper:*　　Is this, of course you have it on a big chart there.  Do you recall approximately the diameter of this circular plate or disc that's on that pole?

*John Leonard:*　　It's bigger that the diameter of a coffee cup.  In that size.

*Cooper:*　　All right.  Okay.  Three or four inches maybe?

*John Leonard:*　　Yes.

*Cooper:*　　And what does it say for the record on it. You took this of that same one is it?  Or is it a different one?

*John Leonard:*　　No this was taken at the same time as you visited the site.  This is that same marker that's just 600 feet north of Mr. King's kill site and it's the same as the photo that I just exhibited.

*Cooper:*            It's the very one that's pictured in Number 7?

*John Leonard:*      Yes it is.

*Cooper:*            Closer up.  Tell us what it says on there for the record.  Excuse me, Your Honor, I guess I should move it into evidence before I have him read from it.

*Angstman:*          No objection.

*Judge:*             Clerk will mark 8 admitted.

*Cooper:*            Go ahead.

*John Leonard:*      It says, "United States Department of Interior.  Unlawful to disturb."  Along the bottom it says, "Bureau of Land Management Cadastral Survey 1981."  And then inside of that -- inside of the labeling is where it gives you the location information . So by looking at this, this says, "Township 10 south, Range 10 West, Range 9 West" and there's some cross hairs which shows and depicts the section markers which the park boundary is this line that goes straight through…

*Cooper:*            The horizontal line?

*John Leonard:*      Yes.

*Cooper:*            And those are section numbers?

*John Leonard:*      Yes.  They were shown…

*Cooper:*            Then you have -- you have four different section numbers in there?  In the quadrants where those lines meet?

*John Leonard:*      Could you please repeat the question?

*Cooper:*            Do you have four section numbers in the quadrants where those lines meet?

*John Leonard:*      Yes.

*Cooper:*            And you have -- you read off the township and range information at the top.  Is there any township information at the bottom?

*John Leonard:*      Yes.  It says Township 11 south.

*Cooper:*            All right.  Now have you taken an official USGS map and determined where those townships, ranges and section numbers are on the map?

*John Leonard:*    Yes when we were actually out there, we were able to take the USGS map and line it up and this boundary marker was situated so it correctly depicted the boundary.  So the top of this was north, the bottom line was south, and then east and west.  So it was lined up in the line in the correct orientation.

*Cooper:*    So if you wanted to know where the northern boundary of the park was, how would you tell it from this?   Which direction that boundary line ran?

*John Leonard:*    Well the boundary line runs as you'd see it if you compared it to a map.  The boundary line is the bottom of Section 36 where it intersects with Section 1 and then Section 31 and Section 6, so it runs right in between -- on that section line.

*Cooper:*    All right.  And was it properly oriented that east west so that if you were to site along that line you'd have the boundary line?

*John Leonard:*    Yes.  You could.  It was lined up just as the park boundary would be and you could look in each direction and would show you and give you an orientation of the park boundary.

*Cooper:*    Do you have a map that gives that same combination of Township 10 and Township 11 South and Range 9 and 10 West with these four section numbers intersecting?

*John Leonard:*    Yes we do.

*Cooper:*    Would you produce that exhibit for us please?  That would be number 9 is it?  I think 9 is…I think 9 should be on your left over there by the box.

*John Leonard:*    Oh.  Yeah right.

*Cooper:*    I think that's correct.

*Angstman:*    I'll object to this exhibit.  It has not been provided in discovery, once again, or generated map that because it's not generally available there would be no chance for us to know that they had it and that it was not produced in part of discovery at all.

*Cooper:*    This particular map with these markings was not produced but the geological survey map that lines are drawn on has been produced in several exhibits.  And the only difference is that this has township lines, range lines and section lines that identify in accordance with the survey marker we just had testimony about.

*Judge:* What is produced voluntarily is simply that, by way of discovery. It doesn't preclude the government from something else. There is no rule that provides that they have to produce it in advance. But what the Court will do is give you ample opportunity to cross examine, to question about the document. But that does not limit it from being admissible. You may continue with your examination.

*Cooper:* Yes Your Honor. Mr. Leonard, describe for us briefly then what Number 9 is?

*John Leonard:* Number 9 is a map much like the other maps we have looked at. It shows the park boundaries of that northern area. It shows Rock Creek. It shows the ridge above the park boundary that the Rock Creek Trail is on top of.

*Cooper:* All right. And has something been added to the basic geological information on the topographical chart on this particular one?

*John Leonard:* Yes what's been added is just to depict, it's kind of putting on the exact information that's on that -- that boundary marker.

*Cooper:* All right. These lines that you have drawn. The red, the heavy red lines, are those sections and do they line up with, excuse me, township and ranges on the chart?

*John Leonard:* Yes the pink lines are township and range lines.

*Cooper:* And are they put in any -- any location other than where the township and range lines appear on the official USGS map?

*John Leonard:* No.

*Cooper:* All right and then right in the middle, you have some numbers that correspond to the section numbers on this boundary marker, do you not?

*John Leonard:* Correct.

*Cooper:* And why do you have those in that center section there?

*John Leonard:* Well this shows when you take the information that's on that benchmark and it gives the township and range…

*Cooper:* Yes.

*John Leonard:* …and it also gives the section marker. So the township and range is that way-out look, I guess, that's zoomed way out to get you in

Case 4:08-cr-00008-JDR Document 43-2 Filed 09/13/08 Page 57 of 171

*Cooper:*

the general area. And then when you take the section markers, it gets you in the exact area.

*Cooper:* Okay so it's where four different sections meet, apparently is where that marker is?

*John Leonard:* Correct.

*Cooper:* And these section numbers you have written in on this chart, do they appear on the USGS charts? Could you -- Section 36, 31, and 1 and 6 within this particular township?

*John Leonard:* Yes they do.

*Cooper:* So is -- in other words, what -- you've outlined the information that was already on this chart and wrote the section numbers in?

*John Leonard:* Yes.

*Cooper:* All right. I'd offer Number 9 Your Honor.

*Angstman:* No objection.

*Judge:* Number 9 admitted.

*Cooper:* So you have then the official USGS maps that would give us the section numbers and township lines that you have accentuated on this Number 9?

*John Leonard:* Yes.

*Cooper:* I'd like for you to produce Number 10 for us and tell us what that is?

*John Leonard:* Number 10 is just a mounted copy of a USGS map that -- that is, I purchased this map at the University of Fairbanks map store and usually…

*Cooper:* Is that the US Geological Survey map?

*John Leonard:* Yes it is.

*Cooper:* All righty. And what particular quadrangle is that identifying on this particular one?

*John Leonard:* This is Fairbanks A-5 in Alaska.

Case 4:08-cr-00008-JDR    Document 43-2    Filed 09/13/08    Page 58 of 171

*Cooper:*     Is the area of, a portion anyway, of the Rock Creek Trail and the area of the Defendant's camp actually findable on this particular map?

*John Leonard:*     Yes it is.

*Cooper:*     And where would it be generally located on this map?

*John Leonard:*     It would be on the bottom part of this map.  I could easily line it up if I used the information on that benchmark.

*Cooper:*     All right.  Your Honor, I would offer Number 10.

*Angstman:*     I would like to take a little closer _____.

*Judge:*     Yes.

*Angstman:*     We don't object.

*Judge:*     Ten's admitted.

*Cooper:*     Do you need another map to locate where the kill site is?  You've got the camp site on that one already.  Do you need another map?

*John Leonard:*     For the kill site yes you do.

*Cooper:*     Yes and what map would that be?  What is it marked?  Number 11?

*John Leonard:*     Number 11.

*Cooper:*     And what kind of map is 11?

*John Leonard:*     It's the same.  It's a USGS map sheet available again at the University of Fairbanks map store.

*Cooper:*     And the kill site would be located where on that one?

*John Leonard:*     In the upper part of this map.  On the upper edge.

*Cooper:*     Near the top edge?

*John Leonard:*     Yes.

*Cooper:*     Your Honor I'd offer 11.

*Angstman:*     Again can we approach the map?

*Judge:*     You may.

*Angstman:*     I'd like my client to see it.

*Judge:*     You can take it to him.

*Cooper:*     So 11 is admitted then?

*Angstman:*     No objection.

*Judge:*     Eleven is admitted.

*Cooper:*     Then would you -- do you have a map where you have combined 10 and 11 all into one sheet?

*John Leonard:*     Yes I do.

*Cooper:*     And that would be 12?

*John Leonard:*     Yes.

*Cooper:*     Do you have 12 there?  All right.  That is a combination of 10 and 11.  Is that correct?

*John Leonard:*     Yes.

*Cooper:*     All right.  I'd offer 12 as being what the witness just said.

*Judge:*     Admitted.

*Cooper:*     Can you locate on 12 then the place where this information on the boundary marker or survey marker is located?  The township, the line between Townships 10 and 11 south, and Ranges 9 and 10 West, and the crossing of the boundaries of Sections 36, 31, 1 and 6?

*John Leonard:*     Yeah -- yes, taking the information on that benchmark I could find exactly where, where I am on this map.

*Cooper:*     So if you had one of those maps with you that you have in your hand now, Number 12, or those two maps, are even just Number 11, tell us how you would find what's on that marker on the ground on this chart.

*John Leonard:*     Without can I just -- can I just grab the other…

*Cooper:*     Yeah.  So you're standing in front of the marker which is Exhibit 9?  And tell us where that information is on this Exhibit 12.

Case 4:08-cr-00008-JDR     Document 43-2     Filed 09/13/08     Page 60 of 171

| | |
|---|---|
| *John Leonard:* | Without any from other instruments and information, if I had a map, a USGS map, and this benchmark, I can find exactly where I was by looking at the information on the map. |
| *Cooper:* | Okay, do that for us. |
| *John Leonard:* | So I could find the Range 10 West, and I'd follow the line up, it's a black line… |
| *Judge:* | I can't see where you're pointing. |
| *John Leonard:* | Oh. |
| *Cooper:* | Step aside so we can see.  So you followed it up from the bottom where the -- what does it say down there? |
| *John Leonard:* | It says Range 10 West, Range 9 West. |
| *Cooper:* | There's a line between those two? |
| *John Leonard:* | Yeah there's a -- it's a line that's a blacker line, then the rest of the section lines, it's a -- it's -- yeah it just highlighted I guess by the USGS. |
| *Cooper:* | Okay.  So, go ahead.  Follow that line up.  You see a Range 10 and 9 West on the margin down there.  You follow it up and now what are you looking for? |
| *John Leonard:* | You find the township.  As it says on the top is Township 10 South and the bottom it has 11 South.  So that's telling me pretty clearly that it's on right on the cusp of that area. |
| *Cooper:* | Dividing line between Township 10 South and Township 11 South. |
| *John Leonard:* | Correct. |
| *Cooper:* | So where do you see that on the boundary of this map? |
| *John Leonard:* | On the right side of the map. |
| *Cooper:* | What do you see there? |
| *John Leonard:* | It says, "T10 South" or "T10S" and "T10 11S". |
| *Cooper:* | T 11 S? |
| *John Leonard:* | Yes. |

Case 4:08-cr-00008-JDR     Document 43-2     Filed 09/13/08     Page 61 of 171

*Cooper:*     Okay and then what is there next to that where it says, "T10S T11S?"

*John Leonard:*     There is a line.

*Cooper:*     Oh okay.  What kind of a line is there?

*John Leonard:*     It's -- it starts off as a red line, a very dark line…on this map for some reason these sections over here are all red.

*Cooper:*     All right.

*John Leonard:*     And then it goes into that dark black line again like the, the range line.

*Cooper:*     Where does it meet the Range 10 West, Range 9 West line that you have your other finger on?

*John Leonard:*     It meets right in the middle of Section 36, and 31, and 1 and 6. Right exact location of where the boundary markers at.

*Cooper:*     Show the Judge where you're pointing?  Range.  Very well.  Your Honor, I'd like to -- we didn't have a copy of that in the exhibit book here so I'd like to show the Court that.

*Judge:*     Do you have that marked with a marker?  Transparent yellow?

*Cooper:*     Want to put a yellow highlight on that if you have the marker there, Mr. Leonard?  Right among those section marks.  And that -- and do you -- now double check your -- where you put that orange dot.  And do you see the Section 31 and 36 above it?  Sections 1 and 6 below the dot?

*John Leonard:*     Yeah lining it up I can see that it's -- it's exactly how this benchmark is.

*Cooper:*     All right.

*John Leonard:*     So it's lined up exactly.

*Cooper:*     Do you see those section numbers surrounding the orange dot you just made?

*John Leonard:*     Yes I do.

*Cooper:*     Okay I'd like you to hand that Number 12 off to the Court to look at.

Case 4:08-cr-00008-JDR     Document 43-2     Filed 09/13/08     Page 62 of 171

*Cooper:*     And then Number 8 also, that would be -- of course the Court has a picture of Number 8 in the exhibit book.

*Cooper:*     All right then do you have a map that, that shows -- well let me back up and ask you a question furhter.  There is this boundary marker or survey marker I think you indicated is roughly 600 feet north of the kill site?

*John Leonard:*     Yes.

*Cooper:*     Are there other similar boundary markers in that general area?

*John Leonard:*     Yes, spaced one mile apart, along the park boundary.  They're the same markers that are found at the location 600 feet north of the kill site.

*Cooper:*     Okay so going east or west along that horizontal line, one mile, you'd find another marker on each mile west and mile east?

*John Leonard:*     Yes.

*Cooper:*     Did you do that?

*John Leonard:*     Yes.

*Cooper:*     Did you take pictures of those?  Do you have a map that superimposes those other boundary markers on the map as well as this on and that we have in Number 8?

*John Leonard:*     Yes I do.

*Cooper:*     Would you produce that photograph?  That was Number, identification what?

*John Leonard:*     Thirteen.

*Cooper:*     Thirteen, all right.  And tell us who -- do you see photographs of three different boundary markers on 13?

*John Leonard:*     Yes I do.

*Cooper:*     And are these the three you've just described?

*John Leonard:*     Yes they are.

*Cooper:*     They're a mile apart?

*John Leonard:*     Yes they are.

Case 4:08-cr-00008-JDR     Document 43-2     Filed 09/13/08     Page 63 of 171

*Cooper:* And you took those pictures, three photos?

*John Leonard:* Yes I took all these photos the same day. And this was the same trip when you visited this area.

*Cooper:* All right. These photos were taken this year?

*John Leonard:* Yes.

*Cooper:* And is that a standard USGS map that you have superimposed on there or are they an electronic version of the USGS map?

*John Leonard:* Yes it is.

*Cooper:* And does it put the location in question here, that is, the Range 9 10 line that runs north south and the Township 10 11 line that runes east and west?

*John Leonard:* Yes.

*Cooper:* All right. I'd offer Number 13 Your Honor.

*Angstman:* I don't object.

*Judge:* Thirteen admitted.

*Cooper:* And I'm wondering if it might be useful to let the Court see it magnified a little bit on the original exhibit because the page that's in the exhibit booklet makes it a little small and hard to read.

*Judge:* I'm able to follow the evidence and I will certainly be looking at the exhibits later. So I don't need to study it now.

*Cooper:* Now do you also have a electronically derived USGS chart or map that shows plotted on them the locations of Mr. King's camp, the kill site, and the bone pile and the boundary marker that was nearest to the kill site?

*John Leonard:* Yes.

*Cooper:* Would you get Exhibit 14 and show that to us please? And tell us what 14 is first.

*John Leonard:* Again 14 is the area, the general Rock Creek area. It -- it is represented, it's a little closer in shot so you can have better accuracy on where the points are. But you can tell by these…

*Cooper:* The contour lines?

*John Leonard:* …the contour lines that this is that ridge that the Rock Creek Trail is on here.

*Cooper:* And you said -- tell us what map this is derived from?  This is a blowup of what?

*John Leonard:* This is exactly the same as -- this is just where these two maps meet so it's showing the same information.

*Cooper:* Let's get the record clear.  You're talking about Number 14 and 14 is a magnified blowed up portion of what?

*John Leonard:* Of USGS maps...

*Cooper:* Identification or Exhibit Number 12?

*John Leonard:* Correct.

*Cooper:* Okay.  All right.

*John Leonard:* It does have some things that we've put on it that aren't on the USGS map.

*Cooper:* And what are those things that you've put on it that aren't on the USGS?

*John Leonard:* The location of Mr. King's camp.  The location of the bone pile.  The location of the illegally killed moose.  And then there are some lines here that are just directing me towards this boundary marker that's right above the kill site.

*Cooper:* On the boundary there.

*John Leonard:* And then the -- the boundary marker is highlighted…

*Cooper:* The boundary line…?

*John Leonard:* …using…

*Cooper:* The boundary line is highlighted?

*John Leonard:* Yes.

*Cooper:* Okay.  And the information you used to locate those sites on there, the campsite, bone pile and the kill site, as well as the boundary marker, were derived from what?

*John Leonard:* From taking GPS measurements.  Lat long, lat long of the areas.

*Cooper:* And did you record those, specifically did you record the latitude and longitude of the kill site in relation to where the boundary was in your report?

*John Leonard:* Yes I did.

*Cooper:* Okay. And were you able to compute the distance from the kill site to the boundary line by means of the GPS latitude and longitude readings?

*John Leonard:* Yes.

*Cooper:* And was there -- I'll ask you -- before I ask you the next question, I'll offer Number 14 into evidence Your Honor.

*Angstman:* No objection.

*Judge:* Admitted.

*Cooper:* Was there any other check of the accuracy of the GPS latitude longitude data that you derived from using, I assume, a handheld GPS that Ranger Pariseau had? Is there any other accuracy check on those latitude and longitude readings that he obtained by that GPS?

*John Leonard:* Yes. The lat long for the location of the illegally killed moose was taken on different GPS's. Originally it was taken on the GPS that Ranger Pariseau had in the field. I took it as well with the GPS I had. But to make sure the accuracy, there are some GPS's that have exact or locations they can plot within approximately 10 inches. We went back to the site of the illegal -- illegally killed moose and, to make sure and exactly sure where that location was, we used this highly precise GPS.

*Angstman:* I'll object Your Honor. The question of the precision of a GPS is not for a non-expert to establish for the record. We don't have a problem that they went back but in talking about precision, I don't believe this witness is qualified to tell us how accurate the GPS is.

*Judge:* I'll let the testimony stand as his opinion as to what he used and you can bring up facts that might change the fact finder's view of the accuracy of it.

*Cooper:* Thank you Your Honor. I'll ask though if you know how -- where that information came from that's down to a 10 inch accuracy?

*John Leonard:* It came off of a data sheet that was printed out -- all the information is downloaded from the GPS onto a computer

|  |  |
|---|---|
|  | program.  And it gives you a data sheet of a lot of different information, you know, -- all these, a lot of different things.  The time it was taken, the elevation it was taken at, the lat long and then it also shows you the time when that point was taken.  Because of how many satellites that GPS was homed into it will tell you, you know, it's accuracy. |
| *Cooper:* | Does it have a -- does it have a screen that reads out this information? |
| *John Leonard:* | Most GPS's have a screen that say, "Plus or minute a certain amount of feet" |
| *Cooper:* | It gives you the accuracy right on the screen on some of them? |
| *John Leonard:* | Yes they do. |
| *Cooper:* | Okay.  Well did this have that kind of feature? |
| *John Leonard:* | This highly -- this highly precise one, I don't know that it did.  The ones that we use in the field every day, it will give you, right there on the screen… |
| *Cooper:* | Right. |
| *John Leonard:* | …how accurate it is and we got this accuracy just with a cheap hand-held one that's within 14 feet. |
| *Cooper:* | Okay.  But this precise one, how does it read out its information?  It's not on the screen you said? |
| *John Leonard:* | I don't know that it's on the screen.  I believe it is, but the way I receive the information is it was downloaded from a data, the computer onto a print out. |
| *Cooper:* | Okay and that had accuracy information along with the latitude longitude readings? |
| *John Leonard:* | Yes it did. |
| *Cooper:* | All right. |
| *John Leonard:* | There's -- |
| *Cooper:* | So when you received that information, did you compare it with the data that you had derived from the ordinary hand-held GPS? |

Case 4:08-cr-00008-JDR   Document 43-2   Filed 09/13/08   Page 67 of 171

*John Leonard:*   Yes I did.  I also tried to pace off the distance on the ground and I've also compared this scale of the map with distances that were plotted using the GPS.

*Cooper:*   And what did you conclude?

*John Leonard:*   That the reading of the GPS was correct.  When I paced it off because the unevenness of the ground and the bushes and what not, I actually came up with a greater distance.  And the GPS made it about 605 feet and I also check that you can use, by the scale -- the scale just maps each square is one mile.  They're square miles so they're a mile wide by a mile long.  And so you're going to compare that with the distance and you can see that it does work out to about 600 feet.

*Cooper:*   All right.  All right so, do you have now some photographs that you took in the area?  I'd like to see if you have one of the bone pile.  That should be Number 15.

*Judge:*   While he's looking for that exhibit, we haven't had a mid-morning recess.  And we're at the lunch hour.  I'm going to take an hour for lunch and I'll stop anytime within the next 20 minutes if you want.  So if you want to continue for 20 minutes or so, fine.

*Cooper:*   We could go a little bit longer Your Honor if that's all right.  Just to get a few more exhibits in.  Do you have 15 there?

*John Leonard:*   Yes I do.

*Cooper:*   And that's a smaller picture but hold that up so we can see it and tell us who took that picture, and when and where?

*John Leonard:*   I took this photo on the day that we found -- this is the bone pile and this was taken on that day, I believe September 8th.

*Cooper:*   Okay, two days after your contact with Mr. King?

*John Leonard:*   Yes.

*Cooper:*   Ok.  And you've described that before.  Is this an accurate depiction of what you were describing then?

*John Leonard:*   Yes.  Yes it is.

*Cooper:*   Your Honor I'd offer 15.

*Angstman:*   No objection.

Case 4:08-cr-00008-JDR     Document 43-2     Filed 09/13/08     Page 68 of 171

*Judge:*  Fifteen admitted.

*Cooper:*  Do you have -- also -- any photographs of the kill site itself?

*John Leonard:*  Yes I do.

*Cooper:*  So we would be looking at 16, 17, 18.  If you have 16, 17, 18 and 19.  Okay.  Tell us, hold those up so we can see them and tell us who took each of these pictures.

*John Leonard:*  This photo was taken by Ranger Pariseau on the day that he found the illegal kill site.

*Cooper:*  All right perhaps we should set that one aside and have him verify it's accuracy.  Is that an aerial picture by the way?

*John Leonard:*  Yes it is.

*Cooper:*  Okay so we'll pass by 17 -- 16 for the moment.  But what's 17?

*John Leonard:*  Seventeen is a photo taken on the same day by Ranger Pariseau and it's a close up of the gut pile and the head of the moose with the -- the skull plate removed.

*Cooper:*  Did you actually see the subject matter of 17 yourself at some time?

*John Leonard:*  Yes I have.

*Cooper:*  Did it look like this?

*John Leonard:*  Yes it did.

*Cooper:*  Was it a couple of days or so after this picture was taken?

*John Leonard:*  Yes.

*Cooper:*  Does this appear to be an accurate depiction of what you saw two or three days after this picture was taken?

*John Leonard:*  Yes it is.

*Cooper:*  I offer Number 17 Your Honor.

*Angstman:*  No objection.

*Judge:*  Seventeen admitted.

*Cooper:*  And 18 is what?

*John Leonard:*  Okay.

*Angstman:*  Agree with 18 as well.

*Cooper:*  Okay.  Let us see 18 if you will?  So 18 is…

*John Leonard:*  Eighteen is…

*Cooper:*  Tell us what 18 is?

*John Leonard:*  Eighteen's just a close up of that same moose head in the -- this illegal kill site.  It just shows…

*Cooper:*  What does it show?  Tell us.

*John Leonard:*  It shows where and how the moose rack was removed from the skull.  It's a common way to do it, in front of the ears and behind the eyes and that's what's shown here.

*Cooper:*  So the skull plate is gone in that area, right?

*John Leonard:*  Yes.

*Cooper:*  Okay.  And then do you have Number 19?

*John Leonard:*  Yes I do.

*Cooper:*  And what is 19?

*John Leonard:*  Nineteen is a close up of the screen on one of these handheld GPS's that we use in the field that shows the location and the background is so blurry because I had to zoom it in, but it's the remains of the moose in the back and then it shows the location.

*Cooper:*  And I'll wait for Ranger Pariseau to testify that -- to the location that's depicted on the GPS read out.

*Angstman:*  No we stipulate that's the kill site.

*Cooper:*  All right so that will stipulate that one in then.

*Judge:*  Does that mean that 18 and 19 come in without objection?

*Angstman:*  Yes.

*Judge:*  So admitted.

*Cooper:*      Just so we don't lose track, perhaps counsel might be interested in expressing whether they would stipulate to 16? That's the aerial view of the same.

*Angstman:*      Yeah that's no problem.

*Cooper:*      All right.

*Judge:*      Sixteen comes in.

*Cooper:*      Will you look back at 16 then and tell us what it depicts?

*John Leonard:*      Sixteen is a view of the kill site from the air.

*Cooper:*      All right. Taken the same time and place as the others, the 17, 18 and 19?

*John Leonard:*      Yes.

*Cooper:*      All right. And have you -- do you know, looking at the -- at Number 19, that's got a north latitude reading of 63 degrees 59.739 minutes. Do you see that?

*John Leonard:*      Yes.

*Cooper:*      Is that one of the coordinates that being the latitude coordinate for the -- for the boundary of the park in that area? Or for the, excuse me, for the latitude of the moose kill?

*John Leonard:*      Yes this is -- this is a number, 59.739 that is less than the latitude of the park boundary and is what I know to be the kill site.

*Cooper:*      Okay. All right, so turn to Number 19A if you would and tell us what 19A is.

*John Leonard:*      Nineteen A is an imprint of a -- some overlapping chevron patterns that went through a little creek, not a creek but some wet area just to the east of the kill site.

*Cooper:*      All right. And who took this picture and when?

*John Leonard:*      I did.

*Cooper:*      When did you take it?

*John Leonard:*      I took this photo about a week or a little over a week after visiting the kill site for the first time, maybe you know, within you know 10 days of the discovery of the kill site.

*Cooper:* All right what I'd like to know is if -- if this picture of the tracks depicts the tracks that you've indicated that you saw in that area earlier?

*John Leonard:* Yes once we were able to find the kill site and then actually go above in the area and I was above this area a couple of different times, and from the aerial view, I was able to see that the continuous track from the kill site to the bone pile. And then after getting an idea of that and knowing what I was looking for in the brush I was able to follow that track from the kill site back to the bone pile on the ground. And was able to follow this -- this -- at times there was this tread pattern and at other times there was just ruts from the wheels. Other times there was just disturbed brush.

*Cooper:* You've describe tread patterns at the camp site, at the bone pile and also down near the kill site as being a chevron tread pattern. Is that the same type of pattern that you saw on those two other places that you now see in this picture near the kill site?

*John Leonard:* Yes it is.

*Cooper:* Offer 19A Your Honor.

*Angstman:* No objection.

*Judge:* Admitted.

*Cooper:* We could stop there Your Honor if it please the Court.

*Judge:* All right. We'll resume then at 1:15.

*Angstman:* Your Honor, does the Court mind if we're -- allow our stuff to remain in the Courtroom?

*Judge:* You may leave things in the Courtroom and we'll lock it up after the public leaves. You're invited to leave now so we can lock up.

*Angstman:* Okay thank you.

*Judge:* Uh huh. We're in recess.

*Clerk:* All rise. This matter's now in recess until 1:15.

*Clerk:* All rise. His Honor the Court. This United States District Court is again in session. Please be seated.

*Judge:* We'll continue with the direct examination of the witness on the stand. I'll remind the witness you're still under oath. And either

Case 4:08-cr-00008-JDR  Document 43-2  Filed 09/13/08  Page 72 of 171

party is welcome to ask for a mid-afternoon recess.  I'll let you decide when we take that or I'll ask that it be taken at an appropriate time when we have witnesses or good time to do it.  So with that, go ahead with your examination Mr. Cooper.

*Cooper:*   Thank you Your Honor.  Mr. Leonard, I'd like to have you pick up where we left off.  Do you have a photograph that shows the view from the Defendant's camp down towards the park areas including the kill site?

*John Leonard:*   Yes we do.

*Cooper:*   Would you rig up with the lapel mic and go get that one for us?  It should be Number 20.  Who took that photograph, Number 20?

*John Leonard:*   I did.

*Cooper:*   And when did you take that?

*John Leonard:*   This photograph was taken on the trip that Trooper Lowy and myself went back to the area.  I believe it was on the 19th or 20th of September.

*Cooper:*   Okay.  Apart from the color changes in the leaves and so forth, is there any material difference in the appearance of that view from it's called view of the kill site from King's camp?  Is there any material difference in that view on the day that you saw it to when you met Mr. King there?

*Angstman:*   We'll stipulate to admission Your Honor.

*Cooper:*   Very well.

*Judge:*   Exhibit 20 admitted.

*Cooper:*   And tell us what that depicts if you would please.

*John Leonard:*   This is a photo standing in approximately the center of where Mr. King had his camp set up and it's looking to the southeast into the park.  And just for scale, I asked the Helicopter that we were traveling in just to go and get down on the kill site as close as it could and just to see in proximity from where the camp is and where the kill site is, if it was an area you that you could see or what not.  When you're at the killsite it's hard to really look back at the camp and looking down you know from above and that's what I was able just to do here is see back how far it was and whether or not you were able to see the area from the camp.

Case 4:08-cr-00008-JDR     Document 43-2     Filed 09/13/08     Page 73 of 171

| | |
|---|---|
| *Cooper:* | So is there a Helicopter in that picture? |
| *John Leonard:* | Yes there is. |
| *Cooper:* | Is it right down in the middle? |
| *John Leonard:* | Yes it's the blue one.  You can see the blades.  It was actually hovering right about the kill site at the time. |
| *Cooper:* | Okay.  And you're standing where when you took that picture? |
| *John Leonard:* | Right in the center of Mr. King's camp. |
| *Cooper:* | Okay.  And what direction is that from the camp? |
| *John Leonard:* | If I was -- it's to the southeast. |
| *Cooper:* | Southeast? |
| *John Leonard:* | Yes. |
| *Cooper:* | Okay and what direction is that in relation to the direction he indicated to you where his moose had been killed? |
| *John Leonard:* | As Trooper Lowy testified earlier today, when you were in Mr. King's camp, he pointed towards the southwest and indicated that that was where he killed his moose. |
| *Cooper:* | Where would that be in relation to this picture? |
| *John Leonard:* | It's not -- accurately depicted in this picture.  It would be over here some place. |
| *Cooper:* | Okay. |
| *John Leonard:* | It would be off this… |
| *Cooper:* | All right. |
| *John Leonard:* | This is pretty much looking pretty south. |
| *Cooper:* | Just south southeast? |
| *John Leonard:* | Yes. |
| *Cooper:* | Or southeast I guess?  Is that what you said, southeast? |
| *John Leonard:* | This is southeast. |

Case 4:08-cr-00008-JDR     Document 43-2     Filed 09/13/08     Page 74 of 171

*Cooper:* Oh okay.  All right.  And do you have another exhibit that charts that direction and the relationship, the positional relationship between the camp and the kill site and the distances that are involved?

*John Leonard:* Yes we…

*Cooper:* Can we get an idea of how far it is from the camp down there?

*John Leonard:* Yes I do.

*Cooper:* Would that be Exhibit 21?

*John Leonard:* Yes it is.

*Cooper:* Show us 21 if you would?

*Angstman:* If the Government wishes, we will stipulate to whatever that distance might be.

*Cooper:* Okay.  This 21 is the chart that shows that is -- the distances involved.

*John Leonard:* Yes it does.

*Cooper:* All right.  So we have stipulation.  I guess then that the…

*Angstman:* To all the distances on the chart Your Honor.

*Cooper:* Right.  Okay so -- tell us…

*Judge:* All right the stipulation is accepted, is that correct?

*Angstman:* Yes.

*Cooper:* Yes it is Your Honor. All right, so this includes not only the camp and the kill site but what else?

*John Leonard:* It shows the location of the bone pile and shows the distances in between the different locations.

*Cooper:* All right and the boundary marker, is that the one we had in the other pictures that you showed us?

*John Leonard:* This is the location of the boundary marker and you're able to tell because of the information from that boundary marker that put it right at the intersection of Sections 36, 31, 6 and 1 so -- that's right where the boundary marker is.

*Cooper:*  And those sections are the sections shown on this map?

*John Leonard:*  Yes they are.

*Cooper:*  I see two numbers 36 and 31 there. Is there a reason for that?

*John Leonard:*  Yes there is.

*Cooper:*  What is that reason?

*John Leonard:*  This as we -- when we brought up the other two quads earlier, it's right on the -- where the two maps come together.

*Cooper:*  Oh okay. Okay. So only part of 36 was on the lower map?

*John Leonard:*  Correct.

*Cooper:*  And only part of 36 was on the upper map?

*John Leonard:*  Correct.

*Cooper:*  And together those two parts make one full section 36?

*John Leonard:*  Correct.

*Cooper:*  Okay. And that's -- so that line that extra 36 and 31 with a line across above it -- above those two is through actually a portion of the south portion of 36 and 31?

*John Leonard:*  Correct. And -- and this lower line is just the boundary on the lower map. It's not indicating the bottom of the section. You know a section's one square mile.

*Cooper:*  Yeah.

*John Leonard:*  And see that that's less than one square mile, where that line's at.

*Cooper:*  That extra line above the park boundary is not the bottom boundary of 36. It's the bottom boundary of the map of the Fairbanks quadrant. Is that what you're saying?

*John Leonard:*  Yes.

*Cooper:*  Okay. All right. So the bottom boundary of Section 36 is that -- is that this red line…that is the boundary of the park?

*John Leonard:*  This is the boundary of the park shown by the red line. It's also the top of Section1 and 6 and the bottom of Section 31 and 36.

*Cooper:*       All right.  Okay.  All right.

*Judge:*       Is Exhibit 21 offered?

*Cooper:*       Yes Your Honor.

*Angstman:*       No objection, we already agreed to that.

*Judge:*       Twenty-one is admitted.

*Cooper:*       All right then.  Did you try to obtain a map anywhere on the local market that would have this area without the dividing line in the maps that puts this all together as one area based on USGS charts?

*John Leonard:*       Yes I did.

*Cooper:*       And do you have such an exhibit here today?

*John Leonard:*       Yes I do.

*Cooper:*       Can you get that one for us?  Is that 22?  What do you -- what -- is that Number 22 that you have in your hand?

*John Leonard:*       Yes it is.

*Cooper:*       And what is the map?

*John Leonard:*       What 22 is, it's a map based off of these USGS charts…

*Cooper:*       You're referring to Exhibit 12?

*John Leonard:*       Yes.

*Cooper:*       Okay.

*John Leonard:*       And I guess in the old, old days so to speak, you used to go into a map store and there'd be drawers and drawers of all these single quad sheets.  And some stores still have them.  REI carries them in some of their stores.  The University of -- Alaska Fairbanks map store has them.  But it became, after having worked at REI it was pretty inventory intensive so with modern technology, they digitized all of them.  And it helps the user in the field in a number of ways.  One of them being you don't have to fold all these maps together to get sometimes, you know, the one section you'll want will be in the corner of four different maps.

*Cooper:*       Just like this one is divided in the middle or our area?

*John Leonard:*　　So this has become, not only something that's available at the store you're able to buy, but it's also software that's -- it's relatively cheap.  It's sold online at different places as well as Sportsman's Warehouse, all the different map stores.  It's -- I think the software that creates all these maps based off of USGS's original quads is about a hundred dollars.

*Cooper:*　　Okay.

*John Leonard:*　　And to get this map and -- what you do is -- it asks you what game management you -- you go to Sportsman's Warehouse they've got the little machine that says, "What game management unit do you want a map for?"  And I just typed in 20C which this area is all covered by Game Management Unit 20C.  Then it lets you move the cursor around so you're able to get the area that you want and that allows you to have these maps that you don't have to glue together or fold over and it just shows you the area and it's very easily -- easily used in the field.

*Cooper:*　　So did you indicate -- did you indicate that that's based on the USGS chart?

*John Leonard:*　　Yes like all of this product, it's all this -- all this mapping product it's all from the USGS.  It's just digitized versions of it.

*Cooper:*　　And so does that depict the area involving what's on the Exhibit 21, the bone pile, and the camp site, the kill site and the boundary?

*John Leonard:*　　Yes it does.

*Cooper:*　　Offer 22 Your Honor.

*Angstman:*　　Well I don't mind it being admitted Your Honor but I do mind that it's represented as depicting the boundary because it clearly does not and…

*Cooper:*　　I able to ask.

*Judge:*　　I'm able to follow the evidence and I understand when that it said that it's his interpretation.  It's consistent with his testimony so unless there's other testimony.

*Angstman:*　　Okay so as long as you understand my position that don't mind it going in and we'll talk about it.

*Judge:*　　Exhibit 22 is admitted.

*Cooper:*  Does it have any of the boundary -- doesn't have all of the boundary apparently, but what does it have relating to the boundary on it?

*John Leonard:*  It has part of the boundary.  And what's happened with these maps in the area is they're updated in different types of boundaries, man-made structures and things like that.  Some are from the 70's.  Some are from the 60's.  And it actually tells you here for the area when and what the date is of that map.  So a little to the west over the Teklanika just -- almost near the area that we're talking about, about a mile from this area, you could actually see the red line that USGS has put on the map.  This section one to the -- one quad map to the east that we're talking about Healy D 5 wasn't updated or was last updated in 1973.  And that was before the park was in that area.  So that's why the redline doesn't go all the way across.

*Cooper:*  All right.  All right and then is there any other map you were able to obtain locally that covers the area where the hunt occurred in this case?

*John Leonard:*  Yeah I went to a lot of different places because a one of the -- well I always ask about different mapping products and there's lots of different options.  There's -- this is Exhibit 23?

*Cooper:*  Twenty three?  What is 23?

*John Leonard:*  Twenty three is a Trails illustrated map as well.  The same company that produced I believe Exhibit 1. It's the same -- it's put out by this -- this is available again in, you know, Beaver Sports, lots of book stores, the park book store, UAF gift shop, Sportsman's Warehouse and I don't know if it's…

*Cooper:*  Where did you obtain that or do you know?

*John Leonard:*  I believe I bought this at the Beaver Sports.  I can't -- I'm a little confused on where I got all the different maps.  But it was one of these locations that's here in Fairbanks.

*Cooper:*  All right.

*John Leonard:*  And…

*Judge:*  You're welcome to carry that over to the Defendant if you choose.

*Angstman:*  Okay.

*John Leonard:*  All of these maps, they have a couple things in common.  One of the things they have in common is they're all pretty easy to obtain.

They're not -- they're not too difficult to obtain.  They all have significant information on them.

*Cooper:* Does it cover the area where the Defendant's camp and kill site are located?

*John Leonard:* Yes it does.  It's this thumb area again just to the west of the park's highway.

*Cooper:* I'd offer 23.

*Angstman:* No objectionYour Honor.

*Judge:* Twenty-three is admitted and I'll ask since that's some distance from where I'm sitting, if you'll have him mark what he pointed out.  Unless it's labeled.

*Cooper:* Right, if you could put an orange mark or yellow mark or whatever where the area of the kill site and camp site are located on that map.

*John Leonard:* I can do that on this map as well I could actually pinpoint exactly where that boundary marker is at if you'd like me to do that.

*Cooper:* If you can do that yeah.  Tell us how you do that and then put a mark at that spot.

*John Leonard:* It's the same theory using the township and range markers from the other earlier exhibits.

*Cooper:* Like 9.

*John Leonard:* Yeah.  If I can reference Exhibit 8?  Is it 8?

*Cooper:* All right.

*John Leonard:* Unlike that first map where there was some question about UTM's and whatnot…

*Cooper:* Right.

*John Leonard:* …this map does have boxes but I know these maps to represent townships.

*Cooper:* Okay.

*John Leonard:* All of these boxes…

*Angstman:*    Your Honor, I have to object.  He knows that they represent townships.  In other words, he's interpreting the map in a way that wasn't done by the map maker.  And he's doing that for evidence to establish where Mr. King's alleged crime occurred.  You can't allow that.

*Judge:*    The record needs to indicate how he knows where it's a legend on the map or what.

*Cooper:*    Yes if you'd explain that.  What makes you say these are townships on here?

*John Leonard:*    Because it -- I believe it says it right here in the corner.  It says, "Township 10 South" and then if you go over, you can see again where it says, they're labeled as townships and there are a couple of different ones.  The writing's small but you can see the townships…

*Cooper:*    Is range also written along the top?

*John Leonard:*    Yes it is.

*Cooper:*    Like every five ranges there's one marked, is that the way it goes?

*John Leonard:*    It says, "Range", yeah, "Range 27" then "Range 25" then "Range 20" then "Range 15."  Yeah they're labeled about every five.

*Cooper:*    So is Range 10 marked on the border of that map?

*John Leonard:*    Range 10 West?  Yes.

*Cooper:*    And is Township 10 South on the right border of that map?

*John Leonard:*    Yes it is.

*Cooper:*    All right so you could follow where those two lines meet, could you not?

*John Leonard:*    Right.  If you -- you can just count over the boxes and…

*Cooper:*    So where -- aren't you trying to find where Township 10 11 South a line, the dividing line between them is?

*John Leonard:*    Yes.

*Cooper:*    And the range between them is?

*John Leonard:*    Yeah.

Case 4:08-cr-00008-JDR     Document 43-2     Filed 09/13/08     Page 81 of 171

*Cooper:*  And the range -- the line between Ranges 9 and 10 West, where that dividing line is?

*John Leonard:*  Yeah.

*Cooper:*  Can you do that from the data that's on the margins of this map?

*John Leonard:*  I believe so.  I have -- I have the ranges listed across the top and then you'll see as you go from one range to the next, some of them are listed.  Some of them aren't, they're kind of faint.

*Cooper:*  Do they have Range 10?  That's one of the one's you're looking for isn't it?

*John Leonard:*  Sure I have range, I have Range 12 that's marked and Range 11 that's marked.  I have Range 10 that's marked as well.  Yes.

*Cooper:*  Oh Okay.  So now can you determine where Range 9 is?

*John Leonard:*  It would be one over.

*Cooper:*  From 10?

*John Leonard:*  Correct.

*Cooper:*  All right.  So do you see the boundary line that's between Range 10 and Range 9?

*John Leonard:*  Yes I do.

*Cooper:*  All right can you follow that south to where it intersects the park?

*John Leonard:*  Where it intersects the park as well as…

*Cooper:*  Then the one between Townships 10 and 11 South.  Do you see that line?

*John Leonard:*  Yes I do.

*Cooper:*  Can you follow that line west to where it intersects the other one? The range line?

*John Leonard:*  Yes I can.

*Cooper:*  Would you put a mark, a yellow mark, right there?  Now is theoretically our boundary marker that you just pointed to in Exhibit 8?

*John Leonard:*  Yeah that's exactly where that boundary marker sits.

Case 4:08-cr-00008-JDR  Document 43-2  Filed 09/13/08  Page 82 of 171

| | |
|---|---|
| *Cooper:* | All right. Is there another map source that you had available locally? |
| *John Leonard:* | The most common one that I've found at gas stations as well as the other locations was the Exhibit 24. |
| *Cooper:* | All right. Was the Court wanting to look at a close up -- have a close up view of 23? |
| *Judge:* | Yes if you'll bring it over here. _____ |
| *Cooper:* | Now you were just speaking about Exhibit 24. What is that? |
| *John Leonard:* | It's -- It's probably the most common and comprehensive map of all or what appears to be of all Alaska. These at gas stations, book stores, outdoor stores. They're pretty, pretty much all over the place. |
| *Cooper:* | And do they have USGS maps in there? |
| *John Leonard:* | I don't know -- they look like USGS maps to me, the information looks to be exactly the same. |
| *Cooper:* | Larger scale, not -- in other words not as close up as the ones that we have in this case? |
| *John Leonard:* | Right. |
| *Cooper:* | All right. So is the general area of the park in there on any of the pages? The part of the park that we're talking about in this case? |
| *John Leonard:* | Yes it is. |
| *Cooper:* | What pages would that be on? |
| *John Leonard:* | Page 104 and 114. And the upper parts of 114. Again it's… |
| *Cooper:* | The very bottom edge of 114 shows the top edge of our area? |
| *John Leonard:* | Correct. |
| *Cooper:* | Okay. And 104 has the rest of it? |
| *John Leonard:* | Right. |
| *Cooper:* | All right. Your Honor, I'd offer up 24. |
| *Judge:* | You're offering just those pages? |

*Cooper:*  Well as the -- it comes as a book but with reference to those pages. That's the only part that's relevant.

*John Leonard:*  Looking at 104 shows the entirety of that park boundary in that area and is labeled as such.

*Cooper:*  Right.  I'd -- we don't have to divide up the book I guess.  The rest of it is not involved in this case but pages 104 and 114 are, principally 104 is the page that we will -- are offering to the Court but the entire book should be there to look at.  So that's offered Your Honor.

*Judge:*  I'm just waiting for a response.

*Angstman:*  No objection.

*Judge:*  Those pages are admitted.

*Cooper:*  Very well now did you have any further contact with Mr. King after the contacts you've described so far?

*John Leonard:*  Yes I did.

*Cooper:*  And what was the nature of that contact?

*John Leonard:*  After it came to light that there was a kill site in the park and we compared some of the evidence that we collected that the kill site, it -- it's -- it became probable that the animal that Mr. King stated the killing was the same one that was found to be illegally killed inside the park.

*Cooper:*  All right.  And so what did you do about that?

*Angstman:*  We'll stipulate that a valid search warrant was obtained and served.

*Cooper:*  Very well.

*Judge:*  While you're anticipating the testimony, I think we need to make the record so that the fact finder has a basis for a future decision.

*Cooper:*  Very well.  Yeah.

*Judge:*  In other words if you have a stipulation, you need to more exact about what's being stipulated to.

*Cooper:*  I'll just ask the witness, I mean it's -- it's been stipulated that there was a search warrant.  I want you to tell us about the search warrant.

Case 4:08-cr-00008-JDR     Document 43-2     Filed 09/13/08     Page 84 of 171

*John Leonard:*     As part of the investigation, we gathered enough information to apply for a search warrant.

*Cooper:*     Right, you got the search warrant for Mr. King's residence?

*John Leonard:*     Yes we did.

*Cooper:*     Did you go and carry out the command of that warrant by going to his residence?

*John Leonard:*     Yes Trooper Lowy and I did.

*Cooper:*     And when did you do that?

*John Leonard:*     I don't remember the exact date off the top of my head.

*Cooper:*     All right.

*John Leonard:*     It was after the contact in the field, after we found the kill site.  It was in late September of this year -- of 2007.

*Cooper:*     All right.  And so the two of you went there.  Where approximately is that located?

*John Leonard:*     Mr. King's residence is located at approximately Mile 230 of the Parks Highway.

*Cooper:*     It's -- okay, that's not very far from park entrance is it?

*John Leonard:*     I believe the park entrance is -- there's park lands just due west of where is house is at but the park quote headquarters I believe is at Mile 238 or 239.

*Cooper:*     Okay so he's a little south of the main entrance then?  Is that right?

*John Leonard:*     But less within a couple miles or a mile of actually the park where you cross in the park on the Parks Highway.

*Cooper:*     Okay.  All right.  So it's just south of the park where if you follow the Parks Highway north you'd be going into the park?

*John Leonard:*     Correct.

*Cooper:*     Okay.  All right.  So you can probably resume the stand there.  All right so when you went there, did you see Mr. King?

*John Leonard:*     Yes I did.

*Cooper:*     And did you have any conversation with Mr. King?

Case 4:08-cr-00008-JDR     Document 43-2     Filed 09/13/08     Page 85 of 171

*John Leonard:*     Yes I did.

*Cooper:*     And do you have a recording of that conversation?

*John Leonard:*     Yes I do.

*Cooper:*     Was he in custody at any time during that conversation?

*John Leonard:*     No he was not.

*Cooper:*     And do you -- did you make up a transcript of what's on that recording?

*John Leonard:*     Yes I did.

*Cooper:*     Do you have those with you today so we can hear the recording and follow it on the transcript?

*John Leonard:*     Yes we do.

*Cooper:*     Your Honor, I'd like to offer the recording.  I guess I should ask foundationally additional question or two.   Did you -- have you heard that recording?

*Angstman:*     Could I make that that an objection Your Honor?     The recording's somewhat long and very much of it is irrelevant.  And if the Government has it proffered, we will stipulate to what's on the recording that's relevant to this proceeding and you'll have the transcript and you can see that what we've proffered to is accurate. And we could all -- we can all do that in a minute and a half.  From but instead going to play a long tape that has lots of that irrelevant stuff on it and he's been around long enough, as I have, to know that normal interviews of normal suspects involve a lot of discussion that has nothing to do with the case that's going to be heard.  And to suggest that this whole this is relevant to the proceeding today is absurd.  If he wants to proffer what he wants to obtain from this, we will agree to those sections just going to the Court as a portion of the transcript.  No problem at all.

*Judge:*     I'll consider that at the proper time.  I think he can establish a foundation for the recording.  Does it have an exhibit number?

*Cooper:*     Yes Your Honor it will be Exhibit 25 would be the recording and the transcript we could mark 25A.  I think it might be -- the original might be so marked already.

*Judge:*     Is there a copy of the transcript for the Defense and the Court?

*Cooper:* Yes there are extra copies of the transcript Your Honor.  And found -- as further the foundation, I could -- I think I should ask the witness about the making of that tape and whether he's heard it and so forth, and whether it accurately depicts the conversation.

*Angstman:* We'll stipulate to all of that Your Honor.

*Cooper:* Okay, that it's an accurate record of the conversation that took place.

*Judge:* You can bring it up briefly.

*Cooper:* All right.  And transcript, is that a transcript that you made of the tape that you heard of the conversation you just testified about?

*John Leonard:* Yes.

*Cooper:* And is that, to the best of your knowledge and ability, an accurate reproduction of the transcript -- of the conversation that's on the tape?

*John Leonard:* Yes.

*Cooper:* Your Honor, I tend to agree with Mr. Angstman that there are portions of this that are irrelevant and, or at least so far, and I believe that the first 12 pages of transcript are relevant and we would like to present that in the order in which the testimony's coming in now by playing that much of it Your Honor.

*Judge:* First of all the recording is the best evidence so you're offering the entire recording, but focusing only on the first 12 pages of the transcript of that record.  Is that right?

*Cooper:* That's -- that's correct Your Honor.

*Judge:* All right it's not necessary, from my point of view, to play it all unless it is foundation for further questioning.  So either side then will have an opportunity to use the transcript, which I assume is the entire recording, and ask questions based on that.

*Cooper:* Very well.  That -- we'll do that and I would like to play the first 12 pages worth of audio at this time Your Honor for sequencing of the facts.

*Judge:* All right you may proceed.  So 25 is admitted and 25A is a transcript of the recording and no objection to that?

*Angstman:*  Well there is I mean if there are, I mean I haven't studied the first 12 pages for relevancy.  I'm relatively sure they're on there.

*Judge:*  Well I think my question is designed -- do you agree that it's an accurate transcription of the recording.

*Angstman:*  We do.  We do and we reiterate that a proffer of what evidence he wishes to glean from it would be entirely welcome by us and we'd probably stipulate to that relevant evidence that he attempts to prove to this.  But my, my transcript is -- I don't know how long.  How long is your transcript?

*Cooper:*  Ours is only a minor modification of what you already have so it should be the same length.

*Angstman:*  Fifteen pages so 12 is not what I'd call a dramatic reduction in the amount.

*Judge:*  Well he's entitled to publish this.  It's non-jury proceeding but still for the fact finder to follow the evidence if he wants to do that we can.  I would like a copy of the transcript in front of me.

*Cooper:*  We'll get that.

*Judge:*  Now it's your proposal to play the first 12 pages of the recording?

*Cooper:*  That's correct Your Honor.  We need to put an exhibit sticker on one from which the other copies where made.

*Cooper:*  I think we'll need Ranger Leonard to operate the equipment here for that Your Honor.  If he can come down and take care of that?

*Judge:*  All right he's in view of everyone so if anyone has an objection to what he's doing.  He's going to just simplify play what's there.  Is that right?

*Cooper:*  That's correct.  I have it on a separate  CD but it's also on the drive of the computer that's here and we just need to decide how to turn that on.

*Judge:*  I'll ask that no questions be asked during the playing of that so if you want something stopped at some point you can do so and of course it can be replayed for cross examination.

*Cooper:*  Very well.

Case 4:08-cr-00008-JDR     Document 43-2     Filed 09/13/08     Page 88 of 171

*Angstman:*   I would object to conversation between Lowry, Leonard and Mrs. King as completely and utterly irrelevant to this proceeding and that starts well before Page 12.

*Judge:*   Is there any reason why the Court just be asked to ignore that portion of it.  I'll decide what I think is relevant to the trial but doesn't it stop and start?

*Angstman:*   Well I know this isn't a jury trial and I know over the years I've had lots of discussion about whether it's possible for a jury to ignore what they've already heard.  I assume, of course, better that the jury is.  But then there's the matter of efficiency and wasting the Court's time and I consider that am important point Your Honor.

*Judge:*   Well I haven't read the transcript.  It was just handed to me and so I don't know how much portion of it is with Mrs. King, for example, but it seems to be at the outset it might just be faster to play it and then argue the relevance of it.

*Cooper:*   I don't see where counsel's referring to but I think somewhere through the middle there Mrs. King came in and is heard on there, but it was in the Defendant's presence.  It was part of the same ongoing conversation as far as I know.

*Angstman:*   It starts on page 10 and from there forward there's none of Mr. King to page 12.

*Cooper:*   Well if he was present and participating, listening in, present in that same conversation, that it's a continuation of then I think it's admissible and I need to ask the witness if that was the case.

*Judge:*   You may ask the witnesses.

*Cooper:*   I'll have to get back on the stand again.

*Angstman:*   Admissible as a…

*Cooper:*   Well it's part of the conversation he was a party to that was -- that he was already speaking in when someone is there joining in.  Mr. Leonard, will you tell us if -- how it came to pass that, as we see beginning on page 10 that Mrs. King was there and you began answering questions and Trooper Lowry began answering questions of hers?  Was Mr. King there at that time?

*John Leonard:*   Yes he was.

*Cooper:*   Was this -- was he right next to any of you when this happened?

Case 4:08-cr-00008-JDR     Document 43-2     Filed 09/13/08     Page 89 of 171

*John Leonard:*    When she originally came into the conversation, he, I believe, introduced her in some fashion or made some comment to her about why we were there.  There was a time later, towards the very, very end of the conversation when we were counting up some of the seized moose meat that I believe she was in the back on the -- behind Trooper Lowy's truck and Mr. King was in front of it.

*Cooper:*    What pages would you be referring to there?  If you could tell us on the transcript so we'll know whether that's a problem?

*John Leonard:*    It looks like from the transcript that page 11 is Mrs. King, Trooper Lowy and myself.

*Cooper:*    And where was Mr. King at that point?

*John Leonard:*    In the general vicinity of the vehicle.  We were around the vehicle I believe.  I don't remember the exact location.

*Cooper:*    Where if -- what we'd like you to do if possible, is to tell us where in this transcript Mr. King was not party to what was being said here?

*John Leonard:*    I don't know of any place he wasn't party to the conversation.

*Cooper:*    Up through what, page 12?   Actually, yeah that's right.  Here on page 12 he speaks again but we're not offering that part.  So if any of that -- what can you tell us?  Through page 12 is -- he was present for this conversation?

*John Leonard:*    I really can't say his exact location throughout this conversation.  I just know throughout this contact he was in, around and interjecting and answering questions.

*Cooper:*    Through page -- tell me what, through what page would you say that would be the case?

*John Leonard:*    It -- it -- from just looking at the transcription, it looks like he didn't speak or didn't interject anything from page 11 to…page 11, page 12 and then not until page 13 does he, is he back in the conversation or is he speaking.

*Cooper:*    All right.  Well we'll play through the end of 10 if that's appropriate.  Do you believe that he was a party to the conversation at least up to that point?

*John Leonard:*    Yes I do.

Case 4:08-cr-00008-JDR    Document 43-2    Filed 09/13/08    Page 90 of 171

*Cooper:*      That's what we'll offer then Your Honor.

*Judge:*      Go ahead and play that portion.

**[Exhibit 25 - Recording begins 3:08:01.6]**

**[Exhibit 25 - Recording ends 3:28:09.7]**

*Judge:*      Mr. Cooper you want to stop the tape there?

*Cooper:*      We can stop there Your Honor.

*Judge:*      Unless there are going to be issues about seizing your meat?

*Angstman:*      There are none Your Honor. And there are certainly no issues about dead spots in the tape either.

*Cooper:*      About what?

*Angstman:*      Lengths of tape with nothing on them. We won't -- we won't have any discussion about that.

*Judge:*      The entire tape has been admitted but I don't think it needs to be played anymore at this time unless it becomes pertinent.

*Cooper:*      That's correct Your Honor.

*Judge:*      Do you have other questions for the witness on direct?

*Cooper:*      Just a few Your Honor. We have the audio on separate CD's so that -- that can be separately treated from the rest of what's on the computer as marked as 25 that we just heard.

*Judge:*      Twenty five is in. Twenty five A has not been admitted. It's the transcript and it allows the fact finder to better follow the tape which is…

*Angstman:*      No objection Your Honor.

*Judge:*      So it comes in for that purpose. Twenty five A.

*Cooper:*      Mr. Leonard, there was some discussion regarding difficulty of finding the park boundary on the website. Do you have -- what is the situation about how do you find the park boundary or GPS coordinates or any other information about where the boundary is on the park's website?

*John Leonard:*      Yeah one of the confusing things in this was in the original contact in the field, Mr. King, among other things, said he hunted using --

was hunting using the GPS to signal where the park boundary was. One of the things I had on the warrant to seize was a GPS. When I asked him, as you heard on the tape, whether or not he had a GPS as I -- in the field you said that I said you had a GPS. And he said, "No I did not. And I don't have one" or something along those lines. And he went on to say that the reason why he didn't have one because prior to his hunt he'd gone and tried to find the web page or information on the web page, when he got to the web page but someone when he got to the web page he couldn't extract, he couldn't find boundary information. And that's why he said, or why he changed his story to not having GPS I guess.

*Cooper:*  So did you search farther to try to find his GPS?

*John Leonard:*  Well I thought I felt it was inconsistent. Mr. King, I thought, was being candid and honest, and I didn't feel that this case warranted me and Trooper Lowy turning his house upside down to find a GPS that he was now saying that he didn't have.

*Cooper:*  All right. So what can you tell us about the way a person can find out coordinates that a GPS would make use of in locating the park boundary. Would that have to be latitude and longitude information for a GPS to use it?

*John Leonard:*  Yes.

*Cooper:*  And so is that information available on latitude and longitude of the park boundaries on the website?

*John Leonard:*  Yes it is. One of the -- the things that happens commonly is -- is people are always asking us where, you know where we can find the exact boundary because people want to know when they go out that they're good. You know that they're on the right side of the boundary and it's just been a common thing and I think in the modern day, the easiest way to get that information out to people is through the web. In the past, things have been published and what not but people come back and say, "Well I never got the flyer" and now just through a simple search you can find out all the information. It's readily available there on the Denali National Park official website of, you know, what the regulations are and where the boundaries are it. And there's maps and what not -- just to try to make sure that when people go out that we're giving them as much information as we can to help them have a successful hunt.

*Cooper:*  So it is hard to find? On the website?

*Angstman:*  Objection.  That calls for a -- his opinion and I don't believe that's relevent.

*Judge:*  Well it's a borderline.  Why don't you ask it in a different way?

*Cooper:*  Okay, as a result of his statement that he couldn't find it, have you attempted to go through the system and determine what steps are necessary in order to find it?

*John Leonard:*  Yes I have.  I quite frequently use that website myself to get that information before I go out into the field.

*Cooper:*  Do you have a -- any kind of an exhibit that will show us the steps that you go through to get that information off the web?

*John Leonard:*  Yes I do.  Because there's no web access available in this room, we've put together just a demonstration on how easy it is to get all of that information off the website.

*Cooper:*  So if you could plug a computer into get the internet here in this courtroom, you could show us live how it's done?  Is that what you mean?

*John Leonard:*  Without question.

*Cooper:*  And so you've got it what, on a CD or something?

*John Leonard:*  There's a program and you just -- it records everything that you do on your computer so you just go through the steps and click your mouse and type things in and as you do it, it just -- it captures exactly what's happening on your computer screen.

*Cooper:*  Did you do that?

*John Leonard:*  Yes I did.

*Cooper:*  And did you record that somewhere…

*John Leonard:*  Yes I…

*Cooper:*  …the steps one right after another?

*John Leonard:*  Yes I did.

*Cooper:*  In what form is that information?

*John Leonard:*  It's digitally on the computer recorded.

*Cooper:*  Right.  And is it also on a separate CD that we marked Exhibit 26?

| | |
|---|---|
| *John Leonard:* | Yes it is. |
| *Cooper:* | And have you reviewed that CD and the information from the CD that's on this computer here to determine if they accurately depict the process of finding the boundary on the park website? |
| *John Leonard:* | Yes I have. |
| *Cooper:* | And does it accurately depict that process? |
| *John Leonard:* | Yes it does. |
| *Cooper:* | I'd offer 26 Your Honor and ask this be played. |
| *Angstman:* | Two objections now Your Honor.  First of all, we don't know when this was created and if it has been created anytime since Mr. King went hunting then this is of no relevance whatsoever because times change.  People change.  And certainly websites change.  But more importantly probably, is what equipment was he using?  We've heard about all kinds of high tech equipment that the Government has at its disposal.  I assume that applies to his computer and his browser as well.  And it may very well be a different experience for someone that doesn't have that high tech experienced trying to find the information on a website.  And finally, of course, he admits he uses it all the time.  It's his website, his company's website.  And for him to suggest that his experience has some relevant to Mr. King's attempts is not accurate.  So this is not a -- this is not an experiment or exhibit that can be used by this Court to determine whether it's easy to find particular information that he's claiming he found. |
| *Judge:* | I'm interested in the first two points.  The type of equipment and whether this could have been done prior to this hunt. |
| *Cooper:* | Prior to this time, yes.  Prior to the time of the hunt  would be the issue. |
| *Judge:* | Correct. |
| *Cooper:* | Can you answer the question, the questions in that order?  What electronic equipment did you use in this, in setting up this demonstration on the CD? |
| *John Leonard:* | This equipment, it was just a standard PC computer and the equipment that used is just a basic, like all these computers in here -- what was used was the search browser Yahoo that is used quite regularly and requires no technical expertise.  I also -- this web information was put back, this was put on the web back in 2006. |

Case 4:08-cr-00008-JDR     Document 43-2     Filed 09/13/08     Page 94 of 171

And I've regularly especially before hunting season, as I did before the start of the 2000 hunting season, check to make sure that this information was not only on the website but was accurate.  As part of my job I just feel it's important that have the most accurate and readily available information possible in a medium that's easy for the public to find.

*Cooper:* All right so offer 26 Your Honor.

*Judge:* Any further objection as to the last point that he uses it frequently in his job?  That's just a matter of how much weight to give and argue -- arguing is more than it is going to the admissibility, you objected earlier about whether it was easy to find and I think the Government's responding to that.  It's entitled to put on evidence of that.  Exhibit 26 is a digital process just to speed it up so that I guess what you're going to play then on this is the process itself that's been done, it's just…

*Cooper:* Correct.

*Judge:* …memorialized on this digital _____.

*Cooper:* That's right I'd like to show what the steps are and how, how simple they are and how many alternative ways of getting to the same information there are.  And I would ask that the witness be able to narrate each screen.  It will come one screen after another showing what comes up.  The witness needs to state what he selected and when he pushed enter and so forth.

*Judge:* Exhibit 26 is admitted so you may proceed to use it.

*Cooper:* Very well.  Could we -- can we play it from here?

*John Leonard:* I could come push play and come sit back down and do the narration.

*Cooper:* All right then that will be fine.

*John Leonard:* So the -- this is just pulling up the Yahoo search browser and all I'm typing in is Denali National Park.  And when you type in Denali National Park and hit enter, the first non-commercial or non-sponsored web page that comes up is the official Denali National Park web site, www.nps.gov/dena and it pulls you -- and it pulls you to the Denali National Park into your main website.  We get lots and lots of requests for all sorts of different things and there's lot of available information on the website to help visitors enjoy Denali National Park.  One of the ways to find us if you go to Plan Your Visit, like I mentioned there's lots of different

activities inside the park and there's a tab right there that I clicked that says Things To Do.  And if you scroll down on the Things To Do page at the bottom, you see one of the other activities is Hunting.  And then at the Hunting Information page, there's a lot of different -- there's some different titles.  One is -- it's a little foggy on the screen but it's Hunting Information and then it comes up to a base map of the park as well as the regulations, what you can and cannot do and what you can do in different areas.  Talks about original Mount McKinley National Park and the additions created by ANILCA.  This of course will be much clearer, I think it's just the transmission between that lap top and projected out here but you'll be able to see it much clearer on a personal computer.  Back to the Hunting Information page, there is one that says Boundary Information, Off Road Vehicle Use which is a page that I just clicked on.  And this is in, in real time so it takes just a sec for the computer to pull it up.  And then this one pulls up the map of all the areas that's closed to ORV use which is the entire park.  Now this is for sport hunting.  For subsistence hunters there is a small area of the park that you can use ORV's.

*Cooper:*    So the hash marks are all prohibited for ORV's?

*John Leonard:*    That's correct.

*Cooper:*    Does that include the northern part where this hunt took place?

*John Leonard:*    Yes it does.

*Cooper:*    Okay.

*John Leonard:*    One of the other useful links that we have on here is just the link to all of the Alaska State Regulations so a person that is interested can go right to the Alaska State web page and they could find as much information that the state makes available on the web as well.  And then in this case, where you're looking for park boundary information so there's a sign that says Park Boundary Information and the information page comes up and you can't see it on this monitor because of this transmission issue I guess, but it talks about what datum and what type of information, just to make sure that whatever GPS you have is synced up with the information that's here.  There's a couple of different things that we allow here is one we actually give you the hard information, a map and then a bunch of the GPS waypoints along the map.  One of the other things that we do as well is how to set up so you could plug a person's GPS in it and you could download that file so you could, if you got to here you could plug your GPS in and then you can get all the information boundary would come up on your GPS.

Case 4:08-cr-00008-JDR    Document 43-2    Filed 09/13/08    Page 96 of 171

*Cooper:*  So you just pushed a button there that was what?

*John Leonard:*  It said Park Boundary…

*Cooper:*  Okay.

*John Leonard:*  Waypoints.  And then you can see all these different boundary waypoints come up.

*Cooper:*  And are you zooming in on the part of the park that's involved in this case?

*John Leonard:*  Yes I am.

*Cooper:*  All right and what have they got, points with numbers by them?

*John Leonard:*  Yes they do.

*Cooper:*  Which one of those would be nearest to our location?

*John Leonard:*  That one right there, it's B0014 I believe.

*Cooper:*  All right.  So what do you do with that B0014?

*John Leonard:*  And right below this on this attached file, there's a whole that says Boundary Waypoints.  So it's attached to that same file.  So you just click below it and it comes up and all of those markers have the latitude and -- the lat long for each of those markers so you know what the exact location of each of those boundary markers are.

*Cooper:*  And what is the latitude of that east west running northern boundary line?

*John Leonard:*  You know -- like I said it's only not readable on this system, this in courtroom system.  But it's just, just below 64 degrees.

*Cooper:*  Sixty three point -- 63 degrees 59 point something?

*John Leonard:*  Yes.  Now another way you could…

*Cooper:*  Is that what it is?

*John Leonard:*  Yes.

*Cooper:*  Okay.

*John Leonard:*  Now another way to go if you can't navigate through and find and do all the clicking, the website has just a search box and in this

|  |  |
|---|---|
|  | case I just punched in GPS and then it goes to a search page and the top one here it comes up and says GPS and GIS information. |
| *Cooper:* | Uh huh. |
| *John Leonard:* | And then you get this GIS and GPS data page which we have a lot of files too for visitors that want to interact us with their Google Earth or their other web based programs so they can have some fun and kind of see where all the boundaries are and what not.  But on the bottom, there's a link as it says there to Park Boundary Information.  And it takes you right back to this Park Boundary page that has the base maps as well as the GPS coordinates. |
| *Cooper:* | All right this is just another way, another pathway of finding the same information? |
| *John Leonard:* | Yes it is. |
| *Cooper:* | So is this going to go to that page that has the coordinates on it? |
| *John Leonard:* | Yes well, I just go through it quickly. |
| *Cooper:* | Did you -- you've had printed out on paper or a page this same set of Waypoints and the latitude and longitude for each? |
| *John Leonard:* | Yes. |
| *Cooper:* | Was that part of the material that was provided to us in the process of working on this case? |
| *John Leonard:* | Yes it was. |
| *Cooper:* | And do you have any of that available so you can tell us what the latitude of that northern boundary is? |
| *John Leonard:* | I believe it's in the case file. |
| *Cooper:* | All right. |
| *John Leonard:* | As I go through here, I think there's a couple of other pertinent things that I walk through here. |
| *Cooper:* | Go ahead. |
| *John Leonard:* | So one of the other things is if you couldn't walk through that -- all that information, I can understand for some it might be difficult but one of the things we also have on the web page is just the park's phone number.  And you know it's a local number in the Denali area and we get calls all the time on, "What's the boundary?  What |

are the hunting regs?  What are the open seasons?"  And if somebody wanted to know the information and really wanted to find this stuff out, those calls are directed actually through the Chief Ranger's office and he makes sure that those questions are answered in a timely manner.  Another way and I'll go right to this, but if there, for some reason was a hard time getting to this Denali web page and just from a search browser, you can do this with Google as well, but if you just type in Denali National Park boundary information you'll see that it takes you right actually to the boundary page where all that information's at.  You don't have to navigate through the page.  In the second one you can see Denali National Park Preserve boundary information.

*Cooper:*  Okay.

*John Leonard:*  And then you click on that and without having to navigate through the website, it takes you right to that page where then you can click through and find the waypoints and the boundary.

*Angstman:*  Your Honor aren't we recovering ground that's already been covered here?

*Judge:*  Well I'm waiting for the next question rather than just having the witness speak out.  Do you have another question?

*Cooper:*  What else is there to show us on this?  This is actually going into it from the same -- from a different angle but the same end result.  Is that what you have here?

*Angstman:*  Asked and answered Your Honor.

*Cooper:*  Well I wanted to question.

*Judge:*  I'll allow it overruled.

*John Leonard:*  All I was trying to illustrate is that through a number of different means you can easily find the park boundary information.

*Cooper:*  And is there more of the same?  We have noticed that this is the same chart we saw before?

*John Leonard:*  Yes it is.

*Cooper:*  Okay.  Now what are we doing with this?

*John Leonard:*  That's just the end of it.

*Cooper:*  That's the end?

*John Leonard:*      Yes.

*Cooper:*      All right.  And from the data that was on that chart, can you tell us what the latitude of the north park boundary is in the area around this waypoint that was shown on that map near the hunting _____ area of this case?

*John Leonard:*      Yes you can.

*Cooper:*      What was that latitude?

*John Leonard:*      It's just below 64 degrees.

*Cooper:*      Okay do you have something where it's recorded where you can tell us in the record what it is?

*John Leonard:*      If I could just come look at that screen I can tell you it's all…

*Cooper:*      I'd like the witness to do that Your Honor.

*Judge:*      You may step down and look at that screen.  Defense counsel can stand to the side and watch.

*John Leonard:*      I just have to -- the resolution from this, the transfer is a little bit off so just let me get it back to normal for this computer and it will be completely clear like it would be on a normal computer.  So you can -- on my screen it's obviously clearer now because it's real time _____.

*Cooper:*      And how is it on the -- on the screen that the Court and the counsel are looking at?  Can you read that?

*John Leonard:*      It's -- you can see that it's -- it looks like B0014.

*Cooper:*      All right.  Now we want to find the latitude and longitude for that area.

*John Leonard:*      says a place where it goes back up to that page with all the numbers on it for all those markers and so that marker is B0014 in that area there and the longitude is 149.40775.  Now this is in decimal degrees.  It's -- I didn't mention it earlier but it's in decimal degrees and decimal minutes both kinds.  So depending on how somebody's using their GPS it's already converted for them.

*Cooper:*      Well since the GPS that you used in the field and we have a picture of it, Exhibit 19, I think it is, has it in degrees and dec -- minutes with decimals of a minute, is that right?

*John Leonard:*     That's correct.

*Cooper:*     Is that kind of subdivision on this data sheet that you have on the screen right now?

*John Leonard:*     Yes it is.

*Cooper:*     All right would you tell us what the degrees, minutes and decimal minutes are for the latitude of the north park boundary in the area of the Defendant's hunt.

*John Leonard:*     West 149 degrees 24.65 minutes, north 63 degrees 59.839 minutes.

*Cooper:*     So which one of those is the boundary, the latitude of that north -- northern boundary?  That east west running boundary line.  What's the latitude of it?

*John Leonard:*     North 63 degrees 59.839 minutes.  As long as you're north of that, you're outside of the park.

*Cooper:*     So 59.839 minutes is that line?  Okay.

*Cooper:*     I'd like you to resume the stand.

*Cooper:*     All right now you were just told us that 63 degrees 59.839 minutes is the latitude of the northern boundary of the park in the area of the hunt in this case, right?

*John Leonard:*     Yes.

*Cooper:*     Do you have Exhibit 19 handy?  The photograph of the GPS at the kill site?

*John Leonard:*     I can get it if you like?

*Cooper:*     I would appreciate it if you would.   And can you read us the degrees, minutes of latitude that the kill site was at according to the GPS in that picture?

*John Leonard:*     Yeah.  It's 63 degrees, 59.739 minutes.

*Cooper:*     How many fractions of a minute different is that from the boundary of the park that you just gave us?

*John Leonard:*     Approximately one tenth.

*Cooper:*     It's exactly one tenth isn't it?  According to that as far as the decimals go?

Case 4:08-cr-00008-JDR     Document 43-2     Filed 09/13/08     Page 101 of 171

*John Leonard:*     Yes.

*Cooper:*     .839 versus .739?

*John Leonard:*     I believe so.

*Cooper:*     So does that -- can you tell from that how far inside the park it is in distance?

*John Leonard:*     It is -- so that's saying there's one tenth of minute's difference.

*Cooper:*     Right.

*John Leonard:*     So that's the fraction.  And one minute is a nautical mile and a nautical mile is 6,076 feet.  And so 10 or one tenth of that would be approximately 607 or 605 or 607 feet.

*Cooper:*     All right.  Now with regard to the Defendant's moose and the meat, did you seize anything from him at the time of that search warrant?

*John Leonard:*     Yes I did.

*Cooper:*     And what was it that you seized?

*John Leonard:*     At the time of the search warrant, most of the Mr. King's meat was at a processing pack in Delta he stated and he did have some vacuum packed pieces of meat.  They looked like a lot of the rib area that were cut up and vacuum sealed.  I don't remember the exact number of vacuum sealed bags we collected but it was quite a number.

*Cooper:*     All right and also was the set of horns, the rack seized?

*John Leonard:*     Yes they were.

*Cooper:*     Do you have -- did you take -- did you set aside any of the meat to send to the lab?

*John Leonard:*     Yes we did.

*Cooper:*     And did you give that an exhibit number?

*John Leonard:*     Yes.

*Cooper:*     Do you have -- how much of the meat that you seized from Mr. King's residence under that search warrant became an exhibit to go to the lab?

Case 4:08-cr-00008-JDR     Document 43-2     Filed 09/13/08     Page 102 of 171

*John Leonard:*     One of the vacuumed sealed packets went to the lab.

*Cooper:*     All right and do you have that one present today?

*John Leonard:*     Yes I do.

*Cooper:*     And did you also obtain any other samples that were sent to the lab also for the same purpose for identification?

*John Leonard:*     Yes there were a total of four samples that were sent to the lab.

*Cooper:*     What was -- you mentioned one, now what was the next one?

*John Leonard:*     Okay, the first or one was the meat from -- seized from his house, the vacuumed packed meat.  The second was meat that was that came back from the processing plant that Mrs. King turned over to the park, excuse me.  The third was a piece of rib bone that was found inside the bone pile with the spinal column and what not just north of the north -- the park's northern boundary.  And then the fourth sample was the -- a piece of meat that was recovered at the kill site itself.

*Cooper:*     All right.  Do you have those with you today?

*John Leonard:*     I do.

*Cooper:*     And do you also have the horns with you today?

*John Leonard:*     Yes.

*Cooper:*     Your Honor I'd like to have those marked in next in order.  The moose rack would be twenty -- excuse me I guess I -- is 26 already in evidence?

*Clerk:*     Yes.

*Judge:*     Yes.

*Cooper:*     All right then the moose rack would be 27 and meat from the warrant would be 28.  Meat from the bone pile would be 29.  Meat from Defendant's wife turning in the meat that was at the Delta Packing Plant would be 30 and the meat from the kill site would be 31.  I'd like to have the witness retrieve those and we'll offer those into evidence Your Honor.

*Judge:*     You may do that.  Are they located in the courtroom?

*Cooper:*     Yes they are here.  I realize that as far as the meat samples are concerned we do have to have them further connected up by

Case 4:08-cr-00008-JDR     Document 43-2     Filed 09/13/08     Page 103 of 171

testimony from the laboratory regarding the identity of them but as the source and their relevance to the case is pretty well established at this point.  So…

*Angstman:*     We have no objections.  We'll stipulate that the stuff they took is here and it's Mr. King's.

*Cooper:*     What was that?  What was the last part?

*Angstman:*     Sure.

*Judge:*     He's asking you…

*Angstman:*     The stuff you took is the courtroom and it's Mr. King's.

*Cooper:*     Oh it is from one and the same moose?

*Angstman:*     Yeah one and the same.

*Judge:*     Twenty seven through 31 are from the respective locations he's testified to.

*Angstman:*     Correct.

*Judge:*     Will you accept that?

*Cooper:*     And that they are from one in the same moose?

*Angstman:*     Correct.

*Cooper:*     That's accepted and the moose rack also.

*Judge:*     Stipulation will become part of the record.

*Cooper:*     So those are in evidence.  Actually they're right here in a cooler and they probably ought to stay in the cooler at least for the time being.  Could you hand us the rack?  We'd like to take a look at that anyway.  All right you're looking at what should be marked 27.  Is that correct?  Maybe it doesn't have a mark or we need to get one on there.

*John Leonard:*     Yeah I don't see a mark on it.

*Cooper:*     Your Honor, I'd like to get a yellow sticker and put it on the tag that's on that set of horns.

*Judge:*     That will be exhibit 27.

*Angstman:*     While Mr. Cooper's marking it, I'll inquire to the expected duration of the examination for planning purposes?

*Cooper:*     Now that's marked 27. Is that -- tell us what that is.

*John Leonard:*     This is the moose rack that was seized us render the search warrant for Mr. King's residence.

*Cooper:*     All right and does that have the skull plate attached?

*John Leonard:*     Yes it does.

*Cooper:*     Very well. I don't believe I have any further questions Your Honor.

*Angstman:*     We'll ask for a short recess before I begin Your Honor.

*Judge:*     Yes about 10 or 12 minutes?

*Angstman:*     That's fine.

*Judge:*     We'll be in recess for that long.

*Clerk:*     All rise. This matter stands in recess for about 15 minutes.

*Clerk:*     All rise. His Honor the Court. This United States District Court is now again in session. Please be seated.

*Judge:*     Are you ready to begin the cross examination.

*Angstman:*     Mr. Leonard, I don't think we've met. I'm Myron Angstman. I live in Bethel. I'm Mr. King's lawyer.

*John Leonard:*     Nice to meet you.

*Angstman:*     Have you testified in court before in a case such as this, any kind of deficient game cases?

*John Leonard:*     Yes I have.

*Angstman:*     How many times?

*John Leonard:*     One time.

*Angstman:*     And that was about a year ago?

*John Leonard:*     Yes it was.

*Angstman:*     Okay. How long have you been a ranger?

Case 4:08-cr-00008-JDR     Document 43-2     Filed 09/13/08     Page 105 of 171

*John Leonard:* I've been employed by national park service as a ranger first seasonally starting in 1999. And then permanently at Denali since 2002.

*Angstman:* And have you been in enforcement that whole time?

*John Leonard:* No I have not.

*Angstman:* And what did you do before you were in enforcement?

*John Leonard:* I was what's called a non-commissioned Back Country Ranger at Mount Rainier National Park. And when I was hired at Denali National Park I was hired into an enforcement position but my position hasn't -- I'm still, I'm a Mountaineering Ranger, the lead mountaineering ranger at Denali National Park. Park of my duties include you know conducting and overseeing the climbing and rescue program at the park.

*Angstman:* I normally don't ask a person their age but in this case it might have some bearing on the issue. How old are you sir?

*John Leonard:* Thirty three.

*Angstman:* Okay. The reason I asked your age is certainly you're aware that in our society there's a difference in abilities in negotiating electronic media between those people who are younger in age and those who aren't quite so young? You understand that?

*John Leonard:* Yes I do.

*Angstman:* And I've got to apologize and tell you that last night I looked for the map, the actual map of the boundaries of the park…

*Judge:* You need to just ask questions and not comment.

*Angstman:* I will ask then if he understands what I'm talking about. On the website I couldn't find it. Have you ever heard that expressed by anybody before?

*John Leonard:* Yes.

*Angstman:* And you understand that's a factor of people's skill in using electronic media?

*John Leonard:* Yes.

*Angstman:* You also understand, don't you, that there is no law in this land that says you have to look at that website at all.

*Cooper:*          Objection Your Honor.  Arguing the law.

*John Leonard:*          The website was created…

*Cooper:*          I'm objecting.  Hold on…

*Judge:*          Well I guess you can ask him if he's aware of such a law.

*Angstman:*          Are you aware that there is no law that tells anyone that they have to look at your website?

*John Leonard:*          No.

*Angstman:*          Nor is there a law that you must carry a GPS?

*John Leonard:*          No.

*Angstman:*          Nor is there a law that you know -- that you have to know how to use a GPS?

*John Leonard:*          No.

*Angstman:*          Or that you have to own a computer?

*John Leonard:*          No.

*Angstman:*          Or use a computer?

*John Leonard:*          No.

*Angstman:*          So all this talk about all this information that's available on the website is just a handy way for you to get out information to those people who are so inclined?  Isn't that accurate.

*John Leonard:*          That's correct.

*Angstman:*          All right.  The website though that we're going to talk about it -- the website has got a wealth of information on it.  You went through a small portion of that didn't you?

*John Leonard:*          Yes.

*Angstman:*          Now is it all accurate?  Is that information on that website all accurate?

*John Leonard:*          I don't know.

Case 4:08-cr-00008-JDR          Document 43-2          Filed 09/13/08          Page 107 of 171

*Angstman:* Okay, well I'm going to show you, now I'll have to apologize, some of our exhibits are marked on both sides. We're working on a little different budget than some here. This is…

*Judge:* Are you carrying a microphone?

*Clerk:* _____

*Angstman:* I'll grab this.

*Clerk:* It's -- he's got it laying up there Mr. Angstman. On that cart.

*Angstman:* Will you hook this up for me? The deal is in the pocket and the lapel?

*Clerk:* Yes sir.

*Angstman:* One two. There we go. I'll show you what's identified as Exhibit Defense B. It's called Disclaimer. And I'm going to read it to you and see if you've ever looked at this page. "This website and information it contains is provided as a public service by the park's service. The system is monitored to ensure proper operation to verify the function of applicable security features for comparable purpose." We'll move on down. "Restricture of Liability. The National Park's Service makes no claims, promises or guarantees about the accuracy, completeness or adequacy of the contents of this website and expressly disclaims the liability for errors and omissions in the contents of this website." Now that's on there. Isn't it?

*John Leonard:* I -- if--if -- I don't know where you find this out.

*Angstman:* Well if we told you we found it in the -- on the web page, this one that's marked right up here, would you have any dispute with that?

*John Leonard:* No I would point out though that that's not the Denali National Park website, I don't believe. It looks just like the National Park Service website but I'm not sure where you found it at.

*Angstman:* Okay. Do you have any doubts that the Denali Park has such a disclaimer on their website if that's not from the Denali Park website?

*John Leonard:* I would assume that there's probably some sort of liability release or something along those lines.

*Angstman:* Next I'll hand you what's been marked C, Park Boundary Information. And if I might approach again Your Honor.

*Judge:*          You may.

*Angstman:*          Can I have blanket approval to do that or ask you each time?

*Judge:*          Just indicate for the record you're doing it.

*Angstman:*          Okay.  Now can you see that from your seat?

*John Leonard:*          Yes I can.

*Angstman:*          Okay this is called Nat -- Denali National Park Reserve Park Boundary Information and I'm going to read to you the first paragraph.  "The base maps that are provided with many of the commercially available GPS units do not accurately show the location of the park boundary.  Do not rely on these maps to determine if you are within the boundaries of Denali, the Denali wilderness or the area of the former Mount McKinley National Park.  The USGS quadrangle maps are the best source of info for the various park and preserve boundaries."  Does that look like a page from your website?

*John Leonard:*          That's the page that I showed you I was able to navigate to.

*Angstman:*          Okay so this is one of the pages that you were able to navigate to and if I read this correctly, it tells me that Mr. King and other people in the courtroom, don't use a GPS in the park to determine where the boundary is.  Isn't that what it just said?

*John Leonard:*          That's not what it says.

*Angstman:*          You tell me.

*John Leonard:*          Well it -- if you put it back here I'll read it back to you..

*Angstman:*          Okay.

*John Leonard:*          Now this -- is this the -- this is the page you said you couldn't find last night?

*Angstman:*          No.  No.  I said I couldn't find the actual map of the park anywhere on the site.  I found this one.  Many times.

*John Leonard:*          Okay.  It says -- I don't know where it says anything about you shouldn't use your GPS.

*Judge:*          Why don't you hand it to him so he can read it closer?

*Angstman:*          Yeah.

Case 4:08-cr-00008-JDR          Document 43-2          Filed 09/13/08          Page 109 of 171

*John Leonard:*    So what you have highlighted here says, "The base maps that are provided on -- provide with many of the commercially available GPS's do not accurately show the location of the park boundary." This is one of the reasons why attached to this is the file that you that can easily download on to most commercial GPS's that will give you the accurate boundary.

*Angstman:*    You're telling me that if I'm the average consumer, a hunter from East Overshoe Alaska that's going to go hunting that I read that and say, "I could use this GPS.  I just have to use some other map instead of the one that's on my GPS."  Is that how you read that?

*John Leonard:*    There's a couple of different ways to get information from this. One is if you're going to rely solely on the line, that east west line that's right in the area where Mr. King killed his moose, the reason why the actual lat long numbers are on there because some GPS's you can't put a map on.  But all GPS's do accurately show the lat long of an area.  So as long as you're looking at those numbers, you can always find out where you are and whether you're in the park or not.

*Angstman:*    So it's your testimony that a person reading that "GPS units do not accurately show the location of the park boundary" would cause them to believe that I can go ahead and use my GPS, I just have to do something else to it to be safe.

*Cooper:*    Objection Your Honor.  Misstates the evidence.  It's not the GPS…

*Judge:*    I'm going to let the question stand and I think the witness is able to handle it further.  If he doesn't understand, then he'll so indicate.

*John Leonard:*    All we're trying to give people is the heads up.  We don't want people to get in trouble.  We want to let them know that some of these maps on GPS's that are provided but not produced by the park service may be inaccurate.  And that's -- this is our attempt to help people so they don't have problems.

*Angstman:*    Okay so it sends them, instead of the GPS, it basically sends them to the USPS, the USGS quadrangle map, doesn't it?  Isn't that what it says is the best source of information?

*John Leonard:*    I believe the most accurate maps are the these maps that are generated from the cadastral surveys, these USGS maps.  I think that's kind of like the Bible of maps so to speak.

*Angstman:*    Okay I'll take that exhibit back if I might then.

Case 4:08-cr-00008-JDR     Document 43-2     Filed 09/13/08     Page 110 of 171

*John Leonard:*     Yes.

*Angstman:*     And I'm going to look for the Government's USGS maps.  I don't know which one it is here.  The one you bought at UAF.  You remember testifying about that?

*Cooper:*     It's over here.  It's over here.

*Angstman:*     Over on this side?

*Cooper:*     Yeah.

*John Leonard:*     That's it.

*Cooper:*     You've got it.

*Angstman:*     This one?

*John Leonard:*     Right there.  Yes.

*Angstman:*     No, the one that came from the store.

*Cooper:*     That's the UAF map.  And those two are the same thing.

*Angstman:*     What number does it show?  UAF map?

*Clerk:*     Number 10?

*Angstman:*     Number 10?

*Clerk:*     Number 11 is the Healy D Five.

*Angstman:*     Number 11 is the one I want to look at and I'll put it back up on the easel.  This is the one that you bought at the -- at the book store or map store at UAF is that right?

*John Leonard:*     That's correct.

*Angstman:*     Okay now the web page just told me that my GPS may not have an accurate map on it.  So a better source is to get a USGS map that would tell me more about where the park boundary was.  So you went to UAF and bought a map to bring here to use as evidence against Mr. King.  You tell me where the park boundary is on that map please.

*John Leonard:*     I could tell you where two boundaries are.

*Angstman:* Well what does the map depict for the guy who walks in the store and walks out of the store with a map to go hunting at Denali. Where does it tell me the boundary is?

*John Leonard:* On the right side of the map there, there's a lat and long, distances. And if a person were to look at that lat long knowing that the park boundary's lat long as we stated earlier just under 64 degrees, they could see that, as long as they stayed below 64 degrees which is a dark line on the map that they would be outside of the park.

*Angstman:* We're going to get through this a lot quicker Mr. Leonard if you answer the question I ask you. When the guy looks at this map and he looks for the boundary of the national park, where is he going to see it?

*John Leonard:* On the bottom part there is a red line and it says Mount McKinley National Park.

*Angstman:* All right. I'm the guy that just walked out of the store. If I use this map and use that boundary for Mount McKinley Park and go up five miles north of it and shoot a moose, you're going to pick me up aren't you?

*John Leonard:* No.

*Angstman:* This is the park boundary from 1951. Isn't it?

*John Leonard:* Correct.

*Angstman:* So now the website has told me to go buy a USGS map which is what it says right there, is that right?

*John Leonard:* Yes.

*Angstman:* And I'm -- I'm Mr. Leonard. I work for the park service and I went to a store that I thought was reputable, reputable enough to provide evidence for Court, and I bought a map that showed me the 1951 boundary. Is that correct?

*John Leonard:* Yes.

*Angstman:* There are more like that aren't there? There are more maps that you can get commercially in this state, from various sources, REI, places like that, that show you the boundaries as they existed sometime in the past and not in the present time. Isn't that correct?

*John Leonard:* I don't know that.

Case 4:08-cr-00008-JDR Document 43-2 Filed 09/13/08 Page 112 of 171

| | |
|---|---|
| *Angstman:* | Okay. Well I'll -- if you mark that one next. Exhibit E, USGS REI. Mr. King buy's his maps from REI he will testify. Your Honor, when I refer to Mr. King's testimony, I assume the normal jury trial rules won't apply, I'll link them up later with his testimony or I'll suffer the consequences. |
| *Judge:* | Well you're not asking me to rule on admissibility at this time. |
| *Angstman:* | Right. But I'm telling you that so that Mr. Cooper will also know that I'm expecting to link up but if I don't, I suffer. Mr. King will tell you that he purchases his map from REI in Anchorage. And I'll pass you Exhibit E which came from REI. It's got their label on it. Ask you if you see the national park boundary as it exists, on that map, in relation to Mr. King's hunting trip? |
| *John Leonard:* | There is a boundary on this map for those quads that have been most recently updated. |
| *Angstman:* | Another way of putting it would be there is no boundary on that map where Mr. King was hunting. Isn't that another way of answering that question? |
| *John Leonard:* | That's exactly why we try and provide as much information as possible to the public. |
| *Angstman:* | I don't think the answer to my question was that. I think my -- the answer to my question would have been , "Yes that's correct." Is that not right? |
| *John Leonard:* | Yes. |
| *Angstman:* | And we have just gone back and we will continue to go back to the website that says, "Do not use a GPS to determine the park boundaries, use a USGS map because they're better." Isn't that what it says on the website? |
| *John Leonard:* | No it's not. |
| *Angstman:* | We will go back to that exhibit again and we'll read it again. 'The base maps that are provided with many of the commercial, commercially available GPS units do not accurately show the location of the park boundary. Do not rely on these maps to determine if you are within the boundaries of Denali National Park. The USGS quadrangle maps are the best source of information for the various park and preserve boundaries." That is what it says on this page, isn't it? |
| *John Leonard:* | It does not say, "Do not use a GPS." |

Case 4:08-cr-00008-JDR   Document 43-2   Filed 09/13/08   Page 113 of 171

*Angstman:*  My question was, is that -- what I just read verbatim from this page.

*John Leonard:*  All this says to me is the best place for information…

*Judge:*  You need to answer his question and if you need to see that to answer it, you can ask to.

*Angstman:*  Be happy to pass it to you.

*John Leonard:*  Would you re-ask the question please?

*Angstman:*  Yes.  Well I'd have to have the page back to ask the question again.

*Judge:*  The question is whether you read it correctly.

*Angstman:*  Did I read it correctly when I just asked you if these were the correct words from that web page?

*John Leonard:*  I -- I hate to be argumentative but I heard the question that you said,  "This says don't use a GPS, use this."   And I don't believe that that's what this says.

*Angstman:*  Okay.  I will repeat the question again.  Am I reading correctly, for the Court, when I tell the Court that this page says, that "the base maps that are provided with many of the commercially available GPS units do not accurately show the location of the park boundary.  Do not rely on these maps to determine if you are within the boundaries of the Denali National Park and Preserve, the wilderness, or Mount McKinley.  The USGS quadrangle maps are the best source of information for the various park and preserve boundaries."  Did I read that with the except of that little park in the middle, did I read that accurately?

*John Leonard:*  Yes you did.

*Angstman:*  Okay.  And now we have determined that at least two commercially available USGS maps do not have the park boundary and the accurate location where Mr. King was hunting.  Do you agree with that?

*John Leonard:*  Yes.

*Angstman:*  Mr. King lives near Denali Park.  You know that.  I guess you've been to his house.

Jeff King:  Do you need a marker on that?

*Angstman:*  Yeah I do.  Every time I'll need a marker.  You mentioned there's a store in the park huh?  Is that right?

*John Leonard:*  Yes.

*Angstman:*  And they sell maps?

*John Leonard:*  Yes they do.

*Angstman:*  USGS maps?

*John Leonard:*  I don't know that.

*Angstman:*  We looked and found out that the store is partnership with the park itself.  Some kind of Alaska geographic company that claims to be a partnership with the park service to run a retail shop in the park.  Does that make sense to you?

*John Leonard:*  Yes it does.

*Angstman:*  You've been in the store?

*John Leonard:*  Yes.

*Angstman:*  I'll hand you what's been marked Defendant's F what purports to be a USGS map of the Healy D Five quadrangle purchased at the store with a receipt attached.  Ask you if you would tell me where the park boundary is in relation to Mr. King's hunting trip on that park purchased map.

*John Leonard:*  It's -- the one boundary that's here, it's a good distance north of that.

*Angstman:*  Okay.  And that boundary is the old park, Mount McKinley National Park as it existed before 1981.   Isn't that correct?

*John Leonard:*  Yes.

*Angstman:*  Okay.  Now have you any explanation why the park itself would sell somebody a map that had the wrong park boundary on it?  A USGS map with the wrong park boundary on it?

*John Leonard:*  It's not the wrong park boundary.

*Angstman:*  What is it?

*John Leonard:*  In that area?  That's depicting a partial boundary because that quadrangle was most recently updated.  That's still boundary of the park.  That is still active boundary of the park.

Case 4:08-cr-00008-JDR   Document 43-2   Filed 09/13/08   Page 115 of 171

*Angstman:* All they've done is left out the part that applies to Mr. King?

*John Leonard:* They have not updated those quadrangles so it's not completely closed off.  But that's still a very active boundary, an accurate.

*Angstman:* Yeah you'll have to explain that to me.  This boundary here.  The red line at the bottom is the boundary of the park as it exists today in this location?

*John Leonard:* That's correct.

*Angstman:* And it is not the boundary from 1973 as it says in the revisions page?

*John Leonard:* I believe it's one and the same.

*Angstman:* Okay.

*John Leonard:* And I can show you on one of your other displays.

*Angstman:* Oh we might get to that.  What you're saying is somehow the map maker here chose not to or forgot to put in the boundary that exists in the place where Mr. King was hunting?

*John Leonard:* No.  Those maps were not updated.  There wasn't an omission, they just have not been updated.

*Angstman:* Okay.  So the average hunt who decided he was going to hunt at McKinley Park, excuse me, Denali Park, I'm from a different era, we talked about that earlier, if he decided to go get a USGS map at the park, he would be hunting with a map that could get him in trouble.  Isn't that right?

*John Leonard:* Yeah.

*Angstman:* Okay.  Now let's talk about those markers on the site that you found.  Now you call those park boundary markers but they're really not are they?

*John Leonard:* Those boundaries were referred to as boundary markers by Mr. King.

*Angstman:* Okay.  But you know that they are not boundary markers don't you?  You know that they are something other than a boundary marker.  They're survey markers placed there by the BLM as they have been placed in most of the United States of America.  Isn't that right?

*John Leonard:*　　That mark the boundary.

*Angstman:*　　All right.  Now.  This is Exhibit 8 and we'll put it back up.  This is the marker that's closest to Mr. King's kill site.  Is that correct?

*John Leonard:*　　Yes.

*Angstman:*　　Now you found it the other day when you were flying around in a Helicopter.  Is that right?

*John Leonard:*　　Yes.

*Angstman:*　　And there were four of you in the Helicopter.

*John Leonard:*　　Three.  No you're right, there was four.

*Angstman:*　　The pilot, there was you, Mr. Cooper and Mr. Van Horn I believe.

*John Leonard:*　　Yes.

*Angstman:*　　And it's a small Helicopter, each party had a window to look out of right?

*John Leonard:*　　Yes.

*Angstman:*　　What altitude were you flying?

*John Leonard:*　　AGL 50 feetish, somewhere in there.

*Angstman:*　　All right, 50 feet above ground?  What time did you leave park headquarters for that trip?  Roughly?

*John Leonard:*　　Noonish.

*Angstman:*　　Okay.  Did you have any trouble finding those markers?

*John Leonard:*　　We had to look for them, yes.

*Angstman:*　　Yeah.  They're placed, aren't they, by surveyors for the Bureau of Land Management as corners of sections and townships in completion of the surveying scheme that's in place for the entire country.  You agree with that?

*John Leonard:*　　I believe so.

*Angstman:*　　Did you know that they placed those corners out there at the park by hovering with a Helicopter and kicking a sandbag out the door of the Helicopter over the bag line is where they put the corner?  Did you know that?

*John Leonard:*        I don't know that.

*Angstman:*            How tall are those off the ground?  That one right there.  How far off the ground?

*John Leonard:*        I believe about three feet or so.

*Angstman:*            Okay well we'll take a look at some pictures from the side and determine if that's an accurate measure.  How far, this way, could I go and still expect to see that marker if I was standing on the ground and it was over there?  How far away could you see it?

*John Leonard:*        In this room, if it was against the wall, you'd be able to see if from where you're at.

*Angstman:*            Okay.  Now there were three of them that you photographed, well three that you provided us photographs.  Did you see any other markers besides the three that you photographed?

*John Leonard:*        Yes.

*Angstman:*            And where did you see other markers?

*John Leonard:*        Well actually, that's not true.  We didn't see other markers that day.  Others of these benchmark or section markers.

*Angstman:*            Well any kind of markers.  This is not limited to those kinds of markers.  Did you see any kind of markers that day while you were flying around?  At least within five miles of Mr. King's camp?

*John Leonard:*        Yes there was a place where there was some, it wasn't like this, it didn't have a location on it.  But it looked like it was maybe an area where they set up the survey equipment or something like that.

*Angstman:*            And did it have a round cap like this?

*John Leonard:*        Yes.

*Angstman:*            Did you land on it?

*John Leonard:*        Yes.

*Angstman:*            Would it happen to have been on this ridge behind the kill site?

*John Leonard:*        It was in the general area of the kill site but I can't tell you which direction it was.

*Angstman:*            You take a picture of it?

Case 4:08-cr-00008-JDR     Document 43-2     Filed 09/13/08     Page 118 of 171

*John Leonard:*  No.

*Angstman:*  Why not?

*John Leonard:*  Because as Mr. Cooper can testify to, I was having problems with the camera and the Helicopter was running and I was trying to take a picture.  I couldn't get the camera to work.

*Angstman:*  Okay.  Now you're an investigator.  You're trained in this field.  I assume they give you training on how to make a case don't they?

*John Leonard:*  Yes.

*Angstman:*  And when you leave the shop in the morning to go in the field, you zero your camera so you've got an accurate record of what you did, what pictures you took that day?  Is that a fair statement?

*John Leonard:*  Yes.

*Angstman:*  Okay.  The first picture we got from you isn't numbered one.  And that causes me some concern.  What were the first few pictures you took that day.

*John Leonard:*  I think they were test shots.  I was trying to shoot to make sure the camera worked.

*Angstman:*  Well you didn't think of sending those test shots along so that when the crazy defense lawyer asked about those missing pictures you could show them to me and then we would clear up that whole question.  You didn't think about that huh?

*John Leonard:*  I -- I didn't think about it, no.

*Angstman:*  Okay.  Then we show, my machine -- as I told you, I'm not very good at the computer.  But I'm looking at these pictures you sent me you see.  And they got emailed to me by Mr. Cooper.  And I hovered over one of them and, lo and behold, up pops a little screen that tells me what time of day every picture was taken.  And that's why I asked you what time you left the shop over there because you didn't start taking pictures until about 4:30 in the afternoon.  I'm wondering what happened between what -- a half hour flight over there?

*John Leonard:*  Approximately.

*Angstman:*  So that gets you there early afternoon and there's three hours of looking around out there with Mr. Cooper and Van Horn.  What did you do that three hours before you started taking pictures?

Case 4:08-cr-00008-JDR  Document 43-2  Filed 09/13/08  Page 119 of 171

*John Leonard:*     Like I said, I was guessing it was around 12.  We could check the flight logs for accuracy and we could probably find it.  But we landed, and I don't know what order we landed in, but we did revisit a site in another case on the northern boundary.  We stopped, shut the Helicopter down and we had a discussion,  a detailed discussion about kind of some of the case facts on that case.

*Angstman:*     Okay so then our records show that the first spot you photographed was this one, the -- the middle of the three that you photographed that day.  The closest one to the kill site.  Does that seem to ring a bell with you?

*John Leonard:*     It does.

*Angstman:*     Then it shows, I mean the last picture in that sequence shows Mr. Cooper standing there by that Helicopter and then there's a gap of 20 minutes and then you show up at another site and you provide us some photos from another location, whether the two that are a mile away from this site.  You remember taking pictures of those two sites don't you?

*John Leonard:*     Yes.

*Angstman:*     But there's four or five shots missing in that half hour.  And Mr. King looked at that and immediately wanted to know what was on those pictures.  The four or five that are missing, between the Helicopter shot with Mr. Cooper and the next place you landed and took pictures of the caps which was twenty minutes later.  What did you take pictures of during that time?

*John Leonard:*     I know that I took several pictures of these boundary markers and I -- you know I, I know that there were ones that weren't centered and things like that.  So I tried just to get the best one that showed what was on the marker.

*Angstman:*     Well once again, don't you think it would be better practice to send those pictures to us so we can see the problems that caused the pictures to be burned up without us seeing the actual product so we wouldn't be able to raise the question today of whether you took some pictures that weren't helpful to the Government and then threw them in the waste basket?  Don't you think that would be better practice?

*Cooper:*     Object it's argumentative.

*Judge:*     Sustained.

*Angstman:*     Okay.  Let me suggest to you some reasons why we might not get pictures that were taken that day.

*Cooper:*     Request the counsel ask a question instead of suggesting.

*Angstman:*     I would ask if he agrees that this would be one possible reason that you wouldn't send a picture.  If you were hovering over a site, you took a picture of it and you looked at the picture afterwards and even from 50 feet you couldn't see the marker.  That would be a good reason not to send it to Jeff King, wouldn't it?

*John Leonard:*     For somebody maybe.

*Angstman:*     Yeah.  Now I noticed that the pictures that you took were all from straight down.  You didn't get many shots looking across the vegetation at these markers.  Was there a reason for that?

*John Leonard:*     Yes there was.

*Angstman:*     And what was that reason?

*John Leonard:*     We were, of the one closest to the kill site, there is, from the early exhibit, on the other sites we were just trying to get pictures as quickly as we could and move along.

*Angstman:*     G.  I'll pass you what's marked as Defendant's G.  We didn't take as many Helicopter trips out there but we did go out there a few times.  And I'm showing you what's marked as Defendant's G and this is a picture of 0014, I guess we'll call it, the boundary marker closest to the kill site.  And I'll tell you that the picture was taken from a few feet away, obviously.  Ask you if you can see any evidence of a marker in that picture?

*John Leonard:*     No.

*Angstman:*     But when you were there, when you walked that far away you couldn't see evidence of a marker either could you?

*John Leonard:*     I can't tell exactly what angle this is shot from.  But when we came, we -- that Helicopter was to the west of it and as we walked towards it at some point we were able to see the marker.

*Angstman:*     Okay.  Well from this angle you can't see the marker.  Is that a fair statement?  Is that a fair statement?

*John Leonard:*     Yes.

Case 4:08-cr-00008-JDR     Document 43-2     Filed 09/13/08     Page 121 of 171

*Angstman:*  All right.  I'll pass you what's been marked Defendant's J next and, I don't want to wear you out from different angles, but I'll tell you that this is a shot from a different angle as you can tell when you look at it, ask you if you can see a marker on that shot?

*John Leonard:*  No.

*Angstman:*  And I will tell you that Mr. King placed those orange flags there and he'll testify that he placed them there so that they would identify where the actual markers were down in the ground.  That reminds me of a question.  We hear about lack of markers on the boundaries.  You've had complaints about that haven't you?

*John Leonard:*  Yes.

*Angstman:*  And I've seen markers that you guys use, Cantwell, Stampede, other places, actual National Park Service markers that go on trees and that sort of thing.  Have you ever thought of packing a few of those in the Helicopter when you go out there?  Putting them on a tree by a place like this so the next guy comes along might know where the boundary is?

*John Leonard:*  Yes and unfortunately because there's not trees, if I were to put in on say the tree that's in your picture it wouldn't be accurate.

*Angstman:*  A little marker somewhere is better than no marker that you can see.  Wouldn't you agree?

*John Leonard:*  I agree that marking the boundary is a helpful thing.

*Angstman:*  I'm going to show you Defendant's H which is yet another angle of 0014 and ask you if you can see a boundary marker in that picture?

*John Leonard:*  No.

*Angstman:*  Once again, looking at the boundary marker itself, it says nothing about the National Park Service does it?

*John Leonard:*  No it doesn't.

*Angstman:*  If I stumbled on this thing, I'd look at it and say, "Hmm, something to do with government."  That'd be about it, right?

*John Leonard:*  Potentially.

*Angstman:*  You would think that the United States Government, if it was marking a boundary, would want to tell people what the boundary was.  Don't you agree with that?

*John Leonard:*  Yes.

*Angstman:*  And let's go back to your website, 0014, and all the other waypoints you have marked on the website.  Those are marked all the way around the outside of the park and I assume, you correct me if I'm wrong, those are the latitude and longitude that's been calculated for each of these little posts, is that right?

*John Leonard:*  I don't know that.  Honestly don't know that.

*Angstman:*  They do look like they're a mile apart at least in the area where Mr. King was hunting.  The B0014 and then B0015, they look like they're a mile apart.

*John Leonard:*  They may be.  I don't know.

*Angstman:*  Okay.  Now the website's goal, you told us, is to provide as much information as possible for the user of the website.  That's accurate isn't it?

*John Leonard:*  Yes.

*Angstman:*  Why did the park service decide to come up with some fictitious name for a post like this?  Why not tell the public that, "At this location, you'll find a little marker in the ground if you look hard, and here is the latitude and longitude of that little marker." Wouldn't that be a simpler way to explain to the public what it is you're trying to do on that web page?

*John Leonard:*  It -- it may be.

*Angstman:*  I'll show you what's marked Defendant's Exhibit L, which is a close up of your, of what's on the screen here.  This is Exhibit L. Ask you if you would describe what you see on Exhibit L.

*John Leonard:*  I see a benchmark.

*Angstman:*  Well what do you see growing around it?

*John Leonard:*  Branches.

*Angstman:*  Are those dwarf birch?

*John Leonard:*  I believe so.

Case 4:08-cr-00008-JDR    Document 43-2    Filed 09/13/08    Page 123 of 171

*Angstman:*          How high do they get?

*John Leonard:*      I think they can get above your head.

*Angstman:*          How high are they in this location?

*John Leonard:*      At or above the level of the marker.

*Angstman:*          Okay.  So anybody walking near this marker, would you agree, is going to have a heckuva time seeing that the marker is down in those bushes?

*John Leonard:*      Correct.  Next to it though was that -- was that silver plate that was easier to see.

*Angstman:*          Okay, we'll go next to it then, okay?

*John Leonard:*      Yeah.

*Angstman:*          This is Defendant's I.  This red flag depicts where the silver marker is.  First of all, do you understand that the silver marker is there for ease of identification for these markers for aircraft above?

*John Leonard:*      I assume that's probably what it's for.

*Angstman:*          Okay.  Number, the letter I, you see the picture that's got the red flag, which incidentally Mr. King brought out and did not leave there, and can you see the silver marker down there?

*John Leonard:*      Yes.

*Angstman:*          Kind of.  You can kind of see it, right?

*John Leonard:*      I know what I'm looking for, yes.

*Angstman:*          Okay.  All right.  Now K, do we have more K's?

*Unidentified female:*  I just marked _____

*Angstman:*          And these are…K is a -- a really longer view of 0014 with some stuff in the background.  I'll put this one up here and if you want to look at it more closely, you have a copy there and I'll take my note off it.  Now, now we're a few feet back and we can see both the flag and the stake.  Remember the flag marks the little triangle.  The stake marks the cap.  And from this vantage point you can see neither at all, can you?

*John Leonard:*      No.

*Angstman:*      Now in the background there's a ridge. And I'm talking about the low ridge, not the high ridge in the very background, I'm talking about the low ridge that goes across here. Was that where you saw another marker and landed on it and were unable to get pictures earlier?

*John Leonard:*      It may have been.

*Angstman:*      And did you ever make any determination of what that marker was? What it was doing there?

*John Leonard:*      _____, what we presumed was that it was the area that the surveys were shot from.

*Angstman:*      Sort of a triangulation point?

*John Leonard:*      Yes.

*Angstman:*      Okay, let's talk about that. The markers, the three markers that you identified, photographed and have brought here to Court, they were kind of down in the gully somewhat weren't they?

*John Leonard:*      The farthest one east was up on the top of the hill. The farthest one west was more down in a gully and this was kind of in between.

*Angstman:*      Okay but neither of them were up on the gravel ridges.

*John Leonard:*      The one farthest east was up above that. Up in some flat country.

*Angstman:*      Okay. I've never seen that one but let's talk about the one then that's across the way on this ridge that you've landed on. Now that one's sitting down in a broad gravel bench isn't it?

*John Leonard:*      Yeah a grassy bench.

*Angstman:*      And if you were going to put a triangulation point out there for purposes of doing a survey, you would think you would put a marker up in a high spot that can be seen for miles. Wouldn't that make sense so you could use it to mark other markers?

*John Leonard:*      I don't know how they do their surveys.

*Angstman:*      Okay. From what you remember of the site you saw that day, does it strike you, that it's visible from a long ways?

*John Leonard:*      The -- the cap itself?

*Angstman:*      Or the triangle thing next to it.

Case 4:08-cr-00008-JDR     Document 43-2     Filed 09/13/08     Page 125 of 171

*John Leonard:*     We were able to see if from the air.

*Angstman:*     In fact from the air it stands out like a beacon, doesn't it?

*John Leonard:*     we were able, yeah we were able to find it from the air.

*Angstman:*     How far do you suppose that was from, from the place where the bone pile was?

*John Leonard:*     Probably 1500 feet, it's a guess.  Something like that.

*Angstman:*     Pretty good guess.  This is Exhibit P for the Defense.  I'll show you in Exhibit P and I'll represent to you that this is a picture taken from that very point which is called a geostation by the way, and we'll get into that.   This is a point -- a picture taken taken from that point back to Mr. King's Argo on the hill by the bone pile.  Does that terrain look familiar to you?

*John Leonard:*     Yes.

*Angstman:*     Does that confirm for you that 1500 feet is a fair enough estimate of the distance?

*John Leonard:*     I think it's pretty close.

*Angstman:*     Okay.  Now let's talk about this for second.  We've established that you believe hunters should look for these corner posts and these posts that say nothing about national park service, and when they come to those posts they should know they're at the park and hunt accordingly.  Is that a fair representation of what you testified to?

*John Leonard:*     I don't think that is, no.

*Angstman:*     Well certainly you're not saying that hunters should disregard those posts because they represent the boundary in your testimony.

*John Leonard:*     Yes.

*Angstman:*     So if I walk up to this post and I'm north of it and I come to this post if I'm a prudent hunter based on your testimony, I would turn around and go that way, wouldn't I?

*John Leonard:*     If you knew it marked the boundary.

*Angstman:*     If I knew about the boundary I'd say, "This is the boundary.  I've got to get out of here.  Look there's this big government marker there telling me where the boundary is."  How about the guy who

Case 4:08-cr-00008-JDR     Document 43-2     Filed 09/13/08     Page 126 of 171

|                 |                                                                                                                                                                                     |
|-----------------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|                 | stands on the ridge and sees a big silver marker on top of a hill 1500 feet to the south?  What's he supposed to think?                                                              |
| *John Leonard:* | He'd presume he probally needed to stay on this side of the marker.                                                                                                                  |
| *Angstman:*     | The one on the hill 1500 feet to the south?                                                                                                                                          |
| *John Leonard:* | Yes.                                                                                                                                                                                 |
| *Angstman:*     | Because a common guy in the field would assume that no one else is going to have a big old silver marker on top of a hill in the middle of nowhere except the federal government.  Isn't that a fair assumption if you're hunting in the vicinity of the park and you see a big maker?  It must be the government's marker? |
| *John Leonard:* | I -- I would probably assume that.                                                                                                                                                   |
| *Angstman:*     | You know just from what we've talked about here without even going through the drill that Mr. King's kill site is north of this geo marker that I'm talking about.  The one on top of the hill.  His kill site is north of that isn't it?                                               |
| *John Leonard:* | I believe so.                                                                                                                                                                        |
| *Angstman:*     | Because he's 600 feet from the park's boundary that you list and the geo site is quite a bit south of that isn't it?                                                                 |
| *John Leonard:* | The first time I ever saw that other boundary that's on that flight and I never took a, a location of it, I don't know how far south or north it may be, but I do believe it is south of this marker. |
| *Angstman:*     | That's the first time you ever saw it was on that trip?                                                                                                                             |
| *John Leonard:* | Yes.                                                                                                                                                                                 |
| *Angstman:*     | How about 0014?  When's the first time you ever saw that?                                                                                                                           |
| *John Leonard:* | The first time I'd ever seen this marker was on this trip.                                                                                                                          |
| *Angstman:*     | And the same with the two on either side of it?                                                                                                                                      |
| *John Leonard:* | Yes.                                                                                                                                                                                 |
| *Angstman:*     | Now you're basing that  -- you go to this area several times a week in the fall, is that correct?                                                                                   |
| *John Leonard:* | Yes.                                                                                                                                                                                 |

Case 4:08-cr-00008-JDR       Document 43-2      Filed 09/13/08      Page 127 of 171

*Angstman:*    How many years have you done that?

*John Leonard:*    Since 2002.

*Angstman:*    And these markers are the boundary of the area that you're protecting from hunters like Mr. King, isn't that right?

*John Leonard:*    From people who illegally kill animals in the park, yes.

*Angstman:*    Which you're telling us he did.

*John Leonard:*    Yes.

*Angstman:*    Yet you, until weeks after, months after Mr. King hunted in that area had never seen the markers that mark the territory that he was supposed to stay out of, is that correct?

*John Leonard:*    That's correct.

*Angstman:*    All right I'm going to show you what's marked Defense O which is a plat map and it shows the geostation in the lower right hand corner.

*Judge:*    Is it zero or O?  Exhibit O?

*Angstman:*    It's O.  And I have a copy for the court of this one.  I'm not that good at some of them but this one I do.

*Judge:*    Thank you.

*Angstman:*    Here I'll put this on the board.  I think it's big enough for you to see.  If it's not, we'll get you up.  All right, I'll represent to you that this is a plat map taken off the State of Alaska's website that provides that kind of information and it's 10, 10 Fairbanks merdian do you recognize those terms don't you?

*John Leonard:*    Yes.

*Angstman:*    Okay.  And here we have Sections 31-36, we've been talking about some of those today haven't we?

*John Leonard:*    Yes.

*Angstman:*    Okay.  I'll represent to you that the little station we're talking about is down here in the corner BLM Geostation 60388 1981.  Does that look like it might be the location that you landed at that day with Mr. Cooper?

*John Leonard:*    Yes.

*Angstman:*      Now Mr. King would like to know why it would be that you would find information in the field close to his kill site that looks like a boundary maker, south of his kill site, yet you failed to tell us about that in advance of our trial.  Why was that?

*John Leonard:*      It wasn't intentional.

*Angstman:*      You forgot to tell us?

*John Leonard:*      No.

*Angstman:*      You didn't discuss this with the people in the Helicopter and say, "Hey that could give King an out here.  We'd better keep our mouths shut about that?"

*John Leonard:*      No.

*Angstman:*      Why would Mr. Van Horn, in conversation with Mr. King, deny that any other marker was found on that trip if you've told us today that you landed on another marker?  Why would he do that?

*John Leonard:*      I -- I don't know.

*Angstman:*      You agree that a reasonable person hunting in that location could well be confused by the presence of a very visible, very metal, very official looking marker south of the park's actual boundary.  You agree with that don't you?

*John Leonard:*      If there was such a thing.

*Angstman:*      If there was such a thing?  You mean if that marker existed?  Is that what you're saying?

*John Leonard:*      We were able to see that marker from the air above it.  I've never seen after being in that area quite a bit on the ground so I don't -- I don't know that I'd agree with your description as a big, easy to see marker.

*Angstman:*      If witnesses come and say that they could see it with binoculars from the bone pile site, readily with binoculars, you wouldn't dispute that?  1500 feet?  If there's something there you could see something at 1500 feet with binoculars couldn't you?

*John Leonard:*      I would think so.

*Angstman:*      And on a bright sunlight day if it happened to be shining just right, you could see something from 1500 feet with a naked eye couldn't you?

Case 4:08-cr-00008-JDR     Document 43-2     Filed 09/13/08     Page 129 of 171

*John Leonard:*　　Maybe.

*Angstman:*　　That's a quarter of a mile, is that what it is?  Quarter of a mile.

*John Leonard:*　　Yeah.

*Angstman:*　　Okay.  Let me go over my notes a little bit here.  I'm getting confused a bit.  How many times have you flown through that area with either Helicopter or airplane?

*John Leonard:*　　More than -- more than 30 probably.

*Angstman:*　　No one else has ever told you that they saw this marker sitting up there on the hill, the geo marker that we just talked about that's on the plat map?

*John Leonard:*　　Not that I can recall.

*Angstman:*　　Let's talk about your discussions with Mr. King at the campground, the camp site.  There are no campgrounds in that area.  In the tape I heard you acknowledge that you were somewhat misinformed about the location of the park boundary in the area of Mr. King's camp.  You remember saying that on the tape?

*John Leonard:*　　Yes.

*Angstman:*　　And was that -- give me that long picture if you would, no the one with V on it, that's the one I want.  Why not you know.  When you were in camp, do you recall making any gestures or pointing in any direction about where you thought the boundary was, east of Mr. King's camp?

*John Leonard:*　　Yes.

*Angstman:*　　Okay.  It may be on the back of one we've already got up here, huh?  Here's a, what do you call this?  A panorama of some pictures put together and I'll tell you there's some -- there's three markers placed on it here.  Here's the kill site right over here.  Does that look like it -- this of course is a winter shot and …

*Judge:*　　What's the exhibit?

*Angstman:*　　Excuse me, we need a marker.  Here I'll show it to you before we…bring a marker please.  Okay, this is Exhibit T.  How'd we go from O to T so fast?  I'll represent to you what this is and you tell me if you recognize the area at all.  This is a combination of a few photos of course and what we have here is a little note that says, "South facing ridge."  Here we have…

*Judge:*    I can't see where you're pointing if you could…

*Angstman:*    Here we have a note that says, "Kill site."  Here we have a note that says, "BLM Geostation" and off to this side we have "bone pile."  Now you've -- you've been at this location of course haven't you?

*John Leonard:*    I've walked over -- is it the camp site or is it just on the ridge some place?

*Angstman:*    No this is not the camp site, it's just the ridge where Rock Creek Trail exists.  And it was taken at a point, vantage point that would be allow these points all to be shown in the picture.  You think you follow that?

*John Leonard:*    Yes.

*Angstman:*    Okay so does it look familiar?  I mean does this look like the terrain at least around where you saw the kill site?

*John Leonard:*    Yes.

*Angstman:*    And does this look like the terrain at least around where you found the bone pile?

*John Leonard:*    Yes.

*Angstman:*    That was just below the ridge, the bone pile, wasn't it?

*John Leonard:*    Yes.

*Angstman:*    Okay.  And does this look like the area of the BLM Geostation or the extra marker that you saw in the -- across the way?

*John Leonard:*    I think it could be, yes.

*Angstman:*    Okay, now.  Now when you're in King's camp, which would have been over here somewhere, about where I'm standing, did you point that way and say you thought the boundary was somewhere in the ridge over there?

*John Leonard:*    I believe as we discussed again on the tape, and I was inaccurate when I told Mr. King that I thought, "as long as you were on this side of the creek you were all right" and I remember saying at Mr. King's camp that's what I said.  And at the time, that's what I believed.

Case 4:08-cr-00008-JDR    Document 43-2    Filed 09/13/08    Page 131 of 171

*Angstman:*   Okay now I show you Exhibit U.  Are there copies?  And I'll show that to Mr. Cooper first.  And I'll give you a small version as well.  I'll put Exhibit U on the board and hand you a smaller version of it.  And point out that, I apologize for the fact that I'm standing there, and then I'll ask you to look in the direction I'm pointing.  Now I'll submit to you that Mr. King took this photograph on a visit that we made to the park area.  And he asked me to stand and point where you stood and pointed.  He's going to testify to that.  And if you look at that now from the perspective of Mr. King's camp, does that look like generally the area you would have pointed?

*John Leonard:*   These look to me like two different photos.

*Angstman:*   Well it's just shortened up a little bit.

*John Leonard:*   Like I don't see -- like see this grass here?  Here, that you have?

*Angstman:*   Okay, let's get -- our backup set is wrong on this one.   Take those back.  All right, and I'll give you a more accurate one as well.  Thank you for pointing that out.  All right.  Now I'll take a look.  I'll get this note off the back.  Does that look like the right one?

*John Leonard:*   It looks like it could be his camp.  Yeah.

*Angstman:*   Now does it appear to you that Mr. King was at all accurate when he had me stage your pointing when you were in camp?  Is that about where you pointed?

*Cooper:*   Can I have it clarified as to what instance we're talking about he pointed?

*Angstman:*   Yes I will.  This was when you visited Mr. King's camp and a discussion ensued about the boundaries, because of his complaints about the boundaries, and there were discussion about where he actually was and you indicated on the tape that you had been mistaken where the boundary was, off to the east of his camp, and he will testify that this is where you pointed when you told him where you thought the boundary was at the time you were in his camp.

*John Leonard:*   Yo -- I believe that's probably accurate.  I did mention to him that I think as you get further up the ridge that the boundary comes closer to the ridge top.

*Angstman:*   Okay.  Now do you carry a GPS with you all the time when you're in the field?   Is that right?

*John Leonard:*     I try to.

*Angstman:*     And you visit this area several times a week during the hunting season and probably other times during the year as well don't you?

*John Leonard:*     I have, yes.

*Angstman:*     Is -- are there other kinds of patrolling you do besides hunting patrols, isn't that right?

*John Leonard:*     Yes.

*Angstman:*     And I want to know, why it would be unreasonable for Mr. King to not know the exact location of the boundary in that area if the main law enforcement officer for that area does not know the location of the boundary.  Why is it unreasonable for him to not know it?

*John Leonard:*     I made a mistake when I pointed out to him where I thought it was.  I would assume he could do the same.

*Angstman:*     All right.  The bone pile.  Now I didn't hear you say that you thought the bone pile was an attempt by Mr. King to conceal his crime but it has been said earlier to him by other people in this case.  Is it your position that that bone pile was a legitimate disposal of boned out carcass?  Or was it an attempt to mislead the government as to where his moose was killed?

*Cooper:*     Objection.  First of all his question is compound and it contains a statement of fact which is not in the record.

*Angstman:*     Okay I'll ask it differently.

*Judge:*     Sustained as to that question.

*Angstman:*     Do you believe that Mr. King's bone pile was an attempt to conceal the illegal taking of a moose in the park?

*John Leonard:*     No I never have.

*Angstman:*     Okay.  In fact, you know many hunters for various reasons, dispose of organic refuse away from their camp.  Don't you?

*John Leonard:*     Yes.

*Angstman:*     It's not only a good idea for security but also for aesthetics.

*John Leonard:*     Yes.

Case 4:08-cr-00008-JDR   Document 43-2   Filed 09/13/08   Page 133 of 171

*Angstman:*       How long has the -- have the coordinates been on the website to your knowledge?

*John Leonard:*       They were put up on the website after a case in 2005 in which it was brought to our attention we could better serve the public to make it easier to access boundary points.

*Angstman:*       Okay now have you ever been aware of complaints by people that they received erroneous information about latitude longitude from the park service over the phone?

*John Leonard:*       I've never heard complaints about bad information.

*Angstman:*       Okay. When you use -- let me back up. The marking situation, it has been suggested that marking the boundaries is difficult because of the length of the boundary and the fact that people destroy the signs, shoot them up and that sort of thing. Is that your position?

*John Leonard:*       Yes.

*Angstman:*       Okay let's talk about the length of the boundary. The park boundaries are 600 miles long, isn't that right?

*John Leonard:*       Approximately.

*Angstman:*       Now you and I both know that the backside of the park is very lightly visited by people on all terrain vehicles or on foot. Isn't that correct?

*John Leonard:*       The majority of it, yes.

*Angstman:*       Okay. And it is also true that the majority of the hunting that's done near the park, on foot or by all terrain vehicle, is done Rock Creek Trail, Stampede, Cantwell. Is that a fair statement?

*John Leonard:*       And they go further south as well.

*Angstman:*       What's the next place south that you'd identify?

*John Leonard:*       We have heavy hunting pressure all the way south of Talkeetna around the Kahiltna Glacier and then all the way down to Letna. So it can be quite a distance over an area of, as the crow flies.

*Angstman:*       Cause I read your transcript of the other, the only other trial you've testified in I guess, and I heard you say in that case that most of the violations that you've become aware of are in the northeast corner of the park. Is that a fair statement?

Case 4:08-cr-00008-JDR      Document 43-2      Filed 09/13/08      Page 134 of 171

*John Leonard:*     The ones that I know of, yes.

*Angstman:*     Okay.  And now the Rock Creek portion of that zone is a trail that goes back approximately 10 miles from the road, isn't that right?

*John Leonard:*     I think the original trail probably goes further than that.  It was put in by a person originally before the park was created and I think it goes past the Teklanika River and further west.

*Angstman:*     Okay but wouldn't you agree that most of the trouble you have is in the first 10 miles?

*John Leonard:*     Yeah east of the Teklanika.

*Angstman:*     Yeah.  And that boundary is a straight shot boundary from one corner all the way back isn't it?

*John Leonard:*     Yeah it's a straight line as I know it.

*Angstman:*     Now marking that with a Helicopter, a couple of guys and some metal posts would take a day or two wouldn't it?

*John Leonard:*     I marked boundary and it would be more labor intensive than that.

*Angstman:*     Well maybe you do it up to government specs but it could be marked in a hurry if you decided to put it in the first of September and just have it last for 30 days, you'd could just use lath couldn't you?

*John Leonard:*     Lath?  I don't…

*Angstman:*     Lath, wooden stakes like King follows to Nome.  You know, those kind.

*John Leonard:*     I would suppose if you wanted to do something quick and easy.  It wouldn't last.

*Angstman:*     Quick, easy and helpful to the hunters who want to know where the boundary is.  Isn't that right?

*John Leonard:*     I think that that would mark the boundary.  I think you might run the same problem with these other short signs if they would just kind of melt into the brush a little bit.

*Angstman:*     Okay well, do you know Mr. W. C. Valcq?  Have you run across him?

*John Leonard:*     It doesn't come to the top of my…

*Angstman:*  I'll show you Exhibit V.  Ask you if you've seen this sign before.

*John Leonard:*  Yes I don't know the -- the person but I have seen a fair amount of signs.

*Angstman:*  And he's got two of these signs on the Rock Creek Trail doesn't he?

*John Leonard:*  Maybe even more.

*Angstman:*  And they look like they were put up in 2004.  You see on the corner it says 2004?

*John Leonard:*  Yes.

*Angstman:*  And they look like they were made from scrap lumber, would you agree?

*John Leonard:*  Yes.

*Angstman:*  And they look like they're in pretty good shape after four years, wouldn't you agree?

*John Leonard:*  Yes.

*Angstman:*  No one's shot at them apparently.

*John Leonard:*  Not this one.

*Angstman:*  Show you W and the question will be, how about this one?  Did they shoot at that one?

*John Leonard:*  No, maybe with paint gun I don't know what all the red stuff is but it's not shot up.

*Angstman:*  The park has light weight markers that it uses for marking the boundaries in certain places don't they?

*John Leonard:*  Yes.

*Angstman:*  Some of them are maybe a little heavier weight.  I'll show you what's been marked X which is a marker we believe was photographed near Cantwell.  Does that look like a park boundary marker that you've ever seen before?

*John Leonard:*  Is -- is -- is it a metal one or is it plastic?

*Angstman:*  Well we believe it's metal.  But I could be wrong.

*John Leonard:*  You know the ones that I've seen all around Cantwell are, they're black or orange plastic.  I don't recognize seeing one like this.

*Angstman:*  Okay, well maybe that's an AHTNA marker.  I'll show you what's been marked Z which is a different kind of marker.  Do you recognize that kind?

*John Leonard:*  Yes I do.

*Angstman:*  And what are they made out of?

*John Leonard:*  Plastic.

*Angstman:*  And how are they usually attached, do you know?

*John Leonard:*  These ones are nailed to a tree.

*Angstman:*  Okay.  And can you read them?  Is that picture good enough to read?

*John Leonard:*  Yes.

*Angstman:*  What does it say?

*John Leonard:*  US park boundary.

*Angstman:*  And then under, it's got the insignia of the park service on top?

*John Leonard:*  Yes.

*Angstman:*  And it's got underneath that, "Closed to off road vehicles and sport hunting"?

*John Leonard:*  Yes.

*Angstman:*  "Denali National Park and Preserve?"

*John Leonard:*  Yes.

*Angstman:*  All the information you need to either become a criminal or -- or turn around and remain legal.  Right?

*John Leonard:*  Yes.

*Angstman:*  That was Cantwell marking -- that's a marking that's fairly recent isn't it?   That marking's fairly recent?

*John Leonard:*  I believe so, yes.

Case 4:08-cr-00008-JDR   Document 43-2   Filed 09/13/08   Page 137 of 171

*Angstman:*   Okay but there's other marking that's older, wouldn't you say? That you've seen around the park, marking on the boundary?

*John Leonard:*   Yes.

*Angstman:*   I'll show you Defendant's CC which is -- I'll represent to you is a marker somewhere along the Stampede area.  Does that look like a park marker to you as well?

*John Leonard:*   Yes it does, and -- I believe I may have even put -- I've put a lot of markers on the Stampede Trail or so and this looks like one of the ones I've put up at times.

*Angstman:*   How long ago did you put that up?

*John Leonard:*   These ones were put up in -- and it looks like of in a different spot because I've put these all up actually on -- in the center of trails which it doesn't work with this photo.  It looks like maybe somebody moved it because these were all put on pre-existing trails that we were able to keep people off of.  But that was done probably 2004, 2005.

*Angstman:*   Okay and that one is not shot up or beat up more than a little weathered.  Is that a fair statement?

*John Leonard:*   Yes.

*Angstman:*   Now has the Rock Creek Trail area ever been marked in that same area in any similar fashion that says, "This is the park boundary, don't go beyond here?"

*John Leonard:*   Not that I know of.

*Angstman:*   Any idea why that they would put markers up at Stampede, put them up at Cantwell, but not at Rock Creek?

*John Leonard:*   I know why I put them up in particular areas.

*Angstman:*   How come?

*John Leonard:*   Because they're -- a point where, and like I said this doesn't look like an area where one of these were put up but in particular on the Stampede Trail you have a section that comes through the park and people make mistakes there.  And one of the reasons why they make mistakes is because there's trails that are going and it's just natural to follow a trail.  And so we've tried to give people that may be, you know, sucked into on one of these trails that they think, "Oh there's trail there so it's all right to go" we've tried to

Case 4:08-cr-00008-JDR          Document 43-2          Filed 09/13/08          Page 138 of 171

mark those the best we can. I can say that in a number of these places I've marked them. One weekend they're there. They get run over by machines. I can't see that I can recall one right off the top of my head being shot up but they're broken, they're ran over. Things like that.

*Angstman:* Uh huh. In your ranger's report, I read through it and I -- you know they have little sections there about the people you contacted and one of the people you contacted was Mr. King and there's a little x in the box underneath his name that says, "Suspect." I understand that. And then there's a Cali King and there's a little x in the box under her name that said, "Suspect." What was she suspected of?

*John Leonard:* You know I might have made a mistake on that.

*Angstman:* Well what I'm curious about is, is it, you know this is a petty misdemeanor but it's clearly not a whole lot that's petty about it, and I'm curious why, with all the investigation that's been done, half a dozen Helicopter trips, a bunch of RV trips, you never ask a question of Cali King and she might have been an eye witness. How come you never asked her a question?

*John Leonard:* When we were at the original camp contact, there was no contact or conversation of substance with her. She was nice and polite but I was -- I remember I believe she said she wasn't hunting, she didn't have a hunting license. And I presumed that the hunt, and maybe incorrectly, maybe she was involved in the taking but I presumed that she was and from what she said, not hunting. So I didn't feel that I wanted to talk to her.

*Angstman:* FF is a picture of Cali King and the moose. Looks like she was involved in the hunt doesn't it?

*John Leonard:* It does.

*Angstman:* Looks like the Argo was parked right behind the dead moose there as well.

*John Leonard:* Yes.

*Angstman:* One thing that I couldn't escape, and boy am I making a mess out of this thing. One thing I couldn't escape was the use of a Helicopter to fly an expert on GPS use with a high dollar machine in to measure the kill site. Why was that done again?

*John Leonard:* My - - I did not go on that trip. My understanding that it was not done by Helicopter. And I --

*Angstman:*    Okay well I might be wrong about that.  Okay but why did you go to the trouble of burning up a guy's day, I know that's a long day, to take a ATV from the road all the way up into that kill site and back again, cause I did it.  So that's a tough day.  Why did you have to go back?  You guys have got government issued GPS in your pocket and you had done the measurement.  Why did you need somebody else to come and do it?

*John Leonard:*    Because we wanted to use an instrument that gave the Defendant every benefit of the doubt.

*Angstman:*    Or is it that consumer model GPS units are not reliable enough to trust, in court, on a charge of hunting over the boundary.  Is that a better explanation?

*John Leonard:*    We just wanted to be as accurate as possible if we were going to pursue charges against Mr. King.

*Angstman:*    Well if Mr. King wanted to be as accurate as possible, does that mean he has to take an expert and GPS units with him hunting?

*John Leonard:*    No.

*Angstman:*    Do you have copies for this?  Defense Exhibit HH, I'll bring it to him but before I ask questions we'll find you a copy Mr. Cooper.  And, this is too small.  I'll just hand it to you.  This comes off the GPS map 76CSX owner's manual.   That's the machine that Painter used when you brought him out to finally figure out where that kill site was.  Isn't that right?

*John Leonard:*    No it's not correct.  I -- I don't believe so.

*Angstman:*    Okay, let's -- we'll find out if it was.  If it wasn't, it's my mistake and I've made a lot of them today.  But let's read it anyway.  This is off the GPS website.  And it says, "Important Information.  Map Data Information.  One of the goals of Garmin is to provide customers with the most complete and accurate cartography that is available to us at a reasonable cost.  We use a combination of governmental and private data sources which we identify in product literature and copyright their messages displayed to the consumer.  Virtually all data sources contain some inaccurate or incomplete data.  In some countries, complete and accurate map of information is either not available or prohibitively expensive."  Then, on the top it says, "Use this unit only as a navigational aid.  Do not attempt to use the unit for any purpose requiring precise measurement of direction, distance, location or topography."  That's off the website.

Case 4:08-cr-00008-JDR    Document 43-2    Filed 09/13/08    Page 140 of 171

*Clerk:*  We want to remind you that your mic is on when you're…

*Angstman:*  Excuse me?  Oh we have no secrets here Your Honor.

*Clerk:*  Okay.

*Angstman:*  Are you aware that this is on the website for Garmin?

*John Leonard:*  I'm not, no.

*Angstman:*  Okay.  Does it make sense that it would be on there?

*John Leonard:*  Yeah.  Yes.

*Angstman:*  Do you know, as I do, that GPS's work when they want to and don't work when they don't want to?  You know that don't you?

*John Leonard:*  No I don't.

*Angstman:*  You've never had a failure of your GPS?

*John Leonard:*  Not that I know of.

*Angstman:*  Of course you wouldn't necessarily know it.  You're looking at your GPS.  You proceed along assuming it's correct.  But if it's off -- this is the one that's referenced there?  Okay.  But if it's off you would, you would know it.  I mean all you're doing is accepting it's information as legitimate information.  Isn't that right?

*John Leonard:*  Yes.

*Angstman:*  Now we've got a surveyor who's going to come in and tell us that surveyor's scoff at the accuracy of GPS's.  You don't have any information to dispute what he's going to say do you, if he says that?

*John Leonard:*  No.

*Angstman:*  GPS's of course are only as good as the batteries in them.  You do agree with that?  If the batteries go dead, you're -- you have no GPS.  Isn't that right?

*John Leonard:*  Correct.

*Angstman:*  And they can go dead sometimes way sooner than you expect.

*John Leonard:*  Probably yeah.

Case 4:08-cr-00008-JDR    Document 43-2    Filed 09/13/08    Page 141 of 171

*Angstman:*  All right, how about -- how about calibration?  Now you're an officer.  Do you ever stop anybody for speeding in the park highway there?  In the canyon?

*John Leonard:*  I have.

*Angstman:*  Radar?

*John Leonard:*  Yes.

*Angstman:*  Are you familiar with the rules regarding radar?  If you have radar that isn't calibrated, you can't use it in court?

*John Leonard:*  It's been a long time since I've ran radar, but that does sound familiar.

*Angstman:*  Yeah and drunk driving, you're familiar with the rules that if you haven't calibrated your breath machine you can't use it in court?

*John Leonard:*  Yes.

*Angstman:*  Your GPS has never been calibrated, has it?

*John Leonard:*  My GPS, that I know of, I have never had calibrated.  However that's why, this wasn't the GPS that was used.

*Angstman:*  Okay.

*John Leonard:*  What was used was the -- it was a Trimble brand that Mr. Painter used.  Not this one.

*Angstman:*  Okay.  But yours has never been calibrated?

*John Leonard:*  Not that I know of.

*Angstman:*  And now you're telling me that you do know that that other one was calibrated?

*John Leonard:*  No I don't.

*Angstman:*  Okay. And I apologize.  The reference to the model, I was mistaken about that.  It's another model that is going to be introduced later in this case and I had the two models mixed up.  So you were correct.  It is not the model.  Okay.  Now I -- I -- I've got to regroup here a little bit.  Apparently there's a picture… I'll stand next to your mic and talk a little bit while I untangle this.  Apparently there's a picture of the GPS unit -- yeah.  Okay.  And if I'm close enough to your mic, which GPS is that?

Case 4:08-cr-00008-JDR     Document 43-2     Filed 09/13/08     Page 142 of 171

*John Leonard:*     That's a Garmin GPS 76CSX.

*Angstman:*     And who used it?

*John Leonard:*     I believe this was used by Ranger Pariseau.

*Angstman:*     Okay but this was early in the investigation before Painter went back?

*John Leonard:*     Yes.

*Angstman:*     Okay.  And this one is the same model as the model number for which I read from the owner's manual?

*John Leonard:*     Yes.

*Angstman:*     Thank you for helping me out of that mess.  Now one thing that strikes me about all these maps, and we've read a lot of them.  We haven't even started to break out all of ours.  The boundary's anywhere from a quarter to a half inch wide as portrayed on the maps and it clearly is not enough precision with which to determine the exact location of a boundary.  If you're going by the spot that's marked on the map, isn't that a fair statement?

*John Leonard:*     I'm -- like the charts, it depends on the map.  On some maps the line's thicker than others.

*Angstman:*     Well, look at that one.  You can see that one from a long way's away.  And clearly that boundary is probably miles wide.

*John Leonard:*     I would think.

*Angstman:*     All right.

*Judge:*     For the record, what was the last exhibit shown?

*Angstman:*     The last exhibit was 1.  Start right at the top.  This is exhibit 12 and this boundary is depicted in a shaded red line that again is probably a mile?

*John Leonard:*     I know because the box on this map's a mile.  So it's probably…

*Angstman:*     Oh okay, you're right about that.

*John Leonard:*     …maybe less than a -- maybe about a tenth of a mile?

*Angstman:*     Okay a tenth of a mile wide and on your maps here, park produced maps, which is 14 red line?

Case 4:08-cr-00008-JDR     Document 43-2     Filed 09/13/08     Page 143 of 171

*John Leonard:* Probably sixteenth of a mile. Something like that.

*Angstman:* Okay. Let's look at this one a little bit. Now you mentioned an important point that's been bothering me since you sent the discovery. On this map, the boxes -- this is your map now. This is the National Park Service map, but it's a map that's prepared from USGS. Is that right?

*John Leonard:* Uh huh.

*Angstman:* And on this map, if you look at 31 for example, there's a box that's roughly the size of a township correct? Roughly? Smaller than a township but it's general shape of just happened to be a bit smaller than a township. There's a box, an actual box, a square, a mostly square area.

*John Leonard:* That's a section. Not a township.

*Angstman:* A section, I'm sorry, a section.

*John Leonard:* Yeah.

*Angstman:* But you agree that there is a -- an area scribed out here that, that is most of a section with a black line on it?

*John Leonard:* A section is a square mile and that one, because it's at that seam in the map, like what we talked about before…

*Angstman:* I understand that. But this is what the map shows up as to the common person in the field using this map. And follow me, if you agree or disagree with what I say. If a person knows that there are corner markers in the area of the boundary, and that if he finds those corner quarters, he has reached the boundary of the national park. If he knows that and works south through this area, and comes to a corner marker and he's using this map, do you understand how he could be confused into thinking that the park boundary is a considerable distance south of where he's at because he thinks this line is the section line?

*John Leonard:* This map is not one that a person would have. This was digitally put together so a person wouldn't have access to this map.

*Angstman:* Well then we'll look further. This one was purchased I recall, Exhibit 12, you bought this from the…

*John Leonard:* UAF bookstore. The map store, excuse me.

Case 4:08-cr-00008-JDR     Document 43-2     Filed 09/13/08     Page 144 of 171

*Angstman:*     Okay.  Now let's just say that he wanted to go hunting and he decided if he was going to go hunting in this area, and he knew that there were some corners there representing the boundary of the park, and he's hunting with this and the section he's walking through looks like it stops before the park.  If the park boundary was on here, would it be right here.  He walks down…

*John Leonard:*

*Judge:*     I can't see where you're pointing.  I can't see what you're…

*Angstman:*     …he walks down using this commercially produced map.  He comes to a corner and he thinks, "Oh, the park's another good distance south of where I am.  I can hunt right here.  I can keep hunting right here."  Do you understand how that could happen to somebody?

*John Leonard:*     If you're using the map and the benchmark together, I don't think you could make that mistake.

*Angstman:*     How would you know that the benchmark you were looking at was not the end of the section that you think you've reached because you've come to a line on the map?

*John Leonard:*     Well if you compare it with the map?  Then that would mean that the section marker would have to have two boxes, one above, one below that said 36.  One above that said 31 and one below that said 6.

*Angstman:*     Okay but if you only bought this map you would end right here.  You would be right at the end of that wouldn't you?

*John Leonard:*     Some knowledge of maps would help you avoid that.

*Angstman:*     Okay.  Let me see the big map.  Did you get a marker?  Now one of your coworkers had this hanging on his wall for a long time.  Let's show it to Mr. Cooper.  He made me promise he I wouldn't use his name so I won't, but this is Exhibit JJ and this is a big older map, 1958 revised 1986.  Of course it's got the new – park on what I mean by older, it's been around a while.  You can tell because it's kind of yellowed and that sort of thing.  And this is a commercial USGS map, printed -- produced by the USGS Survey.  And updated in '86.  Pretty comprehensive single page map of the park.  Wouldn't you agree?

*John Leonard:*     Yes.

Case 4:08-cr-00008-JDR     Document 43-2     Filed 09/13/08     Page 145 of 171

*Angstman:*　　I mean we've seen a lot of different maps today.  But this is one page and it's got the whole park on it, and it's got the park boundary and it's got relief.  It's the classic "I live in the park area and I want to show people where I live" kind of a map to put on their wall.  Wouldn't you agree?

*John Leonard:*　　Yes.

*Angstman:*　　Now look at this one.  Let's look at the size of the boundary, again, you know scales here better than I do.  That boundary is quarter mile?

*John Leonard:*　　Oh the gray -- what's represented by the gray line?

*Angstman:*　　Yeah.  The gray line.

*John Leonard:*　　Probably somewhere in that neighborhood.

*Angstman:*　　Okay and we've already talked about whether or not these lines going across here are anything of importance but whether or not they're anything of importance, they are on the map and they fall just north of the park boundary in the area where Mr. King was hunting, don't they?  If you want to come out and look…

*John Leonard:*　　Yeah they do.  I'm not sure what those lines represent.

*Angstman:*　　Okay, and the common hunter may not know what they represent either, except that they fall just north of the boundary of the park on this map.  Isn't that clear?

*John Leonard:*　　Yes.

*Angstman:*　　And there are no township marks on this map, I believe you would say.  Is that right?

*John Leonard:*　　It looks like there are.

*Angstman:*　　So despite the fact that this map seems to be a fairly comprehensive single page map of the entire park, a person hunting with this map would not be able to determine where the park boundary was in reference to carrying this map with him, using a compass and walking around the area.  Even if he ran into one of these section corners, it wouldn't tell him where he was in relation to the park, would it?

*John Leonard:*　　I -- it may.  I can't tell from sitting here.   But I…

*Angstman:*　　Come on up.  Come on up.

*John Leonard:*　　If you had -- if you had a GPS…

*Angstman:*　　Well I'm going to ask you to leave the GPS out of this for now and just tell me what I could do if I had this map in my pocket.

*John Leonard:*　　And a compass as well?

*Angstman:*　　And a compass.

*John Leonard:*　　What I would do if I -- you could look at the…

*Clerk:*　　Sir if you could speak a little bit louder because his mic's going to have to pick you up.

*Angstman:*　　Oh okay I'll stand closer.

*John Leonard:*　　Now this is a huge map of a huge area.  The scale is not great for for accurate.

*Angstman:*　　Okay.  So this would not be -- you'd want a map of a smaller area if you're going to go hunting is what you're telling me?

*John Leonard:*　　It would be more helpful but from looking at this map, you could get -- and you could get pretty close to the Rock Creek Trail area.  You can see the ridge the Rock Creek Trail sits atop of.  You can see Rock Creek is labeled Rock Creek so you can get a pretty good idea of where you're at and that it's pretty close to the boundary.

*Angstman:*　　Okay.  But you wouldn't rely on that map, would you, to convict somebody in court.  If for instance you used this map to determine that Mr. King was where he was.  You'd want, you'd need something more precise than this to prove that he either was or wasn't 600 feet inside the park.

*John Leonard:*　　You'd probably at least want to just -- closer in to see better.

*Angstman:*　　Okay.  Okay these two are going to go together.  It's LL and KK.  And I'll show them to you first.  Oh he did bring you copies.  These were prepared by a surveyor and I'm going to read you the notes he put on the side of it because that will tell you where, where you might find problems with the map based on what he says. Cause you know surveyor foot notes that describe how they did their work.  That's part of being a survey, you understand that?  Okay.  He built these maps as per the National Park website, all coordinates listed for the Denali Park boundary are given in the World Geodetic System of of 1984, WGS 84, as per Mr. Jan Van Sickle's reference book, GPS for Land Surveyors, First Edition.  Are you familiar with the WGS 84 terminology?

Case 4:08-cr-00008-JDR　　Document 43-2　　Filed 09/13/08　　Page 147 of 171

*John Leonard:*     Yes.

*Angstman:*     I'm not but anyway that's part of the determination of what kind of GPS you have.  Is that a fair statement?

*John Leonard:*     I believe the way it records information.

*Angstman:*     Yeah right.  It has -- there are two different types and this is one of those types.  That's probably all we need to know here today.  Is that fair?

*John Leonard:*     Right.

*Angstman:*     Okay.  "The geographic coordinates or waypoints were converted to state plane coordinates North American datum of 83, Alaska's own zone 4 via the US Army Corp of Engineers Conversion program."  You and I probably don't know much about what he's talking about there.  Is that a fair statement?

*John Leonard:*     I don't.

*Angstman:*     We can't take him out.  I don't know what he's talking about.  "The USGS topographic maps, Fairbanks A5 and Healy D5 were exported from a collection provided by Terrain Navigate Pro at a scale of 1 to 63 thousand using the North American datum of 1983."  Now you recognize A5 and D5, Fairbanks and Healy as being maps we've been talking about in this case, don't you?

*John Leonard:*     Yes.

*Angstman:*     All right.  And have you ever heard of Terrain Navigator Pro?

*John Leonard:*     Yes.

*Angstman:*     It's a system whereby professionals in the field can download information for a fee, and it's mapping information.  Do you agree?

*John Leonard:*     I didn't realize it was of professional quality but I've seen it.

*Angstman:*     Well I mean I'm not -- it's too expensive for a kid to play with.  You have to pay a lot of money for some of the applications.  So that's what I meant by professional.  You usually use it for business.

*John Leonard:*     Okay.

Case 4:08-cr-00008-JDR     Document 43-2     Filed 09/13/08     Page 148 of 171

*Angstman:*   Okay?  "All positions shown are derived from data on the National Park website or as provided by Mr. Jeff King."  And we'll get into the ones that are provided by him because obviously you may or may not agree with what he has said to the surveyor.  "Observation of corner marker visibility from the Rock Creek Trail area was determined by Jeff King in the field.  The geographic coordinates of B0014 provided by the website, and the geographic coordinates collected in the field by Jeff King utilizing a Garmin GPS Map 295."  All right, with that background information, I'll show you the map that he's created, downloaded from Terrain Navigator Pro.  First of all, does it appear to be a USGS map format?

*John Leonard:*   Yes.

*Angstman:*   You can see the squares that represent the sections?

*John Leonard:*   Yes.

*Angstman:*   Okay.  Can you see the two red lines that represent the partial boundary of the park?

*John Leonard:*   Yes.

*Angstman:*   And you see no boundary in the area of Mr. King's kill site?

*John Leonard:*   No.

*Angstman:*   Okay.  Now he has placed a section corner for both B0014, he's marked that way with red, and the one the west of it in red.  And -- just from what you can see you'd have no reason to dispute that those are section corners, would you?

*John Leonard:*   They look like -- they're on the corner of the section.

*Angstman:*   Yeah.  And he has the kill site marked here.  That's based on the coordinates provided to him by Mr. King which came from the police report.

*John Leonard:*   Okay.

*Angstman:*   And of course it shows to be south of the 0014 which would suggest it's in a general correct location, wouldn't it?

*John Leonard:*   Yes.

*Angstman:*   Okay now he's got BLM Geostation stationed out here south and a bit east of the kill site.  And we've talked about that.  And we've

Case 4:08-cr-00008-JDR     Document 43-2     Filed 09/13/08     Page 149 of 171

|                  |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                            |
| ---------------- | ---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- |
|                  | already kind of agreed that that's probably about where it is based on the plat map.                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                        |
| *John Leonard:*  | Yes.                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                       |
| *Angstman:*      | Okay.  So now what he did was, he made a closer up view of that same map and here we have the section corner near Mr. King's camp site, the one that you said that he talked about in your visit to his camp.  The one that's southwest of his camp and down?                                                                                                                                                                                                                                                                                                                                                  |
| *John Leonard:*  | He pointed southwest and down for the kill site and a boundary marker.                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                      |
| *Angstman:*      | And a boundary marker.                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                      |
| *John Leonard:*  | Yeah.                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                       |
| *Angstman:*      | All right.  And with this -- I mean if he was pointing at one southwest of his camp, his camp's somewhere in here, huh?  Somewhere in this zone?                                                                                                                                                                                                                                                                                                                                                                                                                                                             |
| *John Leonard:*  | Yeah maybe up a little bit higher but yeah, somewhere in there.                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                             |
| *Angstman:*      | So this is probably one he was pointing to.  You would suspect?                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                             |
| *John Leonard:*  | His point to me it seemed further off the -- off the creek.                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                 |
| *Angstman:*      | Okay he'll have to clarify that when he testifies.  All right?  But he told the surveyor this is the one he was pointing to.  Here is 0014 and we've understood that that's correct, 36 and 31, 1 and 6, moose killsite and the BLM station.  And what the surveyor has done is he's drawn the line from the, what he calls, "Visible from Rock Creek Trail area" corner marker to the geostation marker.  He's drawn a line to show that the moose kill site is well north of that, actually 830 feet north.  Now, from what you know of the vicinity, does this surveyor's work appear to be a reasonably accurate representation of the geography you see now? |
| *John Leonard:*  | Yes.                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                       |
| *Angstman:*      | Okay.  I have nothing further on that point.  How come you didn't ask Mr. King to show you the kill site when you were there?                                                                                                                                                                                                                                                                                                                                                                                                                                                                                |
| *John Leonard:*  | At the time, you know he gave a general direction of the kill site and I had absolutely no inclination, like I said to him, that it may have been in the park.  I assumed for a number of reasons that he wouldn't have gone inside the park.                                                                                                                                                                                                                                                                                                                                                                  |

Case 4:08-cr-00008-JDR      Document 43-2      Filed 09/13/08      Page 150 of 171

*Angstman:*        Okay.

*John Leonard:*     And I was not in my jurisdiction to press him on issues like that.

*Angstman:*        Okay.  I guess what you're testifying to is that you believe that Mr. King actively mislead you about the location of his King -- kill site by pointing in the wrong direction.  Is that your position here in court today?

*John Leonard:*     All I know is he pointed in a different direction from where we found the kill site.

*Angstman:*        And are you asking the Court to find that that was a misrepresentation or are you suggesting it was maybe inadvertent on his part?  Or maybe a misperception on your part?

*John Leonard:*     It could have been either.

*Angstman:*        Okay.

*John Leonard:*     I would say that Trooper Lowy and I did leave the conversation with, as he stated, that it was in the other direction.

*Angstman:*        Okay.  Now I've represented a few guys in this kind of fix before you know.  I live out in the sticks and there's a lot of guys that shoot moose when they shouldn't or where they shouldn't.

*Cooper:*          Your Honor, could we have a …

*Angstman:*        I already have a question.  Some of my questions are longer than others, Mr. Cooper.

*Cooper:*          I really would inject to insertion of narrative because it seems there's quite a lot of it and I object to that.

*Judge:*           It does lengthen the trial and…

*Angstman:*        I'll shorten it up.

*Judge:*           Please.

*Angstman:*        Most guys that shoot an illegal moose, if they know they have been detected or might be detected, there's a simple way of resolving that problem by burying the entrails isn't there?

*John Leonard:*     I would assume that's a way you could -- could do it.

*Angstman:*        Or you can stack a bunch of brush on them, make it very difficult to see from the air.  You can do that too can't you?

Case 4:08-cr-00008-JDR     Document 43-2     Filed 09/13/08     Page 151 of 171

*John Leonard:*   Yes.

*Angstman:*   Or if you've got an Argo and you want to go to the trouble, you can load it all on the Argo and drive it out of the park.

*John Leonard:*   Oh, the -- all the gut pile and what not?

*Angstman:*   The gut pile and everything if you really wanted to.

*John Leonard:*   It would look suspicious.

*Angstman:*   Excuse me?

*John Leonard:*   If I saw somebody with a gut pile and all the entrails, I would probably investigate that further if I was in my jurisdiction.

*Angstman:*   Right.  But if Mr. King was going to do this to conceal the location of his kill site, I supposed I'd probably do it at night.  Would you?

*John Leonard:*   That would be a way to conceal it I guess.

*Angstman:*   All right.  So he did nothing to conceal his kill site, did he?

*John Leonard:*   No.

*Angstman:*   Did you ask him?  Where he killed his moose?

*John Leonard:*   I don't remember from the conversation if I asked him or what brought up where the location was, but it -- it came up and at the time it was more than good for me.

*Angstman:*   Okay.  Even the State of Alaska has complained to the park service about lack of trail markers or boundary markers hasn't it?

*John Leonard:*   I don't know that.  It may have.

*Angstman:*   Why did you patrol the area of Mr. King's home the day before the search warrant was served?

*John Leonard:*   I don't think I did.  I don't -- patrolled his home?

*Angstman:*   Fly over it with a Helicopter and case the place.

*John Leonard:*   I didn't.

*Angstman:*   Do you think the trooper did?

*John Leonard:*  It may have.  In other cases we've flown over homes in trying to gather information or what not in a routine flight.  But there was no special flight sent to Mr. King's house.

*Angstman:*  Okay I'll hand you Defendant's Exhibit RR and ask you if you would note who it's from and what the topic is.

*John Leonard:*  It's -- it looks like it's on the letterhead of the Office of the Governor.

*Angstman:*  And does it -- tell the acting Alaska Regional Director of the National Park Service that the state has concerns about the lack of boundary markers at Denali Park?

*John Leonard:*  If I could take a minute to read it.  Let me.  I've read it now.  I guess -- I forgot the question while I was reading it.

*Angstman:*  Does it -- does it explain that the state has had a longstanding complaint about the boundary marking at Denali Park?

*John Leonard:*  It says the state is -- yeah.

*Judge:*  What's the date of the letter?

*Angstman:*  He has it in front of him and I don't have it in front of me.

*John Leonard:*  July 25th, 2008.

*Angstman:*  Okay.  I'm just reading from the transcript now of the interview between you and Mr. King.  This is part of the transcript that was not re -- replayed for the Court but he has a full transcript.   King says, "How do you know what my house looks like and what color the paint is."  And Ranger Leonard's answer "Just from flying over it.  Just -- we flew over it with a Helicopter and took a picture so I know I just…"  You don't remember telling him that?  That you flew over and took a picture?

*John Leonard:*  I did tell him that but it was not true that we flew over his house with a Helicopter.

*Angstman:*  Why would you tell Mr. King that you flew over and took a picture of his house with a Helicopter, if it was not true?

*John Leonard:*  Because I received the description of his house after he pressed it on me from an acquaintance of his and that acquaintance did not want to be put in a weird position.

Case 4:08-cr-00008-JDR    Document 43-2    Filed 09/13/08    Page 153 of 171

*Angstman:*    Okay.  Sometimes you give warnings for boundary violations at the park don't you?

*John Leonard:*    I never have.

*Angstman:*    You never have?

*John Leonard:*    I don't think so.

*Angstman:*    In your police report you mentioned that the moose parts were lying next to an Argo when you got to the campsite.  Now today you're testimony that some of them were still in the Argo.  Which one of those is accurate?

*John Leonard:*    I -- I -- I believe they both -- both are accurate.

*Angstman:*    Both are accurate.  You didn't say anything about moose meat in the Argo in the police report.

*John Leonard:*    I guess I did not.

*Angstman:*    Okay and do you consider it significant that some of the moose meat was in the Argo when you were there?

*John Leonard:*    No.

*Angstman:*    Okay.  You make a lot of reference to the Argo as a -- well you charge him with using in the park.  Did you make an attempt to inspect or even seize the Argo when you went to King's residence?

*John Leonard:*    I think that would be overkill for this case.

*Angstman:*    Well you did measure the tracks on the ground and tried to establish that those tracks matched what an Argo would leave, didn't you?  Didn't you do that?

*John Leonard:*    Yes.

*Angstman:*    And speaking of overkill, how many trips were made to the kill site?

*John Leonard:*    I believe everybody involved in this case has made a lot of trips to the area.

*Angstman:*    About eight I'd count.

*John Leonard:*    I would say probably more than that.  There were a couple that were dedicated strictly because of this case.  But the other ones were in routine patrol operations.

*Angstman:* Okay. What you called it, a six wheeler, Mr. King calls it an eight wheeler. Is that significant in this case?

*John Leonard:* It may be.

*Angstman:* Stuff was sent out to the DNA lab to be analyzed. Mr. King acknowledged to you on tape that it was his moose throughout didn't he?

*John Leonard:* Yes he did.

*Angstman:* And further more you've had the horns that you could have taken with you on one of those flights and plopped on the skull to see if they matched which would have been extremely good evidence that it was his moose as well. Couldn't you have done that?

*John Leonard:* No I could not have.

*Angstman:* Because?

*John Leonard:* After a short period of time, the head was removed by wildlife.

*Angstman:* Well but it was still there when you went back to take pictures though because we have those pictures.

*John Leonard:* It was and I actually tried to go back another time because I realized I should have collected that as evidence and when I went back a subsequent time the head had been drug off as well as a lot of the other parts of the gut pile had been cleaned up.

*Angstman:* Are you familiar with the state law that was read earlier regarding what you must do to mark your boundaries in order to establish trespass?

*John Leonard:* No I'm not.

*Angstman:* Okay. The regulations, the rule -- excuse me, let me start over. The notion that you don't mark your boundaries, in effect, establishes a principal for hunters that they can't hunt anywhere near the boundary safely. Isn't that true? I mean isn't -- there's got to be a buffer zone if you're going to hunt there?

*John Leonard:* I do not believe in buffer zones. I don't think that's -- I think the line was, the line I think, if you give a buffer zone on the outside of the park, then people say, "Oh God why are you taking that…" I don't think buffer zones are a good idea.

Case 4:08-cr-00008-JDR   Document 43-2   Filed 09/13/08   Page 155 of 171

*Angstman:*　Well I don't either but haven't you created an unofficial one by not having boundary markers?  And let me explain what I mean by that.  If you are hunting and you have with you a gun and a GPS, that only tells you where you are.  Isn't that correct?

*John Leonard:*　That's correct.

*Angstman:*　It doesn't tell you where the critter is.  The critter is out there somewhere and you don't have a GPS that tells you where that animal is do you?

*John Leonard:*　No you don't.

*Angstman:*　And if there are boundary markers that are at least reasonably visible, those boundary markers would tell you where the critter is in relation to the boundary.  Isn't that true?

*John Leonard:*　They could yes.

*Angstman:*　So lacking those boundary markers that are reasonably visible, that means the careful hunter would have to hunt far enough away so that there's absolutely no chance that the critter could be anywhere near the boundary as it was in this case.  Isn't that true?

*John Leonard:*　A -- a careful hunter I believe will use a GPS to maximize the area that he can hunt.  I don't know that -- I guess one would argue that they needed a buffer and upon buffer and I -- I don't, I guess I don't understand the question.

*Angstman:*　Okay I'll withdraw it.  We heard a park employee talk on the radio after Mr. King was arraigned saying that because of this case, they had reconsidered the question of whether they should mark the boundary around Rock Creek.  Did you hear those comments?

*John Leonard:*　I did.

*Angstman:*　And I suppose that caused quite a stir over there once she made those comments didn't it?

*John Leonard:*　I don't know if they were accurate.

*Angstman:*　Well there is no plan to mark the boundaries?

*John Leonard:*　There has been work that's been done to mark boundaries over the years.  I'm not familiar with the overall strategy.   I don't intimately know the overall strategy.

Case 4:08-cr-00008-JDR　　Document 43-2　　Filed 09/13/08　　Page 156 of 171

*Angstman:* Now if she made inaccurate comments about marking the trail, I suppose she got in trouble for that, I assume the park has some kind of disciplinary procedure for somebody that would say that?

*John Leonard:* She's part of the superintendent's staff. A fair amount above my level.

*Angstman:* Okay. I'm going to ask the Court to take judicial notice of our Exhibit NN and ask the witness if he's aware of it? NN is CFR, Court of Federal Regulations, BIA refers to the…wait a minute, do I have the wrong one? No hang on. Oh this is the correct one. I'm just getting a little woozy here. This is the criminal trespass law as it applies to Bureau of Indian Affairs property Your Honor. And it maintains that in order to be guilty of trespass on BIA property, the owner of the property, the BIA, "must post notice of trespass by actual communication, posting in the manner reasonable, in a manner prescribed by law and reasonably likely to come to the attention of intruders, or fencing or other enclosure designed to exclude intruders." Were you aware that there was such a rule for the BIA on its land, Mr. Leonard?

*John Leonard:* I'm trying, it looks like this is -- says Building or Occupied Structure?

*Angstman:* Well that's A. And then you go on to B. And that's anyplace.

*Judge:* Well let me speed this up a little bit. I don't see how that has anything to do with this case at this point. I will not take judicial notice of it.

*Angstman:* I would just…I would…

*Judge:* The law is the law and you can argue the law after the facts are made of record.

*Angstman:* Establish a reasonable basis for -- a reasonable way of letting people know how a boundary marker -- that's all right Your Honor. I will continue on. The maps that you say were produced by the park, those were not produced by you. Those were somebody within the park that does that as is his job or her job?

*John Leonard:* Correct.

*Angstman:* Okay. Are you familiar with the term Dena Map? D-e-n-a. I hear -- guess it's short for Denali?

*John Leonard:* I -- Dena's the four digit code. There's one for every national park.

| | |
|---|---|
| *Angstman:* | Are you familiar with the fact that the national park, Denali and others, are expanded and enlarged by the work and proclamation of President Carter? |
| *John Leonard:* | Yes. |
| *Angstman:* | And President Carter established -- would you bring me a couple clips please? That the boundaries of the original expanded park, the newly enlarged park, were to be set by the Dena Map, which is Dena 90,007, November 1978. One more please. Are you familiar with that map at all? |
| *John Leonard:* | I'm not. |
| *Angstman:* | Okay. I will point out that the… |
| *Clerk:* | Can I get the exhibit number? |
| *Angstman:* | Exhibit is MM. |
| *Clerk:* | Thank you. |
| *Angstman:* | If you'd get the next one read too, the next second Dena Map or the small portion of it in our area. |
| *Cooper:* | Your Honor, I've got an objection to, is this being offered? |
| *Angstman:* | Yeah. |
| *Cooper:* | I've got an objection, relevancy. It's a 1978 map that's not founded on the basis of the legislation setting up the park as it's now constituted. |
| *Judge:* | Seems like a study map. I don't see how it relates to the case. |
| *Angstman:* | Well it relates in this way. The proclamation setting up the park says that this is the map that prevails. This governs all aspects of the boundary of Denali Park, even trumps the, any legal descriptions that were attached. This was since modified, but this was the first map and the reason I'm showing is to show that the official map of this park, has boundaries that are wide enough to encompass Mr. King's kill site. And when President Carter said this is the map, this is what defines the boundaries of the park. Since that time, the park has established a way of defining its boundaries and they've done that in house. No one's ever told them how to do it. They've done it in house. |

Case 4:08-cr-00008-JDR    Document 43-2    Filed 09/13/08    Page 158 of 171

*Judge:* Well first of all, you're not testifying. The witness has said he's not familiar with this map so far as using it with him I think that's…

*Angstman:* Okay I'll take it down Your Honor. Well, one more clip. Okay. I'm just going through my notes Your Honor. I may be about done.

*Judge:* Take a moment.

*Angstman:* We're done Your Honor.

*Judge:* Redirect.

*Cooper:* Yes Your Honor. Mr. Leonard, do you have before you the exhibit that consisted of a page off of the Denali National Park boundary information website?

*John Leonard:* I believe it's here some place. The highlighted one of the bigger exhibit?

*Cooper:* It was one of the Defense exhibits that's, I'd like to show the witness it looks like this. Just one page that says, "Denali National Park, Park Boundary Information" it's one of the web pages.

*John Leonard:* I do not see it here, no.

*Angstman:* What's the number, letter?

*Cooper:* You have Defense Exhibit C there, Park Boundary Information web page?

*John Leonard:* Yes I do.

*Cooper:* Is that the one that has the comment about many of commercially available GPS units, the maps that are provided with commercial, many commercially available GPS units, is that the one?

*John Leonard:* Yes.

*Cooper:* Does that indicate that the maps with many of those units do not accurately show the location of the park boundary? Is that what it says in the first sentence?

*John Leonard:* That the maps -- I'm sorry, to my…

*Cooper:* Go ahead, why don't you read that first sentence.

Case 4:08-cr-00008-JDR      Document 43-2      Filed 09/13/08      Page 159 of 171

*John Leonard:*     Okay the first sentence says, "The base maps that are provided with many of the commercially available GPS units do not accurately show the location of the park boundary."

*Cooper:*     Is there anything in that sentence that talks about anything other -- anything about GPS other than the maps or the base maps?

*John Leonard:*     No.

*Cooper:*     Is there anything anywhere on this warning that says that the latitude and longitude information contained in GPS units is inaccurate?

*John Leonard:*     No.

*Cooper:*     And if you had the latitude longitude information that was provided on the park's website, what would the best source be of finding that latitude and longitude information on a map?

*John Leonard:*     The best way would be using your GPS which gives you the reading and comparing it to the numbers that are on the map.

*Cooper:*     Right.

*John Leonard:*     And you could also get that information from the website.

*Cooper:*     And you go -- and if you had to use a map, what would the best map be?

*John Leonard:*     A USGS map.

*Cooper:*     All right.  And the USGS map would give you the latitude and longitude information that's shown on the website?

*John Leonard:*     Yes.

*Cooper:*     In other words, if it gives you latitude and longitude information on the website, you're telling me you could find it on the GPS and on a USGS map?

*John Leonard:*     Yes.

*Cooper:*     All right.  If you went out there with a map alone, without knowing where the boundary was, would that be enough to find the boundary?

*John Leonard:*     Yes.

*Cooper:*     A USGS map?

Case 4:08-cr-00008-JDR     Document 43-2     Filed 09/13/08     Page 160 of 171

*John Leonard:*     If you just had a map, let's say -- if you just had a map itself?

*Cooper:*     Yes.  Right.

*John Leonard:*     Could you find the boundary just with the map?

*Cooper:*     Right.

*John Leonard:*     Yes.

*Cooper:*     Okay.  Well how would you do that?

*John Leonard:*     As I demonstrated earlier today, if you were to find a benchmark, if you had only a map, no compass, no GPS, you could still find your location.

*Cooper:*     And is that, which exhibit are we speaking about there, is that… Is that one of the ones with the boundary marker with information that relates to a USGS map on the boundary marker?

*John Leonard:*     Yes.

*Cooper:*     All right.  Now what is the accuracy range of the GPS unit that you and Ranger Pariseau were using?

*John Leonard:*     The one that was used that's shown at the kill site I believe was plus or minus 14 feet if I recall correctly.

*Cooper:*     Fourteen feet?  Do you have exhibit, I think it's 19, I think it's Exhibit 19 there?

*John Leonard:*     I do.

*Cooper:*     Do you have that there?

*John Leonard:*     Yes.

*Cooper:*     Do you have -- do you have Exhibit 19?  That's what I'm looking for.

*John Leonard:*     Yes.

*Cooper:*     Okay yes, that's the one with the GPS on it?

*John Leonard:*     Correct.

*Cooper:*     And does that say right on the screen what the accuracy of it is?

*John Leonard:*     Yes it does.

Case 4:08-cr-00008-JDR     Document 43-2     Filed 09/13/08     Page 161 of 171

*Cooper:*  And what does it say on the screen as to accuracy?

*John Leonard:*  Plus or minus 14 feet.

*Cooper:*  All right.  And the other GPS unit, the more highly accurate one that you said you used for making notations in your report about the locations here.  Do you recall what the accuracy range on that one was?

*John Leonard:*  I - I didn't use it but I believe it was 10 inches.

*Cooper:*  Ten inches?

*John Leonard:*  I believe so.  It could be, that's the best of my recollection.

*Cooper:*  Do you, who's GPS unit was it that was in that photograph?

*John Leonard:*  This was Ranger Pariseau's.

*Cooper:*  And do you know how that that compares with the accuracy of the GPS unit that you used when you were out there and that you had on this occasion?

*John Leonard:*  It's the same spot.  The same location.

*Cooper:*  And as far as the accuracy range or error range is concerned, on yours is it comparable to what it was or would be on Ranger Pariseau's?

*John Leonard:*  Yes both of them are in the kill site.

*Cooper:*  Did yours give a comparable reading, is that what you're saying?

*John Leonard:*  Yes.

*Cooper:*  Okay.  So it would be likely, what plus or minus 14 feet, the way that one is?

*John Leonard:*  Yes.

*Cooper:*  Do you see another defense exhibit up on the board there on the easel?  I think it's, I'm not sure if that's Exhibit O?

*John Leonard:*  Yes it's -- it's marked O.

*Cooper:*  And do you know what, what township that is?

*John Leonard:*  Township 10 South Range 10 West of the Fairbanks meridian.

*Cooper:*  Okay so where would the boundary maker be on that diagram which is seen in Exhibit 14 that you have in front of you?  That boundary marker that is nearest to the kill site?

*John Leonard:*  It would be in the -- let me just make sure.

*Cooper:*  It's between Ranges 9 and 10 and Townships 10 and 11.

*John Leonard:*  It appears to be in that lower right corner.

*Cooper:*  Lower right corner.  Okay.

*John Leonard:*  The corner the…

*Cooper:*  And where in relation to that corner is the geostation that was referred to in your cross examination?

*John Leonard:*  To the southeast.

*Cooper:*  Southeast of that, southeast corner of that township correct?

*John Leonard:*  Yes.

*Cooper:*  And where is the kill site in relation to the southeast corner of that chart?

*John Leonard:*  It's almost - it's almost right in line.  If it was plotted, the line that connects the boundary marker to the geostation, it would probably fall right in that line some place.

*Cooper:*  So it too was southeast of the southeast corner of that township.

*John Leonard:*  Yes.

*Cooper:*  And therefore southeast of the boundary marker in Exhibit 14. Correct?

*John Leonard:*  Yes.

*Cooper:*  Now when Mr. King was out there at the campsite and he indicated to you and to Troop Lowy where his kill was, did he point in either the direction of the geostation or the kill site that you found?

*John Leonard:*  No.

*Cooper:*  So he was pointing where, southwest was it?

*John Leonard:*  Yes.

*Cooper:*   So he wasn't pointing at either the boundary marker or the kill site was he?  Not the boundary, I mean the geostation marker.  Not the boundary marker, the geostation marker.

*John Leonard:*   No it was in a different direction.

*Cooper:*   And did he ever tell you he saw more than one boundary marker?

*John Leonard:*   No.

*Cooper:*   And did he call it silver?

*John Leonard:*   Yes.

*Cooper:*   And look at Exhibit…Exhibit KK and LL are in front of you now. I think KK is an overall view and LL is probably a close up view. That's -- would that be correct of the area involving the camp, the kill and the geostation?

*John Leonard:*   Yes.

*Cooper:*   And the marker that was one mile west of the kill site? Is that there also?

*John Leonard:*   Yes.  Yes it is.

*Cooper:*   And the marker that was one mile west of the kill site, was it the same kind as the marker that was within 600 feet of Mr. King's moose kill site?  Is that right?

*John Leonard:*   Yes.

*Cooper:*   All right.  Did he ever indicate to you, perhaps I asked that already, did he -- was there any indication that he had seen a marker in an area that was not near his kill site, that was a mile away from it such as that one to the west?

*John Leonard:*   My understanding from his comments were that they were associated, that they were near each other.

*Cooper:*   All right, and you remember landing the Helicopter on the geostation marker on the top of the ridge south of all of this?  The one that's been noted on Exhibit O?

*John Leonard:*   Yes.

*Cooper:*   And was that any higher off the ground than these ones that we see in Defense exhibits and in I think it's Number 7?  The one that's --

Case 4:08-cr-00008-JDR     Document 43-2     Filed 09/13/08     Page 164 of 171

let me get 7.  Do you see the boundary marker and the silver plate that's near the -- that's associated with that marker on Exhibit 7?

*John Leonard:*    Yes.

*Cooper:*    And are these the ones that are the boundary marker that's in the middle position that's nearest to the kill site that's shown on Exhibit 14?

*John Leonard:*    Yes.

*Cooper:*    Do you recall the geostation marker on that ridge to the south, and whether it was anything like this type of marker?

*John Leonard:*    The cap seemed to be the same.

*Cooper:*    All right.

*John Leonard:*    The same size.

*Cooper:*    Was the silver plate there?

*John Leonard:*    The silver plate was not next to the benchmark, I don't believe.

*Cooper:*    Okay.  Was it in the area?

*John Leonard:*    It was blown some distance from the cap as I recall.

*Cooper:*    And when it is -- if and when it was ever properly mounted, would it be any different in height above the ground than what we see in this picture of Number 7 here?

*John Leonard:*    I would think it would be the same.

*Cooper:*    Do you know if you could see that 1500 feet away on a ridge, that marker at the geostation if it was the same type as we see here in Number 7 600 feet from the kill site?

*John Leonard:*    I would assume if you could see one from a certain distance you'd be able to see the other from a certain distance.  I haven't been able to see them.

*Cooper:*    You haven't?  Did you try to look from where you were over near Mr. King's camp or along that ridge?

*John Leonard:*    No.

*Cooper:*    And I think I want to see a photo of Exhibit T.  You see that long photograph, Exhibit T there?

Case 4:08-cr-00008-JDR     Document 43-2     Filed 09/13/08     Page 165 of 171

*John Leonard:*  Yes.

*Cooper:*  And the kill site is that labeled, I'd like you to point out to the Court where the kill site is labeled on the photograph.

*John Leonard:*  It's labeled to the far right side.  The west.

*Cooper:*  And where does this photo appear to be taken from?

*John Leonard:*  In between Mr. King's camp and the bone pile, some place along the ridge.

*Cooper:*  Along the ridge?  And then point to where that geostation is that has the marker that's the same type that is involved, that was located near 600 feet from the kill site. Where's that?

*John Leonard:*  It's up here.

*Cooper:*  Is that all ridge on the other side of that valley?

*John Leonard:*  Yes.

*Cooper:*  All right.  You were shown a number of maps that we had in evidence and some defense maps that had very broad lines on the map for boundary.  Are you aware where the boundaries, actual boundary is?  Is it supposed to be in the middle of that line or is on the edge, one edge of that line?

*Angstman:*  I'll object to what this one witness needs knowledge of what the map is intended.

*Judge:*  Well yeah we need some foundation.

*Cooper:*  I'm not asking for the map makers intention.  I'm asking for what's depicted on these maps.  Perhaps I should get one or two of them in front of the witness.   Now you're looking at Exhibit 1 I believe, correct?

*John Leonard:*  Yes.

*Cooper:*  And is that a fairly broad maroon colored line that it goes around the area, the boundary of what's involved in this case?

*John Leonard:*  Yes it does.

*Cooper:*  And is there a dotted line along one side of that broad maroon colored area?

*John Leonard:*  Yes there is.

Case 4:08-cr-00008-JDR   Document 43-2   Filed 09/13/08   Page 166 of 171

*Cooper:*　　　　And on which side of that line is the maroon shading.  Is it on the park side or on the outside of that line?

*John Leonard:*　　It's on the park side.

*Cooper:*　　　　And in looking at that map, can you tell if the boundary is along the dotted line on the north side of that maroon shaded area or whether it's somewhere else?

*John Leonard:*　　The -- the boundary is on the north side of the maroon line.

*Cooper:*　　　　Regarding the boundary marking signs, you have been shown a number of Defense photographs of park boundary signs.  And they appear to be on trees.  Would it have been possible to post the area in this case by putting signs on trees?

*John Leonard:*　　No.

*Cooper:*　　　　It would have had to be on the ground as they were?

*John Leonard:*　　Yes.

*Cooper:*　　　　Are you aware of -- I'll withdraw that question.   I think that's all the questions I have Your Honor.

*Judge:*　　　　Re-cross.

*Angstman:*　　　If I may Your Honor.   Defense Exhibit Q.  I'm showing what is represented as a picture taken of the Rock Creek Trail ridge.  Exhibit Q and I'll describe what's on there for you, and then you can look and see if you recognize anything.  In the far right hand, just above the middle, you see a red clad figure.  You see that?

*John Leonard:*　　Yes.

*Angstman:*　　　We will represent to you that that's Mr. King walking from the Rock Creek Trail to the ridge where the geostation turns out to be.

*Judge:*　　　　Do you have the mic on?  You may.

*Angstman:*　　　Oh I'm sorry Your Honor.

*Judge:*　　　　We do want to make a record.

*Angstman:*　　　Yeah.  And then working your way left of that spot, to an area exactly on the top of the ridge, a third of the way from the left edge of the picture, you'll see a small silver colored object.  Do you see the two things that I have described?  The red form.

*ASUA Cooper:*    I have an objection Your Honor.  We've had a representation about this picture but we have no representation about when it was taken, whether it was in contemplation of this case…

*Angstman:*    Oh -- I'll give you all of that.  I'll be happy to do that.  It was taken August 1st, 2008 and in anticipation of this trial.  I mean in preparation of evidence for this trial.  So anyway, the two figures, the two objects I'm asking you if you can see are the red figure towards the right and a little above the middle.  Do you see that?

*John Leonard:*    Yes.

*Angstman:*    And following the ridge over to the place where your, a third of the way from the edge of the picture, do you see a small silver object at the top of the ridge?

*John Leonard:*    It looks just like a lot of the white spots in this picture.  I don't think there's a lot of clarity in it.

*Angstman:*    Okay can I approach?

*Judge:*    You may.

*Angstman:*    Okay.  I'm asking if you see that little spot right there.

*Judge:*    May I see where he pointed?

*Angstman:*    Yeah I'll be happy to show the court as well.  I'll point to Mr. -- the red clad figure, and then I point to the silver object.  Do you see the silver -- the thing I point to that I called the silver object?

*John Leonard:*    Yes.

*Angstman:*    Okay.  Now if I tell you that that picture was taken from the area of the Rock Creek Trail on the top of the ridge and I tell you that Mr. King is going to testify that when he finished his walk, he got to that spot and it turned out to be the geo marker, would that answer the question of whether or not the geo marker is visible from the Rock Creek Trial ridge?

*John Leonard:*    If that was a marker.

*Angstman:*    Okay.  I have nothing further on that point.  And you saw the markers that Mr. King placed near 0014 to just identify where they were?  You remember the red stake with the flag on it?

*John Leonard:*    Yes.

Case 4:08-cr-00008-JDR     Document 43-2     Filed 09/13/08     Page 168 of 171

*Angstman:*   And as opposed to putting markers on trees, some kind of flagging such as that would be, at least, feasible.  Would you agree?

*John Leonard:*   You could do it, yes.

*Angstman:*   Okay.  I have nothing further.  Thank you.

*Judge:*   Let me see if I have any questions.  Witness may step down.

*Angstman:*   Your Honor, I move for the admission of all the exhibits I offered and --

*Judge:*   We'll have to go through them one by one.

*Angstman:*   Well of course unless the Government says they don't have an objection.

*Judge:*   We'll still go through them one by one.

*Cooper:*   Do you have a list of what they are, I'd like one.

*Angstman:*   Okay.  Defense A was Alaska Trespass Law which the court took judicial notice of.

*Judge:*   I took judicial notice of the law being the law.  Go ahead.

*Cooper:*   I don't think that's an appropriate exhibit.

*Angstman:*   _____.

*Cooper:*   _____ case of law can be argued.

*Judge:*   Well that's the point.  You don't -- it's not an exhibit.  It's a law that the Court...

*Angstman:*   We'll withdraw the Exhibit.  That's no problem.  B was a disclaimer on the park service website.

*Cooper:*   That's in.  We don't object to that.

*Angstman:*   C park boundary info from the website.

*Judge:*   C is in.  I'll admit C.

*Angstman:*   D is the website boundary point's map.

*Cooper:*   I think, yeah, we -- no objection to that.

*Angstman:*   E is USGS map from REI.

Case 4:08-cr-00008-JDR      Document 43-2      Filed 09/13/08      Page 169 of 171

| | |
|---|---|
| *Cooper:* | No objection. |
| *Judge:* | D and E are in. |
| *Angstman:* | F's the quad map from the book store, the park book store. |
| *Cooper:* | I have a relevancy objection but I'll withdraw that. I have no objection to F. |
| *Judge:* | F is in. |
| *Angstman:* | G is a picture of B0014. |
| *Cooper:* | I have no objection to that. |
| *Judge:* | Admit G. |
| *Angstman:* | We'll have to jump over a bit and we'll get back to H, I, J, K, L because my helper is looking for where those are right now. M is boundary marker and N is also a boundary marker. |
| *Judge:* | I don't remember testimony about those. |
| *Cooper:* | I don't have any note of those. |
| *Judge:* | M and N? All right, I mean there's an NN but I don't see an N. And I see an MN which is the datum map which is not coming in. and NN is the CFR. |
| *Angstman:* | I no there M and N and I will search them out. O is my map. |
| *Cooper:* | O is the one we just had some testimony on. I have no objection to that. |
| *Judge:* | O is in. |
| *Angstman:* | P is a picture of the Argo taken from the geostation. |
| *Cooper:* | I don't recall that one. |
| *Judge:* | You can look at it if you like. |
| *Angstman:* | Your Honor, what we'll do is we'll reorganize this and do it first thing in the morning. It doesn't have to be done right now. I'm sure you'll agree? |
| *Judge:* | All right that's correct. Exhibit B was a disclaimer from the NPS, not the Denali National Park. |

*Angstman:*      That was believed to be that by the witness but -- we'll put our witness on to say where it came from and so we'll hold that.

*Judge:*      All right so that's being withheld.  With respect to the schedule tomorrow, we'll go from 9 to 10 and I have other court matters at 10 and we'll go from 10:30 to noon in this case.  And then I have another court matter at 12:45.  I have a one o'clock evidentiary hearing and what I'm going to do is to determine which goes first.  Whether to continue with this trial or to stop and to have that evidentiary hearing.  It's going to depend upon witness counsel problems per say.  So I'll just have to wait and hear.  The Public Defender I think may be involved in that case and I don't know if she's going to be up here beyond tomorrow.  So we had that scheduled.  So that gives us 2 ½ hours in the morning and after we get either the evidentiary hearing to be continued over to the next day or this trial will have to follow that evidentiary hearing.  I don't know how long it's going to take.  It may not take the entire afternoon.  So I'll play that by ear but that's the schedule for the morning.  And just for rules of the Court, I've given some leeway today to counsel walking up and down pacing.  Sometimes people think better on their feet.  But there have been a lot of exhibits so because that has been the case I've allowed it.  Ordinarily I want the examination witness conducted from the rooster over there and not the walking all around the center.  But I'll give some leeway when there are exhibits going back and forth to a witness testifying.  Anything else we need to discuss?  The exhibits can stayed locked up in the courtroom if you choose.  So you don't have to park those out.  Anything else?

*Angstman:*      Could we have 20 minutes before we lock up to kind of sort out the exhibits today?

*Judge*      It's fine with me is the Clerk going to be there that long?

*Clerk*:      I will if they're here sorting.

*Judge:*      Well try to do it in 10 or 15 minutes.  Sure, but that's useful time I think to sort those out.  Anyway we'll try to give you a few minutes for that.  Then we'll take the overnight recess in this case.

*Clerk:*      All rise.  This matter stands in recess until 9 AM tomorrow.

[*End of Audio*]

Case 4:08-cr-00008-JDR      Document 43-2      Filed 09/13/08      Page 171 of 171