# BOY SCOUTS OF AMERICA   Ozark Trails Council

1616 S. Eastgate ★ Springfield, MO 65809 ★ 417-883-1636 ★ FAX 417-883-2534
2702 Richard Joseph Blvd. North, Suite 113 ★ Joplin, MO 64804 ★ 417-624-4168 ★ FAX 417-624-5833
612 N. Pine Street, Suite 103 ★ Rolla, MO 65401 ★ 573-364-1504 ★FAX 573-364-1843

May 1, 2008

Dear Jeff,

I wanted to take a moment to express my most heart felt appreciation for your participation in our fund raising event this past Friday.

"Breaking Trail with Jeff King" was an unqualified success in every aspect, and as I reflect on why, I come back to, well, you. The comments I've received from those in the audience -- whether they were from Scouts, their parents, or the various community leaders that bought tables to hear you speak -- all seemed to resonate around a common theme. And that theme is this: you exude the traits that are essential to good citizenry.

The topics you demonstrated, which were so artfully woven into your presentation, included such important character builders that we try to instill in our Scouts -- qualities such as Integrity, Respect, Perseverance, and, interestingly enough, Humility. Not only did you deliver a great message, you also had us on the edge of our seats -- and for some of the audience, that was impressive!

Additionally, I am very appreciative of the fact that you did not charge a speaking fee for this event. In this day and age, for a well-known celebrity such as you to donate their time, energy and other resources to something completely unrelated to them is entirely unheard of.

Because of your efforts, the Ozarks Trail raised over $34,000 for our Outreach program designed to expose the disadvantaged youth in our district to the various Scouting experiences. Experiences that, hopefully, will result in creating citizens we can all be proud of.

Jeff, once again, a most grateful Thank You for what you have helped us accomplish. And as we like to say down here, be safe out on the trail.

Best Regards,

*Dean Ertel*

Dean Ertel
Scout Executive
Ozark Trails Council, BSA

*John Ghirardelli*

John Ghirardelli
Event Co-Chair



**United Way**
*Member Agency*

E-mail council306@ozarktrailsbsa.org          Web Site www.ozarktrailsbsa.org