To Whom It May Concern:

Letter of Support for Jeff King.

With sentencing upcoming in Jeff King's case I would like to ask for leniency during sentencing. I have known Mr. King for many years and consider him a valuable member of our community. Jeff has served as both the Fire Chief and fireman for the McKinley Village Volunteer Fire Department. He has volunteered both time and been a financial supporter of many local organizations, especially Kid's in Motion. He has had an active role in the education system and continues to operate a local business. This unfortunate incident does not change the strong belief I have that Jeff is an honorable man with a high level of integrity. He is and continues to be a valuable member of our community. Thank you.

Sincerely,

Mayor David M. Talerico

P.O. Box 521

Healy, Alaska 99743