

# Iditarod Trail Committee

Post Office Box 870800   •   Wasilla, Alaska  99687-0800
907.376.5155 (voice) • 907.373.6998 (facsimile)
www.iditarod.com

**Board of Directors**

**President**
Lee Larsen

**Vice President**
Sam Maxwell

**Secretary**
Jim Palin

**Treasurer**
John Handeland

**Director**
Aaron Burmeister

**Director**
Mark Moderow

**Director**
Mike Owens

**Director**
Dan Seavey

**Director**
Rick Swenson

**Director Emeritus**
Joe Redington, Sr.

November 3, 2008

The Honorable John D. Roberts
United States Magistrate Judge
United States District Court
For the District of Alaska
101 12th Avenue
Fairbanks, Alaska 99701

Dear Judge Roberts:

Please accept this letter as a statement of support for Jeff King.

I write this letter as the President of the Board of Directors of the Iditarod Trail Committee. I have been involved with the Iditarod for many years, as a corporate supporter, then a board member and now as president of the organization. Simply stated, Jeff King is a good person.

I can tell you that Mr. King, as a four time champion of the Iditarod Trail Sled Dog Race, has represented this race, and the ITC, all over the United States. He has always been nothing less than professional. His career history tells a positive story of someone who is focused, dedicated, and very stable.

Outside of his race history, Mr. King's family history tells the same story. He has lived in the same area of Alaska for over 30 years. Along with his wife, Donna, he has raised a family that is respectful as well as respected. Mr. King has clearly had his priorities in order as made evident by his successes both private and professionally.

Mr. King has also owned and operated a successful tourism business at his home. His business requires that he share aspects of the race, his background with canines, and his thorough understanding of Alaska and its culture. Mr. King has been, and is, a true ambassador of Alaska.

Mr. King has apparently made a mistake. This is an anomaly in an otherwise stellar life. I ask you to consider my comments as you weigh the possible punishment for him. I'm sure Mr. King has learned a great lesson through this experience. I know the publicity and the embarrassment has had a huge impact on him. I would ask you to consider that perhaps he has already paid a very large price for his actions.

I appreciate the opportunity to express my support for Mr. King. Thank you for any consideration you might give to my comments.

Sincerely yours for,

THE IDITAROD TRAIL COMMITTEE

Lee Larsen /SHH

Lee Larsen
President

**Executive Director**
Stan Hooley
Post Office Box 870800
Wasilla, AK 99687
907.232.8730 voice
907.373.6998 facsimile
shooley@iditarod.com