November 10, 2008

Mark V. Nordman
Director of Race Logistics & Competition and Race Marshal
Iditarod Trail Sled Dog Race
Mile 2.2 Knik Road
PO Box 870800
Wasilla, AK 99687-0800


To whom it may concern:

I am writing this letter in support of Jeff King, who I have worked closely with for many years in my capacity as Race Marshal for the Iditarod. I have been involved with the sport internationally in Scandinavia, Europe, South America and throughout North America since 1976.

Once again this year on December 6th, Jeff will be one of the few longterm competitors in the Iditarod who will take a weekend's time to speak to an international field of first year entrants. This is completely in the interest of sharing helpful experience and supporting Alaska's state sport. He has done this repeatedly for many years.

Jeff has personally mentored some of the most ethical and sincere sled dog drivers I have worked with over the years.

Events that I am involved with beyond Iditarod in which I deal with Jeff as a competitor, range from the state of Wyoming to Bethel to Kotzebue, as well as other events around Alaska. Because of his professionalism, it's always considered significant to have him involved in a competition. I am pleased he continues to compete in the Iditarod Trail Sled Dog Race year after year.

Sincerely,

Mark V. Nordman