

**STATE OF ALASKA**
OFFICE OF THE GOVERNOR
JUNEAU

July 25, 2008

Mr. Vic Knox
Acting Alaska Regional Director
National Park Service
240 West 5th Avenue, Suite 114
Anchorage, AK 99501

Dear Mr. Knox:

Mr. Jeff King was recently cited by National Park Service law enforcement authorities for taking a bull moose and using a motorized vehicle inside the boundaries of the Denali National Park and Preserve. From news accounts and the statements of Mr. King and the federal law enforcement officers it appears Mr. King was camped and hunting moose within several hundred yards of park boundaries. This letter is not intended to take any position in Mr. King's criminal court case.

Mr. King's case highlights a broader issue that the state has been asking the federal government for assistance on for quite some time: the clear marking of boundaries for federal land so hunters and fishermen are put on notice of possible changes in hunting and fishing laws if they move onto federal land. As you are aware, Alaska is a patchwork of various types of lands. Within Denali itself, there are several types of lands (National Preserve lands, Denali Wilderness lands, and National Park lands). Denali is also bordered by state lands and Denali state park. The boundary lines for Denali are also hard to follow with many 90 degree turns inward and then outward within relatively short distances.

Thank you for your consideration.

Sincerely,

Randy Ruaro
Special Staff Assistant

cc: The Honorable Lisa Murkowski, United States Senator
Jeff King