# Other Items of Interest

Alaska Airlines Humanitarian Award:  Three time recipient.

Alaska Blood Bank:  Spokesperson.

Alaska State Troopers:  Spokesman for the promoting seatbelt safety on television.

Department of Forestry: Smokey the Bear & Jeff King fire prevention.

Make-A-Wish Foundation:   Contributor of time and money since 1996.

MUSH with Pride:  Founding member of the Dog Care Advocacy Group.

Mush for Kids:  Regular participant for charity in Fairbanks, AK.

Rural Alaska Schools: "Got Milk" program in an effort to remove soda from the schools.

Scouting Adventure, Denali:  Volunteer; Providing leadership and outdoor skills to scouts on overnight trips.

Volunteer Fireman:  10 years – including 4 years as fire chief.