Box 71
Denali Park, AK 99755

November 6, 2008

Honorable Magistrate John Roberts


Dear Magistrate Roberts,

I am writing in support of Mr. Jeff King who I have had the honor of knowing since the mid nineteen seventies.

I have always known Jeff to be an honorable and dependable man in this community.  He is a good family man who always puts his family first.  He is always ready to help his community and its people.  He is always truthful and law abiding.

Jeff has always been community minded and willing to help things run smoothly.  He has been a fireman on our local volunteer fire department since its inception in the mid nineteen eighties and held the position of Fire Chief for several years.

I hope that in sentencing Mr. King that you can take all of these things into consideration and weigh them against the unfortunate situation that he seems to be in now.  Jeff is a good person and not a habitual law breaker.


Sincerely,

*Ron Dane*

Ronald Dane, Chief
McKinley Volunteer Fire Department
Box 71
Denali Park, AK 99755