LISA MURKOWSKI
ALASKA

COMMITTEES:
ENERGY AND NATURAL RESOURCES
RANKING MEMBER
SUBCOMMITTEE ON ENERGY

FOREIGN RELATIONS
RANKING MEMBER, SUBCOMMITTEE ON
EAST ASIAN AND PACIFIC AFFAIRS

HEALTH, EDUCATION, LABOR,
AND PENSIONS

INDIAN AFFAIRS
VICE-CHAIRMAN

# United States Senate

WASHINGTON, DC 20510-0203

(202) 224-6665

(202) 224-5301 FAX

June 16, 2008

610 L STREET, SUITE 550
ANCHORAGE, AK 99501-1956
(907) 271-3735

101 12TH AVENUE, ROOM 216
FAIRBANKS, AK 99701-6278
(907) 456-0233

P.O. BOX 21247
JUNEAU, AK 99802
(907) 586-7400

110 TRADING BAY ROAD, SUITE 105
KENAI, AK 99611-7716
(907) 283-5808

540 WATER STREET, SUITE 101
KETCHIKAN, AK 99901-6378
(907) 225-6880

851 EAST WESTPOINT DRIVE, SUITE 307
WASILLA, AK 99654-7142
(907) 376-7665

P.O. BOX 1030
311 WILLOW STREET, BUILDING 3
BETHEL, AK 99559-1030
(907) 543-1639

Mr. Vic Knox
Acting Alaska Regional Director
240 West 5th Avenue
Suite 114
Anchorage, Alaska 99501

Dear Acting Director Knox:

I am writing in regard to the charges brought against Mr. Jeff King as a result of an incident that occurred on September 6, 2007.

In the 33 years that Jeff has lived in Alaska, he has displayed considerable respect and appreciation for the outdoors. A champion dog sled racer, Jeff has competed eighteen times in the Iditarod Trail Sled Dog Race having won four first place finishes and becoming the oldest musher to ever win the event. During the past 20 years, Jeff has logged more than 100,000 miles on a dog sled.

Jeff is routinely asked to speak at local schools and community functions to discuss his successes and spends much of his summers welcoming visitors from around the world to tour his kennel and learn about Alaskan Huskies, the sport of dog mushing, and the life and spirit of Alaska. Jeff's accomplishments have brought great credit upon himself, his family, and the State of Alaska, and have made him a true inspiration to us all.

I find the circumstances surrounding the recent charges brought against Mr. King by the National Park Service particularly troubling. Living just south of the Denali National Park entrance since 1983, it is my understanding that Jeff has hunted moose in the area for the past nine seasons without incident. I have no reason to doubt Jeff's claim that any violation that may have occurred during his September 6th hunt was inadvertent and unintentional. While I fully support upholding our laws and recognize the importance of carefully managing the hunting boundaries, I am hopeful that any punishment will reflect the nature of the infringement as well as his record of service. Jeff has worked hard over the years to earn our trust and I can think of no reason to question his integrity.

Sincerely,

Lisa Murkowski
United States Senator

HOME PAGE AND WEB MAIL
MURKOWSKI.SENATE.GOV