(Rev 12/08)

# LIST OF EXHIBITS

Case No. 4:08-CR-00008 JDR   Magistrate Judge/Judge: JOHN D. ROBERTS

Title   U.S.A.

vs.   Jeffrey PATRICK King

Dates of Hearing/Trial: 12/5/2008

Deputy Clerk/Recorder: Lynn Groves-Kelley

| Attorney for Plaintiff | Attorney for Defendant |
|---|---|
| Stephen Cooper | Myron Angstman |
| | |
| | |

------------------------------EXHIBITS------------------------------

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX# | ID | AD | DESCRIPTION OF EXHIBIT |
| 1a | X | X | 2006 General moose harvest Rpt | A | X | X | photo (Fairview 7/29) |
| 1b | X | X | hunt Record - cowhunt | | | | |
| 2 | X | X | Copy of Permit | | | | |
| 3 | X | X | moose study Re-Value | | | | |
| 4 | | | | | | | |
| 5 | X | X | photo | | | | |
| 6 | X | X | Trial transcript pages | | | | |
| 7 | X | X | ERA Aviation Flight sheet | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |